Nos. 24-2643, 24-2644 (consol.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, | ) Appeal from the United States ) District Court for the Northern ) District of Illinois, Western ) Division |
| Plaintiffs-Appellees, | ) |
| v. | ) ) |
| KWAME RAOUL, in his official capacity as Attorney General of Illinois; ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois; and KIMBERLY M. FOXX, in her official capacity as State's Attorney of Cook County, Illinois, | ) No. 3:22-cv-50326 ) ) ) ) ) ) ) The Honorable ) IAIN D. JOHNSTON, |
| Defendants-Appellants. | ) Judge Presiding. |

**NOTICE OF SUBSTITUTE APPEARANCE**

Kwame Raoul, Attorney General of the State of Illinois, enters the substitute appearance of Deputy Solicitor General Alex Hemmer, replacing Assistant Attorney General Isaac Freilich Jones as counsel for Defendants-Appellants Kwame Raoul, in his official capacity as Attorney General of Illinois, and Robert Berlin, in his official capacity as State's Attorney of DuPage County, Illinois, in this matter.

Dated:  September 26, 2024            Respectfully submitted,

                                                                                    KWAME RAOUL
                                                                                    Attorney General
                                                                                    State of Illinois

<u>/s/ Alex Hemmer</u>
ALEX HEMMER
Deputy Solicitor General
115 S. LaSalle St.
Chicago, Illinois 60603
(312) 814-5526 (office)
(773) 590-7932 (cell)
alex.hemmer@ilag.gov

Counsel for Defendants Raoul and Berlin

## CERTIFICATE OF FILING AND SERVICE

I certify that on September 26, 2024, I electronically filed this Notice of Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All other participants in this case are CM/ECF users and will be served by that system.

/s/ Alex Hemmer
ALEX HEMMER