Nos. 24-2643, 24-2644 (consol.)

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, | Appeal from the United States District Court for the Northern District of Illinois, Western Division |
| Plaintiffs-Appellees, | |
| v. | |
| KWAME RAOUL, in his official capacity as Attorney General of Illinois; ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois; and KIMBERLY M. FOXX, in her official capacity as State's Attorney of Cook County, Illinois, | No. 3:22-cv-50326 |
| | The Honorable IAIN D. JOHNSTON, |
| Defendants-Appellants. | Judge Presiding. |

## APPELLANTS' JOINT STATUS REPORT

Defendants-Appellants Kwame Raoul, in his official capacity as Attorney General of Illinois; Robert Berlin, in his official capacity as State's Attorney of DuPage County, Illinois; and Kimberly M. Foxx, in her official capacity as State's Attorney of Cook County, Illinois hereby submit this status report, consistent with the court's October 10, 2024 order. On October 11, 2024, the district court entered an amended judgment in this case that "declare[s] specifically and separately the respective rights of the parties," *Calumet River Fleeting, Inc. v. Int'l Union of Operating Engineers, Loc. 150, AFL-CIO*, 824 F.3d 645, 651 (7th Cir. 2016), and so

1

complies with Federal Rule of Civil Procedure 58. A copy of the amended judgment is attached to this status report.

|  | Respectfully submitted, |
|---|---|
| KIMBERLY M. FOXX<br>State's Attorney of<br>Cook County | KWAME RAOUL<br>Attorney General<br>State of Illinois |
| /s/ Jessica M. Scheller<br>JESSICA M. SCHELLER<br>Assistant State's Attorney<br>50 West Washington, 5th Floor<br>Chicago, Illinois 60602<br>(312) 603-6934<br>jessica.scheller@cookcountysao.org | /s/ Alex Hemmer<br>ALEX HEMMER<br>Deputy Solicitor General<br>115 South LaSalle Street<br>Chicago, Illinois 60603<br>(312) 814-5526 (office)<br>(773) 590-7932 (cell)<br>alex.hemmer@ilag.gov |
| Attorneys for Defendant Foxx | Attorneys for Defendants Raoul and Berlin |
| October 15, 2024 |  |

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on October 15, 2024, I electronically filed this status report with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Alex Hemmer
ALEX HEMMER