IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN SCHOENTHAL *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KWAME RAOUL *et al.*, <br><br> *Defendants*. | NO. 3:22-cv-50326 <br><br> HON. IAIN D. JOHNSTON |

**AMENDED JUDGMENT**

Plaintiffs' request for injunctive relief is denied.

The Court enters judgment in favor of defendants Rick Amato and Eric Rinehart and the claims against them are dismissed without prejudice for lack of subject-matter jurisdiction. Rick Amato and Eric Rinehart are terminated from the case.

The Court enters judgment in favor of Benjamin Schoenthal, granting declaratory relief against Kwame Raoul, Kimberly Foxx, and Robert Berlin, in their official capacities, that the Firearm Concealed Carry Act's ban on carrying concealed firearms on public transportation, as defined in the statute, 430 ILCS 66/65(a)(8), violates the Second Amendment, as applied to Benjamin Schoenthal carrying a concealed firearm for self-defense on Metra, and on Metra's real property to the extent necessary to ride Metra.

The Court enters judgment in favor of plaintiffs Mark Wroblewski, Joseph Vesel, and Douglas Winston, granting declaratory relief against Kwame Raoul and Kimberly Foxx, in their official capacities, that the Firearm Concealed Carry Act's ban on carrying concealed firearms on public transportation, as defined in the statute, 430 ILCS 66/65(a)(8), violates the Second Amendment, as applied to (1) Mark Wroblewski carrying a concealed firearm for self-defense on Metra, and on Metra's real property to the extent necessary to ride Metra; (2) Joseph Vesel carrying a concealed firearm for self-defense on Metra and the CTA, and on Metra and the CTA's real property to the extent necessary to ride Metra and the CTA; and (3) Douglas

Winston carrying a concealed firearm for self-defense on Metra and the CTA, and on Metra and the CTA's real property to the extent necessary to ride Metra and the CTA.

Date: October 11, 2024

                                                  HON. IAIN D. JOHNSTON
                                                  *United States District Judge*