# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 17, 2024

*By the Court:*

|  | BENJAMIN SCHOENTHAL, et al., |
|---|---|
|  | Plaintiffs - Appellees |
| Nos. 24-2643 & 24-2644 | v. |
|  | KWAME RAOUL, et al., |
|  | Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 3:22-cv-50326 ||
| Northern District of Illinois, Western Division ||
| District Judge Iain D. Johnston ||

The following is before the court: **APPELLANTS' JOINT STATUS REPORT**, filed on October 15, 2024, by counsel for the appellants.

In light of the amended judgment entered by the district court on October 11, 2024,

**IT IS ORDERED** that this appeal will proceed to briefing. Briefing will proceed as follows:

1. The appellants shall file their briefs and required short appendices on or before November 15, 2024.

2. The appellees shall file their consolidated brief on or before December 16, 2024.

3. The appellants shall file their reply briefs, if any, on or before January 6, 2025.

A review of the short records reveals that these appeals involve more than one appellant represented by different counsel. Counsel for appellants are encouraged to

avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellant's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel. *See United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

Appellants, however, may not adopt the "Jurisdictional Statement" of another. Each appellant's brief must include a complete "Jurisdictional Statement."

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: **178**)