Nos. 24-2643, 24-2644 (consol.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON, | ) Appeal from the United States ) District Court for the Northern ) District of Illinois, Western ) Division |
| Plaintiffs-Appellees, | ) |
| v. | ) |
| KWAME RAOUL, in his official capacity as Attorney General of Illinois; ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois; and KIMBERLY M. FOXX, in her official capacity as State's Attorney of Cook County, Illinois, | ) No. 3:22-cv-50326 ) ) ) ) ) ) ) The Honorable ) IAIN D. JOHNSTON, |
| Defendants-Appellants. | ) Judge Presiding. |

**APPELLANTS' MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEFS**

Defendants-Appellants Kwame Raoul, in his official capacity as Attorney General of Illinois; Robert Berlin, in his official capacity as State's Attorney of DuPage County, Illinois; and Kimberly M. Foxx, in her official capacity as State's Attorney of Cook County, Illinois hereby move this Court to extend the time for filing their opening briefs in these consolidated appeals. The opening briefs are currently due on Friday, November 15, 2024. Defendants-Appellants request a 30-day extension of time to file those briefs, to and including Monday, December 16, 2024.

1

The declaration of Deputy Solicitor General Alex Hemmer is attached in support of this motion.

<div style="display:flex">
<div>

KIMBERLY M. FOXX
State's Attorney of
Cook County

<u>/s/ Jessica M. Scheller</u>
JESSICA M. SCHELLER
Assistant State's Attorney
50 West Washington, 5th Floor
Chicago, Illinois 60602
(312) 603-6934
jessica.scheller@cookcountysao.org

Attorneys for Defendant Foxx


November 8, 2024

</div>
<div>

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

<u>/s/ Alex Hemmer</u>
ALEX HEMMER
Deputy Solicitor General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5526 (office)
(773) 590-7932 (cell)
alex.hemmer@ilag.gov

Attorneys for Defendants Raoul and Berlin

</div>
</div>

# DECLARATION OF ALEX HEMMER

I, ALEX HEMMER, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would competently testify thereto.

2. I serve as Deputy Solicitor General in the Office of the Attorney General of the State of Illinois and have been assigned to represent Defendants-Appellants Kwame Raoul, in his official capacity as Attorney General of Illinois, and Robert Berlin, in his official capacity as State's Attorney of DuPage County, Illinois (together, the "State Defendants"), in the appeal captioned *Schoenthal v. Raoul*, No. 24-2643 (which has been consolidated on appeal with *Schoenthal v. Foxx*, No. 24-2644). I am the only attorney with principal responsibility for representing State Defendants in this case.

3. Defendants-Appellants' opening briefs are currently due on Friday, November 15, 2024. Defendants-Appellants have not previously sought an extension of time to file those briefs.

4. This motion is being made at least seven days before the opening briefs' due date, as required by Circuit Rule 26.

5. Although I have begun to draft the State Defendants' opening brief, I will not be able to complete the draft, have the draft reviewed through the Office's

regular review process, and file the brief with this Court by November 15, 2024, for several reasons.

6. As Deputy Solicitor General, I devote substantial time to performing supervisory and administrative duties in addition to managing my own caseload. These duties include reviewing briefs, managing the office's amicus docket, reviewing multistate litigation requests, and helping attorneys prepare for oral arguments.

7. In addition to my supervisory and administrative responsibilities, between the docketing of this appeal and the current deadline of November 15, 2024, I have been responsible for drafting or reviewing filings in numerous other matters, including an amicus brief in *Property Casualty Insurers Ass'n of America v. Todman*, No. 24-1947 (7th Cir.), filed on October 17, 2024; a reply brief in *Illinois Bankers Ass'n v. Raoul*, No. 24-cv-7307 (N.D. Ill.), filed on October 18, 2024; a brief in opposition in *Martin v. Haling*, No. 23-1269 (U.S.), filed on October 18, 2024; an amicus brief in *Becerra v. Braidwood Mgmt, Inc.*, No. 24-316 (U.S.), filed on October 21, 2024; an amicus brief in *Chicago John Dineen Lodge No. 7 v. City of Chicago*, No. 1-24-0874 (Ill. App.), filed on October 31, 2024; an amicus brief in *United States v. Duarte*, No. 22-50048 (9th Cir.), filed on November 5, 2024; and the reply brief in *Piasa Armory, LLC v. Raoul*, No. 130539 (Ill.), filed on November 6, 2024.

8. I have communicated with counsel for Defendant-Appellant Kimberly M. Foxx, in her official capacity as State's Attorney of Cook County, Illinois, who has authorized me to state that Defendant-Appellant Foxx joins in this request for a 30-day extension of time in which to file the opening brief in No. 24-2644. Aligning the

briefing schedule for all appellants will ensure that the parties can coordinate their briefs and ensure an efficient presentation of the issues to the Court.

9. On November 6, 2024, I gave notice to David Sigale, plaintiffs' counsel, by providing a copy of this motion before it was filed with this Court.

10. We do not request this 30-day extension of time from November 15, 2024, to December 16, 2024, to file the briefs in this appeal for purposes of delay, but so that we may try to meet our professional responsibilities, properly represent our clients, and provide this Court with thorough briefs in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed November 8, 2024.

/s/ Alex Hemmer
ALEX HEMMER

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on November 8, 2024, I electronically filed this motion for an extension of time with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Alex Hemmer
ALEX HEMMER