# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen | | Office of the Clerk |
| United States Courthouse | | Phone: (312) 435-5850 |
| Room 2722 - 219 S. Dearborn Street | | www.ca7.uscourts.gov |
| Chicago, Illinois 60604 | | |

**ORDER**

December 11, 2024

*By the Court:*

| | |
|---|---|
| Nos. 24-2643 & 24-2644 | BENJAMIN SCHOENTHAL, et al., <br> Plaintiffs - Appellees <br> v. <br> KWAME RAOUL, et al., <br> Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:22-cv-50326 <br> Northern District of Illinois, Western Division <br> District Judge Iain D. Johnston | |

Upon consideration of the **MOTION FOR EXTENSION OF TIME**, filed on December 9, 2024, by counsel for the appellant Eileen O'Neill Burke,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The briefs and required short appendices of the appellant(s) will be due by January 15, 2025.

2. The consolidated brief of the appellee(s) will be due by February 14, 2025.

3. The reply brief of the appellant(s), if any, will be due by March 7, 2025.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: 178)