# IN UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>EILEEN O'NEILL BURKE, *et al.*,<br><br>*Defendants-Appellants*. | Case Nos. 24-2643, 24-2644 |

## APPELLEES' RESPONSE TO MOTION FOR LEAVE TO FILE AMICUS BRIEF

Plaintiffs-Appellees do not oppose Chicago Transit Authority's motion to submit an amicus brief in this matter (Doc. 31).

Dated: January 24, 2025

Respectfully submitted,

David G. Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
(630) 452-4547
dsigale@sigalelaw.com

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Attorneys for Plaintiffs-Appellees*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served electronically on all parties or their counsel.

                                                      /s/David H. Thompson
                                                      David H. Thompson

                                                      *Attorney for Plaintiffs-Appellees*