## IN UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

BENJAMIN SCHOENTHAL, *et al.*,

　　　　　*Plaintiffs-Appellees*,

v.

EILEEN O'NEILL BURKE, *et al.*,

　　　　　*Defendants-Appellants.*

Case Nos. 24-2643, 24-2644

### APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Plaintiffs-Appellees Benjamin Schoenthal, Mark Wroblewski, Joseph Vesel, and Douglas Winston, hereby move this Court to extend the time for filing their brief in these consolidated appeals. The brief is currently due on February 14, 2025. Plaintiffs-Appellees respectfully request a 28-day extension of time to file that brief, to and including March 14, 2025. A declaration in support of this motion is attached.

Dated: January 24, 2025

Respectfully submitted,

David G. Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
(630) 452-4547
dsigale@sigalelaw.com

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Attorneys for Plaintiffs-Appellees*

1

## <u>DECLARATION OF WILLIAM V. BERGSTGROM</u>

I, William V. Bergstrom, state that I am an attorney representing Plaintiffs-Appellees in *Schoenthal v. Burke*, Nos. 24-2643, 24-2644, and I have knowledge of the following.

1.     Plaintiffs-Appellees' brief is currently due on February 14, 2025. This is our first request for an extension of time to file our brief.

2.     Plaintiffs-Appellees are working diligently on the brief in this appeal. However, due to the fact that Plaintiffs-Appellees must respond to two Appellants' briefs raising myriad arguments and must also evaluate the *amicus* briefs filed in this case, the brief will take significant time to prepare. In addition, Plaintiffs-Appellees face a press of other professional obligations that will make preparing a brief on the current timeline very difficult.

3.     For these reasons, counsel for Plaintiffs-Appellees respectfully request a 28-day extension of time to file their brief, up to and including March 14, 2025.

4.     Plaintiffs-Appellees reached out to counsel for Defendants-Appellants prior to filing this motion, and they do not object to the extension.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2025                         /s/ William V. Bergstrom
                                                     William V. Bergstrom

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served electronically on all parties or their counsel.

/s/David H. Thompson
David H. Thompson

*Attorney for Plaintiffs-Appellees*