# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 24, 2025

*By the Court:*

| Nos. 24-2643 & 24-2644 | BENJAMIN SCHOENTHAL, et al., Plaintiffs - Appellees v. KWAME RAOUL, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:22-cv-50326 Northern District of Illinois, Western Division District Judge Iain D. Johnston | |

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE BRIEF**, filed on January 24, 2025, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

    1.     The consolidated brief of the appellees is due by March 14, 2025.

    2.     The reply briefs of the appellants, if any, are due by April 4, 2025.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).