# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

BENJAMIN SCHOENTHAL, et al.,

*Plaintiffs-Appellees,*

v.

KWAME RAOUL, in his official capacity
as Attorney General of Illinois, et al.,

*Defendants-Appellants.*

BENJAMIN SCHOENTHAL, et al.,

*Plaintiffs-Appellees,*

v.

EILEEN O'NEILL BURKE, in her official capacity as
State's Attorney of Cook County, Illinois,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (No. 3:22-cv-50326)
HONORABLE IAN D. JOHNSTON

## SUPPLEMENTAL APPENDIX

David G. Sigale
(Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
Tel: (630) 452-4547
Fax: (630) 596-4445
dsigale@sigalelaw.com

David H. Thompson
 *Counsel of Record*
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Avenue,
N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com

*Counsel for Plaintiffs-Appellees*

# TABLE OF CONTENTS

Page

THOMAS JEFFERSON, JEFFERSON'S LEGAL COMMONPLACE BOOK, 521 (David Thomas Konig et al. eds., Princeton Univ. Press 2019) ....................................................................... Add.1

2 Edw. 3, c. 3 (Eng.) ....................................................... Add.3

1786 Va. Acts 35 ........................................................... Add.5

JAMES IREDELL, LAWS OF THE STATE OF NORTH-CAROLINA 70 (Edenton: Hodge and Wills 1791) ............................ Add.7

*Gun*, 1 WEBSTER'S AMERICAN DICTIONARY OF THE ENGLISH LANGUAGE (1828) ...................................................... Add.9

CENTRAL PACIFIC RAILROAD AND LEASED LINES: RULES, REGULATIONS AND INSTRUCTIONS FOR THE USE OF AGENTS, CONDUCTORS, ETC. 193, 196, 204–05 (1882) .......................................... Add.11

THE PUBLIC LAWS OF THE STATE OF RHODE-ISLAND 220, 222 (Providence, Carter & Wilkinson 1798) ................. Add.15

2 LAWS OF THE STATE OF DELAWARE 984, 1088, 1091, 1100, 1118 (Samuel & John Adams eds., 1797) ....................... Add.18

10 THE STATUTES AT LARGE OF PENNSYLVANIA FROM 1682 TO 1801 at 57, 376, 378 (William Stanley Ray ed., 1904) ................... Add.24

THE PUBLIC LAWS OF THE STATE OF SOUTH CAROLINA 271, 386–88, 426–27 (Phila., R. Aitken & Son 1790) .................. Add.28

1 LAWS OF THE STATE OF NEW YORK 176, 532 (Charles R. & George Webster eds., 2d ed. 1802) .................................... Add.35

A COMPILATION OF THE LAWS OF THE STATE OF GEORGIA 372–73 (Augustine Smith Clayton ed., Augusta, Adams & Duyckinck 1812) ....................................................................... Add.38

JOURNAL OF THE VOTES AND PROCEEDINGS OF THE PROVINCIAL CONGRESS OF NEW JERSEY 239–40 (Burlington, Isaac Collins, *reprinted by* Woodbury, Joseph Sailer 1835) ........................ Add.41

JOURNAL OF THE HOUSE OF DELEGATES OF THE COMMONWEALTH OF
      VIRGINIA 77 (Richmond, Thomas W. White 1828)................. Add.44

1 LAWS OF THE STATE OF VERMONT 382, 387 (Randolph, Sereno
      Wright 1808)........................................................... Add.46

VOTES AND PROCEEDINGS OF THE HOUSE OF DELEGATES OF THE STATE
      OF MARYLAND, NOVEMBER SESSION, 1791 at 2 (1791) ........... Add.49

VOTES AND PROCEEDINGS OF THE SENATE OF THE STATE OF MARYLAND,
      NOVEMBER SESSION, 1791 at 1 (1791) .................................... Add.51

A COLLECTION OF ALL SUCH ACTS OF THE GENERAL ASSEMBLY OF
      VIRGINIA 69–71 (1803)........................................... Add.52

LAWS OF THE STATE OF NEW JERSEY 36, 49, 50, 58
      (Joseph Bloomfield ed., Trenton, James J. Wilson 1811)...... Add.56

ACTS AND LAWS OF THE STATE OF CONNECTICUT 63–65
      (New London, Timothy Green 1784) .................................... Add.61

A DIGEST OF THE LAWS OF THE STATE OF GEORGIA 471, 473–74, 478,
      611 (Robert & George Watkins eds., Phila., R. Aitken
      1800)................................................................. Add. 65

1 THE LAWS OF MARYLAND, ch. 25 (1799)........................................ Add.71

ACTS AND RESOLVES OF MASSACHUSETTS, 1786-87 at 235
      (Boston, Adams & Nourse 1893)............................................. Add.74

THE LAWS OF THE STATE OF NEW HAMPSHIRE 112–16 (1797) .......... Add.77

A MANUAL OF THE LAWS OF NORTH-CAROLINA 190–91, 196
      (John Haywood ed., 3d ed. 1814) ........................................... Add.83

ABRIDGEMENT OF THE PUBLIC PERMANENT LAWS OF VIRGINIA 325
      (Augustine Davis ed., 1796).................................................. Add.87

MD. CONST. art. 1 §§ 3, 14 (1776) ....................................... Add.89

Princeton University Press

Chapter Title: [Entries 800–899]

Book Title: Jefferson's Legal Commonplace Book
Book Author(s): Thomas Jefferson
Book Editor(s): DAVID THOMAS KONIG, MICHAEL P. ZUCKERT, LES HARRIS, W. BLAND WHITLEY
Published by: Princeton University Press. (2019)
Stable URL: https://www.jstor.org/stable/j.ctvc77mr8.18

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



Princeton University Press is collaborating with JSTOR to digitize, preserve and extend access to Jefferson's Legal Commonplace Book

This content downloaded from 198.91.37.2 on Thu, 18 Jan 2024 22:24:41 +00:00
All use subject to https://about.jstor.org/terms

come rispetteranno le minori, e la puramente arbitrarie?¹ queste peggiorano la condizione degli assaliti, migliorando quella degli assalitori, non iscemano gli omicidi, ma gli accrescano, perchè è maggiore la confidenza nell'assalire i disarmati, che gli armati. queste si chiaman leggi, non prevenitrici, ma paurose dei delitti, che nascono dalla tumultuosa impressione di alcuni fatti particolari, non dalla ragionata meditazione degl'inconvenienti, ed avantaggi di un decreto universale.² ib. §.40.

EDITORS' TRANSLATION

It is a false notion of expedience that causes one to renounce a thousand real advantages in view of an inconvenience that is either imaginary or of small consequence. It is the kind that would take fire away from men because it is used for arsons, and water because we drown in it. It does not amend evils but by way of destruction. The laws that forbid carrying arms are laws of this kind. They disarm only those who are not inclined or determined to commit a crime. On the contrary, those who have the courage of breaking the most sacred laws of humanity and the most important ones in the Code, how would they respect the lesser and purely arbitrary ones? These laws worsen the condition of the assailed, bettering that of the assailants. They do not diminish the number of homicides, but they increase it, because greater is the confidence in assailing unarmed people than those who bear arms. These laws are not preventative, but fearful of the crimes. They are born from the turbulent impression of some particular fact, not from the reasoned reflection on the disadvantages and advantages of a universal decree. ib. §.40

829. e meglio prevenire i delitti, che punirli. questo è il fine   *Prevenire i delitti.*
principale d'ogni buona legislazione, che è l'arte di condurre gli uomini al massimo di felicità, o al minimo d'infelicita possibile.³ il proibire una moltitudine di azioni indifferenti non è prevenire i delitti, che non possono nascere, ma egli è un crearne dei nuovi,

¹A brief paean to personal freedom ("so dear to mankind and to the wise legislator") omitted here.

²From Beccaria, chap. 40, "False Ideas of Utility." The remaining few sentences, which discuss the state of nature and the futility of the use of fear as a political instrument, omitted.

³A passage here omitted, on the limits of the law in eradicating social disorder.

[ 521 ]

Add.2
This content downloaded from 198.91.37.2 on Thu, 18 Jan 2024 22:24:41 +00:00
All use subject to https://about.jstor.org/terms

 

DATE DOWNLOADED: Thu Jul 11 10:07:11 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Statutes of the Realm (1235-1377).

ALWD 7th ed.
. Statutes of the Realm (1235-1377).

APA 7th ed.
(1235-1377). Statutes of the Realm. .

Chicago 17th ed.
Statutes of the Realm. , .

McGill Guide 9th ed.
Statutes of the Realm (: ., 1235-1377)

AGLC 4th ed.
Statutes of the Realm (., 1235-1377

MLA 9th ed.
Statutes of the Realm. , . HeinOnline.

OSCOLA 4th ed.
Statutes of the Realm. , .              Please note: citations are provided as a
general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

Provided by:
Harvard Law School Library

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

*17 Ed. I. c.3.*

**Justices of Assise and Gaol-delivery.**

Grandfather to our Lord the King that now is, wherein is contained, that Justices assigned to take Assises, if they be Laymen, shall make Deliverance ; and if the one be a Clerk, and the other a Layman, that the Lay Judge, with another of the Country associate to him, shall deliver the Gaols : Wherefore it is enacted, That such ['Justices '] shall not be made against the Form of the said Statute ; and that the Assises, Attaints, and Certifications be taken before the Justices commonly assigned, which should be good Men and lawful, having Knowledge of the Law, and none other, after the Form of another Statute made in the Time of the said [King Edward the First ;'] and that the Oyers and Terminers shall not be granted but before Justices of the one Bench or the other, or the Justices Errants, and that for great [hurt,] or horrible Trespasses, and of the King's special Grace, after the Form of the Statute thereof ordained in Time of the said Grandfather, and none otherwise.

**Oyers and Terminers.**

III.

**Riding or going armed in Affray of the Peace.**

ITEM, It is enacted, That no Man great nor small, of what Condition soever he be, except the King's Servants in his presence, and his Ministers in executing of the King's Precepts, or of their Office, and such as be in their Company assisting them, and also [upon a Cry made for Arms to keep the Peace, and the same in such places where such Acts happen,'] be so hardy to come before the King's Justices, or other of the King's Ministers doing their office, with force and arms, nor bring no force in affray of the peace, nor to go nor ride armed by night nor by day, in Fairs, Markets, nor in the presence of the Justices or other Ministers, nor in no part elsewhere, upon pain to forfeit their Armour to the King, and their Bodies to Prison at the King's pleasure. And that the King's Justices in their presence, Sheriffs, and other Ministers (⁴) in their Bailiwicks, Lords of Franchises, and their Bailiffs in the same, and Mayors and Bailiffs of Cities and Boroughs, within the same Cities and Boroughs, and Borough-Holders, Constables, and Wardens of the Peace within their Wards, shall have Power to execute this Act. And that the Justices assigned, at their coming down into the Country, shall have Lands in the same Shires or Bailiwicks, shall be observed in all Points after the Form thereof ; and that Sheriffs and Bailiffs of Fee shall cause their Counties and Bailiwicks to be kept by such as have Lands therein.

IV.

**The Statute of Lincoln, 9 Edw. II. concerning Sheriffs, &c. confirmed.**

ITEM, Because the Peace cannot be well kept without good Ministers, as Sheriffs, Bailiffs, and Hundreders, which ought to do Execution as well of the King's Privities as of other Things touching our Lord the King and his People ; It is ordained and established, That the Statute made in the time of King Edward, Father to the King that now is, at Lincoln, containing that Sheriffs, Hundreders, and Bailiffs shall be of such People as have Lands in the same Shires or Bailiwicks, shall be observed in all Points after the Form thereof ; and that Sheriffs and Bailiffs of Fee shall cause their Counties and Bailiwicks to be kept by such as have Lands therein.

V.

**The Statute Westminster the Second, 13 Edw. I. chapter 39, concerning the Delivery of Writs to the Sheriff, confirmed.**

ITEM, Where it was ordained by the Statute of Westminster the Second, that they which will deliver their Writs to the Sheriff, shall deliver them in the full County, or in the Rere County, and that the Sheriff or under Sheriff shall thereupon make a Bill ; It is accorded and established, that at what Time or Place in the County a Man doth deliver any Writ to the Sheriff or to the Under-Sheriff, that they shall receive the same Writs, and make a Bill, after the form contained in the same Statute, without taking any Thing therefore ; and if they refuse to make a Bill, others that be present shall set to their Seals ; and if the Sheriff or Under-Sheriff do not return the said Writs, they shall be punished after the form contained in the same Statute ; and also the Justices of Assises shall have power to enquire thereof at every Man's Complaint, and to award Damages, as having respect to the Delay, and to the loss and peril that might happen

¹ *Commissions*     ² *Grandfather*

¹ *upon a Proclamation of Deeds of Arms in time of Peace, and that in Places where such Deeds are ;*: *le done,*—See Lib. Rub. Scac..Westm. fo. 122 b. a Writ reciting a Grant of K. Richard I. "agd Torecasista sint in Angl in v. placitis : Int Sarr & Wilton : Int Warrewich & Kenefingworth : Int Stanford & Warneford : Int Brakele & Mixebt : Int Blie & Tykehill. Ita qd pax fie nre uio infringet', n' potestas Justiciaria minorabit' Nec de l. iesii nis dspnu infrect'."     ⁴ *of the King*

nře Seignr le Roi qore est, en quele est contenuz q̃ les Justices as assises p̃ndre assignez ils soient lais, facent les deliv̄ances ; et si lun soit clerc, & lautre lais, q̃ le dit lais, associe a lui un autre du pais, facent la deliv̄ance des gaols ; p qoi acorde est & establi, q̃ tiels Justiceries ne soient mes g̃ntees countre la forme du dit estatut, & q̃ les assises, atteintes, & c̃tifications soient p̃ses devant les Justices c̃munement assignez, q̃ soient bones gentz & loialx & conissantz de la lei, & nemie autres ; solonc la forme dun autre estatut fait en temps meisme le ael ; et q̃ les oiers & t̃miners ne soient grantees forsq̃, - - - - devant les Justices de lun Baunk & de lautre, ou les Justices errantz ; & ce p' led & orrible trespas, & de lespeciale g̃ce le Roi, solonc forme de statut de ce ordene en temps meisme le ael ; & nemie autrement.

Ensement acorde est & establi, q̃ nul, g̃nt ne petit de quele condicion qil soit, sauve les S̃jantz le Roi en la p̃sence le Roi, & les Ministres le Roi, enfesantz execucion des mandementz le Roi, ou de lour office, & ceux qi sont en lour compaignies, eidantz as ditz ministres, & auxint au cri de fait darmes de pees, & ce en lieux ou tielx faitz se ferront, soit si hardi de venir devant les Justices le Roi, ou autres Ministres le Roi enfesant lour office, a force & armes ; ne force mesner en affrai de la pees, ne de chivaucher ne daler arme, ne de nuit ne de jour, en faires, marchees, nen p̃sence des Justices, ne dautres Ministres, ne nule part aillours, sur peine de pdre lour armures au Roi & de lour corps a la prisone a la volunte le Roi. Et q̃ Justices le Roi en lour p̃sences, viscountes & autres Ministres le Roi en lour baillies, seign's des fraunchises & lour baillifs en yceles, & Meire & Baillifs des Citees & Burghs deinz meismes les Citees & Burghs, Burghaldres, conestables, & gardeins de la pees deinz lour gardes, eient poair affaire execucion de cest acord. Et q̃ les Justices assignez, a lour venu en pais, eient poair denquere coment tielx Ministres & seign's ount use lour office en ce, & de punir ceux qils trov̄ont, qi nount mie fait ce q̃ a lour office appent.

Et p'ce q̃ la pees ne poet mie estre bien garde sauntz bons ministres, come Viscountes, Baillifs, & Hundreders qi deivent faire execucion, auxibien des p'vetez le Roi come dautres choses tochantes le Roi & son poeple, acorde est & establi q̃ lestatut fait en temps le Roi Edward, piere le Roi qore est, a Nicole, contenant q̃ Viscontes, Hundreders & Baillifs soient des gentz auntz p̃res en meismes les Countez, ou baillies, soit garde en touz pointz solonc la forme dycel, & auxint q̃ les Viscountes & Baillifs de fee, facent garder meismes lour Countez & Baillies p gentz auntz t̃res en yceles.

Ensement la ou ordine est, p statut de Westmonst̃ le second, q̃ ceux q̃ liv̄er volent lour briefs as viscountes, les liv̄ent en plein Counte, ou en rerecounte, & q̃ visconte ou southvisconte facent sur ce bille ; acorde est & establi q̃ a quele heure ou a queu lieu deinz le Counte home livre a viscountes, ou a southviscontes, briefs, qils les rescivent & facent bille en la forme contenue en le dit estatut, & ce sanz rien p̃ndre ; et sils refusent de faire bille, mettent autres lour seialx qi s̃ront p̃sentz ; et si le Viscounte ou le Southvisconte ne retorne mie les briefs, soient puniz solonc la forme contenue en le dit estatut ; & jadumeins eient les Justices as assises p̃ndre assignez poair denquer de ce a chescuny pleinte & de agarder damages, eant regard au delai, & a les p̃es & pils qi p'ront avenir.

# A C T S

P A S S E D   A T   A

## General Affembly

O F   T H E

# COMMONWEALTH

O F

# V I R G I N I A.

BEGUN and held at the PUBLIC BUILDINGS in the CITY of RICHMOND, on *Monday* the fixteenth Day of *October*, in the Year of our LORD, One Thoufand Seven Hundred and Eighty-fix.

*R   I   C   H   M   O   N   D;*

PRINTED BY DIXON, HOLT, NICOLSON AND DAVIES.

Add.5



LLMC DIGITAL

fame offenders come not as afore is faid, and the proclamation made and returned, they fhall be convict and attainted of the riot, affembly, or rout aforefaid : And moreover the Juftices of Peace in every county or corporation, where fuch riot, affembly, or rout of people fhall be made, in cafe the fame be made in their prefence, or if none be prefent, then the juftices having notice thereof, together with the fheriff, under fheriff, or ferjeant, of the fame county or corporation, fhall do execution of this act, every one upon pain of twenty pounds, to be paid to the Commonwealth, as often as they fhall be found in default of the execution of the faid act ; and on fuch default of the juftices and fheriff, under fheriff, or ferjeant, a commiffion fhall go from the General Court at the inftance of the party grieved, to enquire as well of the truth of the cafe, and of the original matter for the party complainant, as of the default or defaults of the faid juftices, fheriff, under fheriff, or ferjeant, in this behalf fuppofed, to be directed to fufficient and indifferent perfons at the nomination of the Judges ; and the faid commiffioners prefently fhall return into the General Court the inquefts and matters before them in this behalf taken and found : But no perfons convicted of a riot, rout, and unlawful affembly, fhall be imprifoned for fuch offence by a longer fpace of time than one year. Perfons legally convicted of a riot, rout, or unlawful affembly, otherwife than in the manner directed by this act, fhall be punifhed by imprifonment and amercement, at the difcretion of a jury, under the like limitation.

## C H A P. XLIX.

### An ACT forbidding and punifhing AFFRAYS.

BE it enacted by the General Affembly, That no man, great nor fmall, of what condition fover he be, except the Minifters of Juftice in executing the precepts of the courts of juftice, or in executing of their office, and fuch as be in their company affifting them, be fo hardy to come before the juftices of any court, or either of their Minifters of Juftice, doing their office, with force and arms, on pain, to forfeit their armour to the Commonwealth, and their bodies to prifon, at the pleafure of a court; nor go nor ride armed by night nor by day, in fairs or markets, or in other places, in terror of the county, upon pain of being arrefted and committed to prifon by any Juftice on his own view, or proof by others, there to abide for fo long a time as a jury, to be fworn for that purpofe by the faid Juftice, fhall direct, and in like manner to forfeit his armour to the Commonwealth; but no perfon fhall be imprifoned for fuch offence by a longer fpace of time than one month.

## C H A P. L.

### An ACT againft CONSPIRATORS.

BE it declared and enacted by the General Affembly, That confpirators be they that do confederate and bind themfelves by oath, covenant, or other alliance, that every of them fhall aid and bear the other falfely and malicioufly, to move or caufe to be moved any enticement or information againft another on the part of the Commonwealth, and thofe who are convicted thereof at the fuit of the Commonwealth, fhall be punifhed by imprifonment and amercement, at the difcretion of a jury.

## C H A P. LI.

### An ACT againft conveying or taking PRETENSED TITLES.

BE it enacted by the General Affembly, That no perfon fhall convey or take, or bargain to convey or take, any pretenfed title to any lands or tenements, unlefs the perfon conveying or bargaining to convey, or thofe under whom he claims fhall have been in poffeffion of the fame, or of the reverfion or remainder thereof one whole year next before ; and he who offendeth herein knowingly, fhall forfeit the whole value of the lands or tenements; the one moiety to the Commonwealth, and the other to him who will fue as well for himfelf as for the Commonwealth : But any perfon lawfully poffeffed of lands or tenements, or of the reverfion or remainder thereof, may neverthelefs take or bargain to take the pretenfed title of any other perfon, fo far and fo far only as it may confirm his former eftate.

## C H A P. LII.

### An ACT to punifh BRIBERY and EXTORTION.

BE it enacted by the General Affembly, That no Treafurer, Keeper of any Public Seal, Councillor of State, Counfel for the Commonwealth, Judge, or Attornies at law, practifing either in the General Court, High Court of Chancery, Court of Appeals, Court of Admiralty, or Inferior Courts, Clerk of the Peace, Sheriff, Coroner, Efcheator, nor any officer of the Commonwealth, fhall, in time to come, take, in any form, any manner of gift, brokage, or reward for doing his office, other than is, or fhall be allowed by fome act of General Affembly, paffed after the inftitution of the Commonwealth, that is to fay, after the fifteenth day of May, in the year of our Lord, one thoufand feven hundred and feventy fix ; and he that doth, fhall pay unto the party grieved, the treble value of that he hath received, fhall be amerced and imprifoned at the difcretion of a jury, and fhall be difcharged from his office forever; and he who will fue in the faid matter, fhall have fuit as well for the Commonwealth as for himfelf, and the third part of the amercement.

Add.6



# L A W S

OF THE

## S T A T E



OF

# NORTH-CAROLINA.

PUBLISHED, ACCORDING TO ACT OF ASSEMBLY,

BY J A M E S  I R E D E L L,

Now One of the Associate Justices of the Supreme Court of the United States.

E D E N T O N:

PRINTED BY H O D G E & W I L L S,

PRINTERS TO THE STATE OF NORTH-CAROLINA.

M,DCC,XCI.

Add.7

*A. D. 1741.*

**Conftable's oath.** YOU *shall swear, That you will well and truly serve our Sovereign Lord the King, in the Office of a Constable; you shall see and cause his Majesty's Peace to be well and duly preserved and kept, according to your Power; you shall arrest all such Persons as, in your Sight, shall ride or go armed offensively, or shall commit or make any Riot, Affray, or other Breach of his Majesty's Peace; you shall do your best Endeavour, upon Complaint to you made, to apprehend all Felons and Rioters, or Persons riotously assembled; and if any such Offenders shall make Resistance, with Force, you shall make Hue and Cry, and shall pursue them according to Law; you shall faithfully, and without Delay, execute and return all lawful Precepts to you directed; you shall well and duly, according to your Knowledge, Power, and Ability, do and execute all other Things belonging the Office of a Constable, so long as you shall continue in this Office.* So help you God.

**Conftables power** III. *A N D be it further enacted by the Authority aforesaid,* That each and every Constable, fo appointed, nominated, and fworn, is, and they are hereby invefted with, and may execute the fame Power and Authority, to all Intents and Purpofes, as the Conftables within the Kingdom of *England* are by Law invefted with and execute.

**Conftable neglec-ting to qualify in 10 days after no-tice, to forfeit 50s.** IV. *A N D be it further enacted by the Authority aforesaid,* That if any Perfon or Perfons, nominated and appointed Conftable by the Court of any of the Counties within this Government, fhall neglect or refufe to qualify himfelf, according to the Directions of this Act, within ten Days after Notice of his Nomination and Appointment as aforefaid, without he can fhew fufficient Caufe for his Neglect, to be admitted of by the Juftices, who fhall or may grant their Warrant to recover the Penalties in this Act mentioned, he fhall forfeit the Sum of fifty Shillings, Proclamation Money; to be recovered by a Warrant from two Juftices of the Peace in the County where fuch Perfon was appointed Conftable, and applied to the Ufe of the County where fuch Conftable is appointed; provided fuch Notice be in Writing, figned by the Clerk of the Court, and ferved by the Sheriff of the County, or preceding Conftable, on fuch Conftable or Conftables as fhall be appointed according to the Directions of this Act.

**Perfons exempt from ferving as Conftable.** V. *P R O V I D E D always,* That no Perfon in Commiffion of any Office, civil or military, or Member of Affembly, for the Time being, nor any one who has ferved in any fuch Station, nor any other who has ferved as Conftable, within the Space of five Years before, nor any Perfon who is exempt, by the Laws of *England,* fhall be obliged to ferve in the Office of Conftable; any Law, Ufage, or Cuftom, to the contrary, notwithftanding.

**Juftice to admini-fter the oath.** VI. *A N D be it further enacted,* That any one Juftice of the Peace of the County, fhall, and he is hereby impowered, to adminifter to the feveral Conftables hereafter to be appointed in his County, the Oath directed by this Act for their Qualification.

**On death or re-moval of Confta-bles, Juftices to appoint others, till the next court; when they may continue them, or appoint others.** VII. *A N D be it further enacted by the Authority aforesaid,* That upon the Death or Removal of any Conftable out of the Diftrict for which he was appointed Conftable, it fhall and may be lawful for the Juftices of the County Court, in which fuch Diftrict fhall be, or any one of them, to appoint and fwear another Perfon, to be Conftable in the Room and Stead of the Conftable dead or removing out of his Diftrict as aforefaid, who fhall act until the next County Court; the Juftices of which Court fhall then either continue the Perfon appointed as aforefaid, or nominate and appoint a new one.

**Conftable refuf-ing to ferve pre-cepts, to be fined, at the difcretion of the court.** VIII. *A N D be it further enacted by the Authority aforefaid,* That if any Conftable to whom any Precept is directed, by any Juftice of the Peace, fhall refufe or neglect to ferve fuch Precept, he fhall, for every fuch Offence, on Complaint of the Party profecuting, be fined, at the Difcretion of the Court of which fuch Juftice is a Member; to be paid to the Complainant.

IX. A N D

LLMC DIGITAL

ELLEN G. WHITE ESTATE



# Noah Webster's 1828 Dictionary

**Noah Webster**

Add.9

GUMMINESS, n. The state or quality of being gummy; viscousness. 6216

GUMMOSITY, n. The nature of gum; gumminess; a viscous or adhesive quality. 6216

GUMMOUS, a. Of the nature or quality of gum; viscous; adhesive. 6216

GUMMY, a. Consisting of gum; of the nature of gum; viscous; adhesive. 6216

GUMP, n. A foolish person; a dolt. [Vulgar.] 6216

GUMPTION, n. Care; skill; understanding. [Vulgar.] 6216

GUN, n. An instrument consisting of a barrel or tube of iron or other metal fixed in a stock, from which balls, shot or other deadly weapons are discharged by the explosion of gunpowder. The larger species of guns are called cannon; and the smaller species are called muskets, carbines, fowling pieces, etc. But one species of fire-arms, the pistol, is never called a gun. 6216

GUN, v.i. To shoot. 6217

GUN-BARREL, n. The barrel or tube of a gun. 6217

GUNBOAT, n. A boat or small vessel fitted to carry a gun or two at the bow. 6217

GUN-CARRIAGE, n. A wheel carriage for bearing and moving cannon. 6217

GUNNEL. [See Gunwale.] 6217

GUNNER, n. One skilled in the use of guns; a cannoneer; an officer appointed to manage artillery. The gunner of a ship of war has the charge of the ammunition and artillery, and his duty is to keep the latter in good order, and to teach the men the exercise of the guns.

GUNNERY, n. The act of charging, directing and firing guns, as cannon, mortars and the like. Gunnery is founded on the science of projectiles. 6217

GUNNING, n. The act of hunting or shooting game with a gun. 6217

GUNPOWDER, n. A composition of saltpeter, sulphur and charcoal, mixed and reduced to a fine powder, then granulated and dried. It is used in artillery, in shooting game, in blasting rocks, etc. 6217

GUNROOM, n. In ships, an apartment on the after end of the lower gun-deck, occupied by the gunner, or by the lieutenants as a mess-room. 6217

GUNSHOT, n. The distance of the point blank range of a cannon-shot. 6217

GUNSHOT, a. Made by the shot of a gun; as a gunshot wound. 6218

GUNSMITH, n. A maker of small arms; one whose occupation is to make or repair small fire-arms. 6218

GUNSMITHERY, n. The business of a gunsmith; the art of making small firearms. 6218

## GUNSTICK — GYVE    6219

GUNSTICK, n. A rammer, or ramrod; a stick or rod to ram down the charge of a musket, etc. 6219

GUNSTOCK, n. The stock or wood in which the barrel of a gun is fixed. 6219

GUNSTONE, n. A stone used for the shot of cannon. Before the invention of iron balls, stones were used for shot. 6219

GUNTACKLE, n. The tackle used on board of ships to run the guns out of the ports, and to secure them at sea. The tackles are pulleys affixed to the sides of a gun-carriage. 6219

GUNWALE, GUNNEL, n. The upper edge of a ship's side; the uppermost wale of a ship, or that piece of timber which reaches on either side from the quarter-deck to the forecastle, being the uppermost bend which finishes the upper works of the hull. 6219

GURGE, n. [L. gurges.] A whirlpool. [Little used.] 6219

GURGE, v.t. To swallow. [Not in use.] 6219

GURGION, n. The coarser part of meal separated from the bran. [Not used.] 6219

GURGLE, v.i. [L. gurges. See Gargle, which seems to be of the same family, or the same word differently applied.] 6219

GURGLING, ppr. Running or flowing with a purling sound. 6219

GURHOFITE, n. A subvariety of magnesian carbonate of lime, found near Gurhof, in Lower Austria. It is snow white, and has a dull, slightly conchoidal, or even fracture. 6220

GURNARD, n. A fish of several species of the genus Trigla. The head is loricated with rough lines, or bony plates, and there are seven rays in the membranes of the gills. 6220

GURRAH, n. A kind of plain, coarse India muslin. 6220

Add.10

Central Pacific railroad
company,

# CENTRAL PACIFIC RAILROAD

AND

LEASED LINES.

# RULES,

# Regulations and Instructions

FOR THE USE OF

## AGENTS, CONDUCTORS, ETC.

San Francisco:

**January 1, 1882.**

Generated on 2025-03-13 18:52 GMT / https://hdl.handle.net/2027/ucbk.ark:/28722/h2hm5325f
Public Domain / http://www.hathitrust.org/access_use#pd

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Add.11

# Central Pacific Railroad

AND

## LEASED LINES.

BAGGAGE DEPARTMENT,
January 1, 1882.

## RULES AND REGULATIONS.

### PREFATORY.

The relations and responsibilities of common carriers to the traveling public are such as to require from the former the most constant and earnest care of the property of the latter.

As baggagemen, you are intrusted with the safe-keeping and transportation of effects which are, to the owners, often of more value than their tickets or their purses. Scarcely anything is or can be more truly annoying to the traveler than the loss, the abuse, or even the delays of his baggage. You are, therefore, expected and required by the Company you serve to exercise the utmost vigilance, that all baggage intrusted to your care be correctly checked, promptly forwarded, carefully handled, and safely delivered: *thus*, and thus only, can you forestall all cause of complaint against the Company, whose disfavor you can quite as ill afford as its patron can the injury your negligence might cause.

Digitized by
UNIVERSITY OF CALIFORNIA

Add.12

Original from
UNIVERSITY OF CALIFORNIA

Mismatched checks, how made.

**10.** Mismatched Checks are made by stringing wrong duplicate check or strap, or by giving wrong duplicate to passenger.

Duties of S. B. M. Checking out. Number of checks allowed.

**11.** CHECKING OUT.—*Number of checks allowed.*—Every station baggageman is expected to keep on hand a number of checks equal to his average weekly issue, and of destination cards or triplicates equal to two weeks' average issue.

Authority for checking.

**12.** *Authority for checking.*—A ticket or pass is the only authority for issuing a check.

Limits of checking.

**13.** *Limits of checking.*—Issue no check to a point beyond the destination of the ticket or pass, and to no point beyond Ogden, excepting Cheyenne, Omaha, Council Bluffs, Denver, Leavenworth and Kansas City.

**14.** Never check to a point short of destination of ticket, unless the ticket be first-class in every particular and entitled to stop-over privileges. In such case punch ticket and write plainly on its back "Checked to [name station.]"

Check single pieces only.

**15.** *Check single pieces only;* that is, check no trunk, valise, bag, satchel, bundle, or any other article with any coat, blanket, umbrella, cane, or other parcel or bundle, lashed, strapped, tied or otherwise fastened to it.

Safety of check.

**16.** *Safety of check.*—Check no box or chest that has not a loop or handle to which the check may be safely fastened, (never *nail* on a strap check), nor any bundle or packet that is not so bound or tied as to render your check safe.

Prohibited articles.

**17.** *Prohibited articles.*—Guns, umbrellas, walking sticks, baby wagons, saddles, jewelry boxes, lunch baskets, and parrots are not baggage, and must not, under any circumstances, be checked.

Kinds of checks.

**18.** *Kinds of checks.*—To Ogden and all points west thereof use only the Central Pacific checks. All stations authorized to check on roads connecting with C. P. and U. P. will use only the checks provided for such purpose.

Registering.

**19.** *Registering checks.*—Register on your memorandum the initials, *number* and *destination* of every check you issue, *before* attaching it to the baggage.

Then transfer to your register, with date, number of train, and name of T. B. M.; also, in a separate book, or on opposite page of the same book, enter the number and initials of every check received, with number of train and name of T. B. M. Also, at the close of every day take account of all checks on baggage, and all baggage unchecked, remaining in your room.

Double checking prohibited.

**20.** *Double checking* is not allowed under any circumstances.

To station without agent.

**21.** When checking to station *where there is no agent,* notify the owner to deliver the duplicate to the T. B. M. before reaching the station, and to be ready to receive the baggage. If he fails to do this, T. B. M. will carry it to next station where there is an agent, and leave it with all necessary information. It can be moved after that only at the expense of the owner.

Baggage unaccompanied by owner.

**22.** When owner does not accompany baggage, enclose duplicate check to agent at destination, with name of owner and all necessary information. Emigrants whose baggage goes by express train, are exceptions to this rule. In all cases where you send duplicate check, send by Wells, Fargo & Co., and not by T. B. M.

Way-bill all unchecked stuff.

**23.** *Articles not checked,* (excepting those enumerated under the head of "perquisites"), should in all cases be way-billed, whether Company's stuff, free, or other material paid for.

Sample trunks.

**24.** "*Checking of sample trunks.*—Agents and baggage masters will check sample trunks when in proper condition belonging to commercial and business traveling agents, recognizing same as baggage, passing only one hundred pounds free for each first-class ticket presented, and charging for all excess weight as per Rule 34. If the passenger presenting sample trunks has regular baggage, such as trunks, valises or bags, containing clothing, wearing apparel, etc., to be checked also, weigh the whole number of pieces and collect extra-baggage charges on the total excess weight over the allotted one hundred pounds per ticket."

No baggage on corpse ticket.

**25.** Check no baggage on ticket for a corpse.

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Generated on 2025-03-13 18:52 GMT / https://hdl.handle.net/2027/uc1bk.ark:/28722/h2hm5325f
Public Domain / http://www.hathitrust.org/access_use#pd

**Transferring (continued.)**

80. In transferring at a junction be very careful that your transfer bill is fully executed and contains the numbers of checks, or full description of all, and only the pieces to be transferred.

**Do.**

81. In transferring, at the end of your route, the car to another T. B. M., see that your transfer bill accords with your report of pieces delivered at that station, and intelligibly describes every piece in the car.

**Do.**

82. Always hand your transfer bill to the T. B. M. receiving, or attach it securely to the transferred baggage.

**Examine transferred baggage at once.**

83. *On receiving transferred baggage* make it your first business to see whether it corresponds with the accompanying transfer bill; if so, sign "correct," with your name; if not, sign your name with "not correct," and note the error on the back.

**Perquisites.**

84. PERQUISITES.—Dogs, monkeys and parrots can be carried in the baggage car *only*, in care of the train baggageman, who is responsible to the owner for their proper treatment, and who is authorized to collect for each one carried fifty miles or less, fifty cents; and for any distance over fifty miles at the rate of $\frac{1}{2}$ cent per mile, *provided* that in no case shall the charge, on any one train baggageman's route, be over one dollar and twenty-five cents; and provided further, that the charge shall in no case exceed the local ticket rate over the same route.

**Owner must be ready to receive.**

85. Owners of dogs, monkeys and parrots must, in all cases, be distinctly informed that they must be at the car door, ready to receive the same at destination, as T. B. M. has no means of caring for them after arrival. The practice of turning over dogs to S. B. M. to be kept in baggage room at destination is not allowed.

**Guns and canary birds.**

86. Guns, in cases and not loaded, and canary birds, in cages, not exceeding one cage to each passenger, may be carried in day or sleeping cars without charge.

**Parrots and canaries as representatives.**

In these rules, parrots are named as *representatives* of a *class* of large birds that would be offensive to passengers; and canaries, as *representatives* of the *class* of inoffensive parlor birds.

---

87. In all other cases guns and saddles must be put in care of the T. B. M., who is allowed to collect for carrying each one any distance on his route, twenty-five cents each. **Guns and saddles.**

88. Baby wagons will be carried in the baggage car only, and in care of the T. B. M., who is authorized to collect from the owner, for carrying each, fifty miles or less, twenty-five cents, and for any distance over fifty miles, at the rate of twenty-five cents per hundred miles. **Baby wagons.**

89. The fees for carrying dogs, monkeys, parrots, guns, baby wagons and saddles are for the personal compensation of the T. B. M. for the extra work and responsibility they cause him. **Perquisites.**

90. Perquisite fees, the same as price of passenger tickets, must be collected in *advance* for the whole distance; and when T. B. M. transfers the animal or article to another T. B. M. he must pay over also all the fees except what belongs to his route. **Perquisites in advance.**

91. You are required, in every case, to attach such "perquisite tag" or check as shall be furnished by the G. B. A. for that purpose to the perquisite animal or article and to give to owner the proper duplicate, which duplicate must be returned when animal or article is delivered. If tag is used, both tag and duplicate must be dated and signed by you, and when returned must be promptly forwarded to G. B. A. **Perquisite tags.**

92. SUPPLIES.—T. B. M. will order all their supplies from G. B. A. one week in advance. **Supplies.**

93. REPORTING.—Before reaching the end of your route nearest the office of the G. B. A., prepare your "received" and "delivered" reports, that they may reach the G. B. Office at the earliest possible moment. **Reporting.**

Compare your "received" and "delivered" reports and see that they harmonize. **Comparing.**

94. Count and give total number of pieces at bottom of every report and of every transfer bill and way-bill. **Counting.**

95. Note fully on "received" and "delivered" reports and on way-bills every article carried in car under **Special articles.**

---

Generated on 2025-03-13 18:52 GMT / https://hdl.handle.net/2027/uc1bk.ark:/28722/h2hm5325f
Public Domain / http://www.hathitrust.org/access_use#pd

Digitized by
UNIVERSITY OF CALIFORNIA

Add.14

Original from
UNIVERSITY OF CALIFORNIA

7.2.7.

UNIV. OF MICH. LAW LIBRARY

Generated on 2024-01-10 15:26 GMT / https://hdl.handle.net/2027/mdp.35112203944048
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

# THE
# PUBLIC LAWS

### OF THE STATE OF

# RHODE-ISLAND

### AND

# PROVIDENCE PLANTATIONS,

As revised by a Committee, and finally enacted by
the Honourable GENERAL ASSEMBLY, at their
Session in *January*, 1798.

TO WHICH ARE PREFIXED,

The CHARTER, DECLARATION OF INDEPENDENCE, ARTICLES
OF CONFEDERATION, CONSTITUTION OF THE UNITED
STATES, and PRESIDENT WASHINGTON'S ADDRESS of *Sep-
tember*, 1796.

41259

Published by Authority.

*IGNORANTIA LEGIS NEMINEM EXCUSAT.*
IGNORANCE OF THE LAW IS NO EXCUSE FOR ITS VIOLATION.

Printed at PROVIDENCE, by CARTER and WILKINSON,
and sold at their Book-Store. 1798.

Add.15

Digitized by Google          Original from
UNIVERSITY OF MICHIGAN

<table>
<tr><td></td><td align="right">D. C.</td></tr>
</table>

*The public Notaries shall be allowed,*

| | D. | C. |
|---|---|---|
| For drawing a protest, and registering the same, | 1 | 50 |
| For swearing witnesses relative to a protest, for each witness, | 0 | 5 |
| For recording all instruments, for every lawful page, | 0 | 10 |
| For taking the acknowledgment of a letter of attorney, or other instrument, and affixing the notarial seal thereto, | 0 | 25 |

*The Sheriffs shall be allowed,*

| | D. | C. |
|---|---|---|
| For serving a writ, if not more than a mile from the court-house, or place of appearance, | 0 | 12 |
| For every mile's travel out beyond a mile, and the same back, the travel to be computed from the place to which the writ is returnable, to the place where it is served, | 0 | 2 |
| For attending a prisoner before commitment, if actually committed, | 0 | 16 |
| For the copy of a writ or warrant, not to be taxed, unless actually given, | 0 | 10 |
| For attending the General Assembly, the Supreme Judicial Court, and Courts of Common Pleas, by the day, | 1 | 0 |
| For a bail bond in civil actions, | 0 | 6 |
| And where bail is taken by indorsement on the writ, the same fee. | | |
| For serving all executions where a party is committed to gaol, | 0 | 70 |
| For serving all executions where the money due thereon is collected, not exceeding four dollars, | 0 | 30 |
| If above four dollars, and not exceeding seven dollars, | 0 | 40 |
| If above seven dollars, and not exceeding twenty dollars, | 0 | 60 |

If

Add.16

Digitized by Google    Original from UNIVERSITY OF MICHIGAN

ing writs, unlefs the Court to which
fuch warrant or procefs fhall be re-
turnable, fhall deem it reafonable
to make a further allowance for ex-
tra fervices.

   *The Coroners fhall be allowed*,

| | | |
|---|---|---|
| For taking every inquifition, | 1 | 0 |
| Befides the above fee, for every day employed therein, | 1 | 0 |
| Each Juror fhall be allowed by the day, | 0 | 50 |

*Town-Sergeants and Conftables fhall be al-
lowed*,

| | | |
|---|---|---|
| For ferving a writ, if not more than a mile from the place of appearance, | 0 | 12 |
| If more than a mile, | 0 | 8 |
| For every mile's travel out beyond a mile, and the fame back, | 0 | 2 |
| For a bail bond in civil actions, | 0 | 6 |

  And where bail is taken by indorfe-
  ment on the writ, the fame fee.

| | | |
|---|---|---|
| For a copy of a writ or warrant, | 0 | 10 |

For ferving a fummons and travel,
the fame as the Sheriff.

For attendance upon the General Af-
fembly, the Supreme Judicial Court,
and the Courts of Common Pleas,

| by the day, | 0 | 75 |
|---|---|---|

For ferving a warrant or other crimi-
nal procefs, the fame as for ferving
a writ, unlefs the Court to which the
fame fhall be returnable, fhall deem
it reafonable to make a further al-
lowance for extra fervice.

   *Other Fees allowed in Court.*

| | | |
|---|---|---|
| For the writ and declaration, | 1 | 0 |
| Attorney's and counfel's fee in the Courts of Common Pleas, | 1 | 0 |
| In the Supreme Judicial Court, | 2 | 0 |

         One

Add.17

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# L A W S

### OF THE

## S T A T E

### OF

# DELAWARE,

FROM THE FOURTEENTH DAY OF OCTOBER, ONE THOUSAND SEVEN
HUNDRED, TO THE EIGHTEENTH DAY OF AUGUST, ONE
THOUSAND SEVEN HUNDRED AND NINETY-SEVEN.

### IN TWO VOLUMES.

### VOLUME II.

*Published by Authority.*

STANFORD LIBRARY

*N E W - C A S T L E:*
PRINTED BY SAMUEL AND JOHN ADAMS.
M,DCC,XCVII.

Add.18

them from and after the time for collection of the said tax, shall have expired.

*Passed October 26, 1790.*

---

## C H A P.  CCXIV. b.

1790.

*An* ACT *directing the election of a Representative for this state in the Congress of the United States.* (a).

**Time and places of holding the election.**

SECTION I. BE it enacted by the General Assembly of Delaware, That an election of a Representative for this state, to serve in the Congress of the United States, for two years from the fourth day of March next, shall be held by the citizens of this state, qualified to vote for Members of the House of Assembly, on the second Monday of November next, at the following places, *to wit*; For the county of New-Castle at the Court House in the town of New-Castle; For the county of Kent at the Court House in the town of Dover; For the county of Sussex at the Court House in the town of Lewes; (b) in like manner as by the election laws of this state is directed for the election of Members of the General Assembly of this state; of which election due and public notice shall be given by the Sheriffs of the respective counties, agreeably to the said election laws:

**Public notice thereof to be given.**

And the present Sheriffs, together with every other officer and person whose duty it was to attend, conduct, and regulate the General Election held on the first day of this present month of October, are hereby authorised and required to attend, conduct, and regulate the election herein directed to be held for the purpose aforesaid, in like manner as in and by the said election laws is directed; and the several powers and authorities to the several officers given by the laws of this state, relating to the election of Members of the

**Powers of the officers for conducting the election.**

General

*(a)* See chap. 188. b. Ante.

*(b)* Place of election for Sussex county since established at George Town, see chap. 237. b.

of the act for raising county rates and levies, *(a)* as by this act is altered, is hereby repealed and made void.

*Passed June 14, 1793.*

---

## C H A P. XIX. c.

*An ACT to regulate the courts in this state.*

1793.

SECTION 1. BE it enacted by the Senate and House of Representatives of the state of Delaware in General Assembly met, That, from and after the first Tuesday of October next, the Court of Chancery, Supreme Court, Court of Common Pleas, and Court of General Quarter Sessions of the Peace and Gaol Delivery, shall be held in each county twice in every year; *(b)* and that the terms of the said several courts shall commence and be held as follows, *That is to say,* The Supreme Court in New-Castle county on the second Tuesday of April and October, in Kent county on the fourth Tuesday of April and October, and in Suffex county on the second Tuesday after the terms shall commence in Kent county; and the Court of Common Pleas shall commence and be held in Suffex county on the second Tuesday after the terms of the Supreme Court shall commence in Suffex county, in Kent county on the second Tuesday after the terms of the Court of Common Pleas shall commence in Suffex county, and in New-Castle county on the second Tuesday after the terms of that court shall commence in Kent county. *(c)*

SECT. 2. *And be it enacted,* That the Court of Chancery shall be commenced, and held in each county, on the first Tuesdays next immediately succeeding the

*Terms,*

*of the Supreme Court,*

*Of the Court of Common Pleas,*

*Of the Court of Chancery.*

---

*(a)* Chap. 102. a. 16 Geo. II.

*(b)* See art. 6, of the constitution of this state adopted in 1792—and the schedule.

*(c)* Times of holding those two courts altered in chap. 61. c. after.

ments, as though no such writ or writs were sued forth or delivered to them or any of them.

SECT. 9. *And be it enacted*, That it shall and may be lawful for any party or parties, to any suit or suits depending in the Court of Common Pleas, which may have originated previous to the first Tuesday of October next, after that day to remove all and every such suit or suits, before issue joined, by *habeas corpus* or *certiorari*, at any time previous to the first Tuesday of October, One Thousand Seven Hundred and Ninety-four, in like manner as they now can be moved in such causes; *(g)* any law to the contrary notwithstanding.

*What suits may be removed, and when.*

SECT. 10. *And be it enacted*, That the High Court of Errors and Appeals *(h)* shall be held and kept, once in every year, at the town of Dover, in Kent county, on the first Tuesday in August, to receive, hear and judge of appeals in all matters of law and equity, that may come before the said court from the Court of Chancery, the Supreme Court, and the Court of Common Pleas, in every county in this state.

*High Court of Errors and Appeals when held.*

SECT. 11. *And be it enacted*, That the Sheriff of Kent county, for the time being, shall be attendant on the said High Court of Errors and Appeals during the sitting thereof, and be the officer for the purpose of executing the orders and process of the said court; and in case of neglect or refusal so to do, shall be liable to the like pain, penalty, or forfeiture, as he is in the Court of Chancery, Supreme Court, or Court of Common Pleas.

*Sheriff of Kent to be attendant thereon.*

*Penalty for neglect.*

SECT. 12. *And be it enacted*, That the act, intitled, *An act to establish a Court of Appeals in this state*, shall be, and is hereby repealed from and after the first Tuesday of October next.

*Chap. 169. b.*

*Former act repealed.*

*Passed June* 14, 1793.

VOL. II.          3 Q          CHAP.

---

*(g)* For which see chap. 227. b.

*(h)* For the establishment of this court, see art. 7, of the constitution of June 179

Digitized by Google

To be furnished
with transcripts
relative to the
finances.

SECT. 5. *And be it enacted*, That immediately after the passing of any act of the General Assembly having regard to, or concerning the Auditor's Office, or the finances of the state, the Secretary of State shall furnish the Auditor with an authenticated copy thereof; and the Clerks of the Senate and of the House of Representatives shall also furnish the Auditor with authenticated copies of all resolves, minutes, or orders, which may be entered into, made, or ordered by their respective Houses, relating in any manner to the business of the Auditor, or the finances of the state.

Salary.

SECT. 6. *And be it enacted*, That the Auditor of Accounts shall, for his services, receive the annual sum of Three Hundred Dollars, to be paid quarterly at the treasury of the state, out of any monies therein, not otherwise appropriated, and no more. *(c)*

*Passed June* 15, 1793.

---

## C H A P.    XXVII. c.

*An* ACT *for regulating and establishing fees.*

Preamble.

FOR preventing extortion, undue exaction of fees by the several officers within this state; and that all fees may be reduced to a certainty, and be established;

SECTION 1. *BE it enacted by the Senate and House of Representatives of the state of Delaware in General Assembly met*, That the fees to be paid within this state shall be as herein after are ascertained, limited, and appointed, *That is to say:*

To the use of the state---

The Rate.

FOR a licence to keep a public house of entertainment, and to sell all liquors, signed and sealed, Twelve Dollars.

A licence for the same, and to sell all liquors, except wine, Eight Dollars. *(d)*                    A li-

*(c)* See after in chaps. 65. c.—81. c. increased to Five Hundred Dollars, to commence from the time of his appointment, and to continue till first of Jan. 1796.

*(d)* For the original act for regulating innholders, &c. see chap. 76. a. 13 Geo. II.—See also chap. 2. b. Anno, 1777, sects. 4, 5—chap. 5. c. sect. 5—chap. 20, c.

Every day's attendance as Clerk, transcribing, &c. Two Dollars, *per* day, and no more.

Sergeant at Arms.

SECT. 21. And the fees belonging to the Sergeant at Arms shall be as follow, viz.

For serving every order, One Dollar.

Taking any person into custody, Thirty-three Cents.

Travelling charges *per* mile, Two Cents going, and the same returning.

Every day's attendance on any person, where committed, Twenty-six Cents.

Door-keeper.

SECT. 22. Fees to the Door-keepers of the respective Houses—

For every day's attendance, One Dollar.

Bell-ringer.

SECT. 23. To the Bell-ringer of the General Assembly, each day, Thirty-three Cents.

Coroner.

SECT. 24. Fees to the Coroner of each county—

For viewing the body of any person slain or murdered, to be paid out of the goods and chattels, lands and tenements, of the murderer or slayer, if he hath any; but if he hath not, by the county, besides mileage, from the Court House to where the body is found, One Dollar.

Summoning and qualifying the inquest, drawing and returning the inquisition, including mileage, Two Dollars.

Summoning and qualifying each witness, and mileage from the place where the body is found, Thirty-three Cents.

Taking examinations, or depositions of witnesses, in writing, for each, Twenty Cents.

Taking every recognizance, Ten Cents.

In sect. 9, Ante.

Summoning or arresting the Sheriff, or any other person where he is party, executing a writ of *fieri facias*, or other execution, the same fees as are allowed the Sheriff in like cases.

Travelling charges, Two Cents *per* mile.

The Cryer.

SECT. 25. To the Cryer—

For every action entered in the Supreme Court, and in the Court of Common Pleas, Thirteen Cents.

Every suit in the Court of Appeals, Sixty-seven Cents.

Calling each witness on a trial, Two Cents.

Calling a jury sworn at the bar, Seven Cents.

Every indictment, Thirteen Cents.

Calling a non suit, Seven Cents.                    Calling

Add.23

THE

# $\mathfrak{Statutes}$ $\mathfrak{at}$ $\mathfrak{Large}$

OF

# PENNSYLVANIA

FROM

# 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19 1887 BY
JAMES T. MITCHELL AND HENRY FLANDERS
COMMISSIONERS

## VOLUME X
1779 to 1781

WM. STANLEY RAY
STATE PRINTER OF PENNSYLVANIA
1904

Add.24

rights of any person or persons other than those of the minors
herein mentioned.

Passed April 6, 1791. Recorded L. B. No. 4, p. 160. See the Act
of Assembly passed January 24, 1792, Chapter 1604.

---

## CHAPTER MDLI.

---

AN ACT TO VEST IN TRUSTEES, FOR THE USE OF THE SOCIETY OF
PEOPLE CALLED QUAKERS, CERTAIN LOTS OF GROUND THEREIN
MENTIONED.

Whereas John Songhurst, Samuel Richardson and Anthony
Morris, being seized in their demesne, as of fee, of and in a cer-
tain lot of ground, with the appurtenances situate on the west
side of Front street, northward of Mulberry street, whereon
was erected a brick building commonly called the Bank meeting
house, did, by indenture, dated the twentieth day of the second
month in the year of our Lord, one thousand seven hundred and
two, grant, bargain, sell, convey, and assure the same to Samuel
Carpenter, John Kinsey, John Parsons, William Hudson, Pen-
tecost Teague and Isaac Norris and their heirs as joint tenants
in fee.    And whereas the said Samuel Carpenter, John Kin-
sey, William Hudson, Pentecost Teague and Isaac Norris, by
deed, under their hands and seals, duly executed, dated the
twenty-second day of the month and year aforesaid, did confess,
acknowledge and declare, that the said Bank meeting house
and lot with the appurtenances was so conveyed to them, as
trustees, in trust for the use of the monthly meeting of Phila-
delphia of the religious society of people called Quakers, and
did covenant and promise that they and the survivors of them
and his heirs should and would hold and dispose thereof for
the use aforesaid, and in such manner as the said monthly
meeting, from time to time, should order, direct and appoint.
And whereas the monthly meeting of Philadelphia has since
been divided into three districts, called the monthly meeting
of Philadelphia, the monthly meeting of Philadelphia for the

(Section IX, P. L.) And whereas a considerable number of the said inhabitants have, with great courage and fortitude, stood their ground, on the verge of the frontiers, at the hazard of their lives, and thereby formed in some measure a barrier to the flying inhabitants and eventually prevented the enemy from penetrating into the interior parts of the state:

[Section VIII.] Be it therefore enacted by the authority aforesaid, That for the greater encouragement of such as have stood, and will hereafter so stay on their plantations, at the verge of the frontiers, at the hazard of their lives, that it shall and may be lawful for the said commissioners, in like manner as aforesaid, to exonerate and discharge from the payment of taxes, either in whole or in part, as shall seem to them just and reasonable, all such as have so stood and will hereafter in like manner stand in defense of the frontiers.

[Section IX.] (Section X, P. L.) And be it further enacted by the authority aforesaid, That the said commissioners, or any two of them, shall transmit without delay to the general assembly a list of the names of the persons so exonerated, stating the amount of the sum or sums so remitted, that the deficiencies which may arise in raising the quotas of the said counties may be made good and provided for in levying and raising the other taxes of the state.

Passed December 22, 1781. See the Act of Assembly passed January 27, 1797, Chapter 1913.

---

## CHAPTER CMLVII.

---

### AN ACT FOR THE SUPPORT OF GOVERNMENT, AND THE ADMINISTRATION OF JUSTICE.

(Section I, P. L.) Whereas, those who dedicate their time and abilities to the service of the public ought to receive a reasonable compensation:

[Section I.] (Section II, P. L.) Be it therefore enacted and it is hereby enacted by the Representatives of the Freemen of

Add.26

Generated on 2025-03-13 19:22 GMT / https://hdl.handle.net/2027/umn.31951d005626s9s
Public Domain in the United States, Google-digitized / http://www.hathitrust.org/access_use#pd-us-google

Digitized by Google          Original from
UNIVERSITY OF MINNESOTA

The other members of the house of assembly, for every day's attendance, each the sum of fifteen shillings.

The clerks of the house of assembly, for every day's attendance, the sum of one pound.

The sergeant-at-arms, for every day's attendance, the sum of ten shillings.

The door-keeper of the council and the door-keeper of the house of assembly, each the sum of ten shillings for every day's attendance.

[Section III.] (Section IV, P. L.) And be it further enacted by the authority aforesaid, That every delegate in Congress and member of council shall be further allowed, towards his traveling charges, after the rate of six pence per mile, once in every three months, in coming in and going from the places where the Congress and council shall respectively sit, provided he shall so often actually visit his family; and that every member of assembly shall be further allowed, towards his traveling charges, after the same rate, once in each sitting of the house; which said wages and traveling expenses shall be paid by the treasurer of this state to the delegates representing this state in Congress, and to the members of the council and their door-keeper, on the drafts of the president or vice-president in council; and to the speaker and other members of assembly, to the clerk of the assembly, sergeant-at-arms and door-keeper, on the drafts of the speaker of the house, signed in assembly.

[Section IV.] (Section V, P. L.) And be it further enacted by the authority aforesaid, That so much of any act of assembly heretofore made as declares what salaries shall be paid to the several officers of government and what wages shall be allowed to the speaker and other members of assembly, to the delegates representing this state in Congress, to the members of council and others herein specially mentioned shall be and is hereby repealed.

Passed December 27, 1781. Recorded L. B. No. 1, p. 264. See the Acts of Assembly passed February 25, 1783, Chapter 1005. The Act in the text was repealed by Acts of Assembly passed March 25, 1785, Chapter 1142; September 17, 1785, Chapter 1155.



*Edw.d Thomas ff.*
*1798*

THE

# P U B L I C   L A W S

OF THE STATE OF

# SOUTH-CAROLINA,

*FROM ITS FIRST ESTABLISHMENT AS A BRITISH PROVINCE*
*DOWN TO THE YEAR 1790, INCLUSIVE,*

IN WHICH

IS COMPREHENDED SUCH OF THE STATUTES OF GREAT BRITAIN AS WERE MADE OF FORCE BY
THE ACT OF ASSEMBLY OF 1712,

With an Appendix containing such other Statutes as have been enacted or
declared to be of force in this State, either virtually or expressly,

TO WHICH IS ADDED

THE TITLES OF ALL THE LAWS (WITH THEIR RESPECTIVE DATES) WHICH HAVE BEEN PASSED IN
SOUTH-CAROLINA DOWN TO THE PRESENT TIME,

ALSO

The Constitution of the United States with the amendments thereto,

AND LIKEWISE

*THE NEWLY ADOPTED CONSTITUTION OF THE STATE OF SOUTH-CAROLINA,*

TOGETHER WITH A COPIOUS INDEX TO THE WHOLE.

*By the Honorable JOHN FAUCHERAUD GRIMKÉ, Esq. A. B. & L. L. D. and one of the*
*associate Judges of the Superior Courts in the State of South-Carolina.*

*Minus scriptæ est, &c. Jus est Vagum aut Incognitum. 4 Inst. 246,332:*

LAW

P H I L A D E L P H I A:
PRINTED BY R. AITKEN & SON, IN MARKET STREET.

M DCC XC.

the fum of £2000 proclamation money, to the public-treafurer, in behalf of the public of this Province, for the due and faithful difcharge and execution of their faid offices: And the faid bonds fhall remain in his office, and may be fued for, by order of the faid court, for fatisfaction of the public, and all private perfons aggrieved by the mifconduct of the faid fheriffs. And, in cafe of the death, removal from this Province, or refufal to act, of any perfons fo appointed fheriffs, &c.‡

*A. D. 1769.*
*No. 1095.*
In cafe of death, &c. how others fhall be appointed.

IX. The faid fheriffs fhall by themfelves, or their lawful deputies refpectively, attend all the courts hereby appointed, or directed to be held, within their refpective diftricts. ‖ And that the faid fheriffs, fhall have the like powers and authorities; and they, and their under fheriff, or gaoler, be fubject and liable to all actions, fuits, fines, forfeitures, penalties, and difabilities whatfoever, which any fheriff, under-fheriff, or gaoler, is liable or fubject to, or may incur by the laws and flatutes of Great-Britain, for and in refpect of the efcapes of prifoners, or for, or in refpect of any other matter or thing whatfoever, relating to, or concerning their feveral and refpective offices.

The fheriffs, by themfelves, or their lawful deputies, fhall attend all the courts in their refpective diftricts. And fhall have the fame powers, and be fubject to the like penalties as the fheriffs in Great Britain.

X. *The firft part of this claufe is obfolete.* No fheriff, under fheriff, fheriff's clerk, or other fheriff's officer, fhall be an attorney, or act as fuch, in his own name, or in the name of any other perfon, or be allowed to plead or practice in any of the King's courts in this Province, during the time that he is in any fuch office.§

Now fhall any fheriff, or officer under him, be allowed to plead or practife in faid courts.

XI. ¶And, for the eafe of fheriffs, with regard to the return of procefs: *Be it enacted by the authority aforefaid,* That the fheriffs of each diftrict or precinct, fhall, at the expiration of his office, turn over, to the fucceeding fheriff, by indenture and fchedule, all fuch writs and procefs, as fhall remain in his hands unexecuted, who fhall duly execute and return the fame. And in cafe any fuch fheriff, fhall refufe or neglect to turn over fuch procefs, in manner aforefaid, every fuch fheriff, fo neglecting or refufing, fhall be liable to make fuch fatisfaction, by damages and cofts, to the party aggrieved, as the, he, or they fhall fuftain by fuch neglect or refufal: And the faid fheriff fhall alfo deliver up to his fucceffor, the cuftody of the gaol, and the bodies of fuch perfons who fhall be confined therein, and the caufe of their detention.

How a fheriff fhall deliver up his office to his fucceffor.

XII. The fees to the judges, and feveral officers of the faid courts, for bufinefs done by them refpectively, fhall be the fame as thofe of the fame officers in the courts now holden in Charleftown for the like bufinefs, except where the proceedings fhall be fummary as abovementioned; and the fheriffs fhall have the fame fees, for bufinefs done therein by them, as the provoft-marfhal is now entitled to, except in the cafes of fummary jurifdiction; and alfo except, that all mileage fhall be computed from the court-houfes in the feveral diftricts.

Except on fummary proceedings, the fees of the judges and other officers, fhall be the fame as they now are.

XIII. *Obfolete.*

XIV. This act fhall not extend to any action, which fhall be commenced before notice by proclamation, of the Governor or Commander in Chief, that the faid court-houfes and prifons are built and completed; but all fuch actions and fuits, fhall and may be proceeded in, and determined in the fame manner, as if this act had never been made. And no perfon fhall be obliged to ferve as a juror, out of the diftrict or precinct wherein he fhall by this act be liable to ferve, after courts have been therein refpectively holden.

All actions commenced before this act fhall operate, to be proceeded on and determined, as if it had never been paffed. No clerks of faid courts allowed to act as attornies or folicitors nor other perfons but fuch as are herein fpecified.

XV. *No clerk of any of the courts aforefaid, fhall act as an attorney or folicitor therein, or in any other court: And no perfon fhall practife in, or folicit in the caufe of any other in the faid courts, unlefs he has been or fhall be admitted a barrifter at law, or an attorney thereof, by the court of common pleas in Charleftown; or an attorney of that court, and an inhabitant of this province.

XVI. The faid courts fhall be courts of record, and all perfons necefrarily going to, attending, or returning from the fame, fhall be free from arrefts in any civil action.

Said courts declared record, and perfons neceffarily attending the fame, freed from attrefts.

XVII. *And be it further enacted by the authority aforefaid,* That as foon as may be, after the ratification of this act, and after the court-houfes and goals herein mentioned are built, the judges of the faid court of common pleas in Charleftown, fhall caufe lifts of jurors in civil caufes, grand and petit juries, to be made for Charleftown, and alfo for each of the country diftricts and precincts, from the next antecedent tax lift of perfons within fuch refpective diftricts or precincts aforefaid, whofe names fhall be written on feparate pieces of paper: And the faid judges, fhall caufe jury-boxes to be made for the faid courts, and for the courts of general

Jurors how to be drawn, &c. after the court houfes & gaols are built.

---

‡ See 31 §. of do. All the reft of this claufe is altered or obfolete.
‖ See A. A. 19th February, 1758.
§ See A. A. 1789. This claufe is copied nearly from 1 H. 5. c. 4.
¶ Copied nearly from 20 G. 2 c. 37.
* See A. A. 1789.

A. D. 1785. declared incapable of serving in the same or any other office in this State. And the clerk of
Nº. 1395. the County Court shall be allowed for recording every instrument of writing 3d. per copy
sheet, which copy sheet shall not contain less than 90 words, and for every copy of such instrument of writing 2d. per copy sheet, containing not less than 90 words.

## TABLES of FEES.

*County Court Clerk's Fees.*

|  | £. | s. | d. |
|---|---|---|---|
| *For the whole fee of a tavern licence and bond | 0 | 9 | 4 |
| For every search for any thing above a year's standing | 0 | 1 | 0 |
| For searching and reading, or shewing to be read, any paper or record filed within the office, whereof a copy is not desired | 0 | 1 | 0 |

*In Actions and other Suits.*

| | £. | s. | d. |
|---|---|---|---|
| For every writ other than such as are herein after particularly mentioned | 0 | 2 | 6 |
| For every copy of each writ | 0 | 1 | 6 |
| For every writ of *fieri facias, capias ad satisfaciendum, or scire facias* | 0 | 2 | 6 |
| For a copy thereof | 0 | 1 | 6 |
| For a writ of attachment in any action | 0 | 2 | 6 |
| For recording the return thereof 3d. per copy sheet. | | | |
| For an attachment granted by the Justice of Peace returnable to the court, and putting the same upon the docket | 0 | 2 | 6 |
| For every summons to summon any person on such attachment | 0 | 1 | 6 |
| Filing every bail bond or entering the bail returned | 0 | 1 | 6 |
| For docketing every cause except by summons or petition, to be charged but once | 0 | 1 | 0 |
| For a copy of the return of any writ | 0 | 0 | 6 |
| For entering any special bail | 0 | 2 | 0 |
| For entering security for costs for persons out of the county | 0 | 2 | 0 |
| For entering the appearance of the defendant or defendants, where there is no attorney, in any suit except by summons and petition | 0 | 0 | 6 |
| For entering one or more attornies for each party | 0 | 1 | 0 |
| For every petition, declaration, plea, demurrer, or joinder, &c. except in petitions for debt, detinue, assumpsit, or trover | 0 | 2 | 0 |
| For a copy of any declaration, special pleading, or demurrer | 0 | 2 | 0 |
| For every trial, swearing the jury and witnesses, filing all papers, and receiving and recording general verdict | 0 | 4 | 8 |
| For every trial where there is a special verdict, or case agreed, and recording the same | 0 | 6 | 0 |
| For swearing the witnesses in every other cause where there is no jury, or case agreed | 0 | 1 | 0 |
| For filing the papers of each party in every cause and where there is a jury or case agreed | 0 | 2 | 0 |
| For a copy of a special verdict or case agreed, and every thing therein set forth, or for making up a full and complete record of any cause, for every ninety words | 0 | 0 | 2 |
| For entering every judgment or for a copy thereof | 0 | 1 | 0 |
| For every deposition taken in court or a copy thereof | 0 | 1 | 0 |
| For administering an oath in court not relating to the trial of any cause there | 0 | 1 | 0 |
| For every recognizance in court | 0 | 2 | 0 |
| For entering the order or orders in any cause in one court | 0 | 2 | 6 |
| For every order for a witness or other person's attendance | 0 | 2 | 0 |
| For a copy of any order 2d. per copy sheet | | | |
| For recording the report of a jury in the county before a surveyor, auditor, or viewer | 0 | 3 | 6 |
| For a copy thereof | 0 | 2 | 6 |

* See A. A. 1788.

For

| | £. | s. | d. |
|---|---|---|---|
| For taxing cofts to any judgment, or decree where cofts are recovered, or for a copy of a bill of cofts if required | o | 2 | o |
| For a copy of an account | o | 2 | o |
| For entering an appeal and taking bond to profecute it | o | 4 | o |
| For a copy of the bond | o | 1 | o |
| For returning appeal and fecurity to the office of clerk of the Supreme Court | o | 4 | 8. |
| For returning writ of *fuperfedeas, certiorari,* or *habeas corpus* | o. | 4 | 6 |
| For a copy of the proceedings of the caufe wherein the appeal is granted, for every 90 words | o | o | 3 |
| For recording the acknowledgment of the fatisfaction of a judgment | o | 2 | o |
| For entering each order for a witnefs's attendance, to be charged to the party in whofe behalf the witnefs is fummoned, and taxed in the bill of cofts if fuch party recover | o | 1 | 6 |
| For a copy thereof to be taxed and charged in like manner | o | 1 | o. |
| For an attachment thereon to be charged to the party againft whom fuch attachment fhall be iffued | o | 1 | 6 |
| For the whole fee chargeable for every fummons and petition for debt, detinue, affumpfit or trover, and all the proceedings therein, including a copy of the judgment and taxing cofts if required, except the refpective fees for fummoning witneffes, entering attornies, for every order for continuance, and for iffuing execution where fuch matters happen | o | 10 | o |
| For a fummons for feveral witneffes living in 1 county if fummonfes for all be taken out at 1 time | o | 2 | 6 |
| For recording any writings not herein particularly mentioned, or for a copy thereof, for every 90 words | o | o | 3 |
| For all public fervices of the clerk, viz. entering and iffuing copies of orders, for appointing overfeers of high-ways, appointing conftables, grand-juries, drawing juries, iffuing venires, taking lift of taxables, entering guardians accounts and all matters relating thereto, binding out poor orphans and appointing guardians, entering county-affeffment and copies thereof, entering and iffuing orders for recommending Sheriffs and Juftices of Peace, and all other public fervices, for which no particular fee is allowed (to be affeffed and levied annually by the Juftices of the county)* | 15 | o | o. |

And where more attornies than 1 fhall be employed in any caufe on 1 fide, if fuch attornies take out more than 1 copy of any thing neceffarily relating to the fuit, yet no more than one copy fhall be allowed in the bill of cofts; neither fhall the clerks tax any fee in the bill of cofts, for entering any more than 1 attorney, although cofts, fhall be adjudged againft the adverfe party ; and where any fuiter fhall retain all the attornies practifing at the court wherein fuch fuit is brought, on the petition of the defendant, the court fhall affign 1 of the faid attornies to appear and defend fuch defendant for the legal and accuftomed fees, and fuch attorney fhall be compellable by the court to undertake fuch defence, under the pain of being filenced and disfranchifed in fuch court.

## To the SHERIFF.

| | £. | s. | d. |
|---|---|---|---|
| For an arreft, bail bond and return | o | 4 | 8 |
| For returning any procefs *non eft inventus* | o | 2 | o |
| For ferving a writ of *fcire facias* | o | 2 | 6 |
| For ferving any perfon with an order of court and making return thereof, to be paid by fuch perfons | o | 3 | 6 |
| For putting any perfon in the pillory | o | 4 | 8 |
| For putting into the ftocks | o | 2 | 6 |
| For putting in prifon, and releafement | o | 4 | 8 |
| For ferving a fubpœna in chancery | o | 3 | 6. |
| For ferving a fummons or petition for debt, detinue, affumpfit or trover | o | 3 | 6 |
| For ferving a fubpœna for a witnefs in any caufe in court, except fummoned in court | o | 2 | 6 |
| For fummoning an appraifer, viewer or witnefs to any deed, will or writing, if required to be fummoned and not elfe | o | 2 | 6 |

For

* Altered by A. A. 1786, to £5.

|  | £. | s. | d. |
|---|---|---|---|
| A. D. 1785. For summoning and impannelling a jury in every case where a jury shall be sworn | 0 | 2 | 0 |
| N°. 1395. For removing every criminal from the County gaol to the District gaol, for every mile in going and returning, to be paid by the public - per mile | 0 | 0 | 3 |
| For removing any person by *habeas corpus* from the County gaol or other confinement to the public gaol, or before any Judge of the Circuit Court, to be paid by the person applying for the same, unless removed by public order, in which case to be paid by the public for every mile going and returning - | 0 | 0 | 3 |
| For executing any condemned person and all fees incident - - | 1 | 0 | 0 |
| For summoning a jury upon any inquisition, survey, writ of dower or partition, if the jury appear - - - - - - - - - | 1 | 10 | 0 |
| For the same if the jury do not appear - - - - - | 0 | 15 | 0 |
| For making return of any writ of dower or partition - - - | 0 | 7 | 6 |
| For every days attendance upon a jury in the County after they are sworn, or attendance on a survey or when ordered by the Court - - - | 0 | 7 | 6 |
| For serving a writ of *habere facias seisnam*, or *habere facias possessionem* - - | 0 | 7 | 6 |
| For serving an attachment upon the body - - - - | 0 | 5 | 0 |
| For serving declaration in ejectment if against any one tenant - - | 0 | 4 | 8 |
| And if against more tenants than one, for serving the same on every such tenant | 0 | 3 | 6 |
| For whipping a slave by order of Court, to be paid by the County - | 0 | 5 | 0 |
| For serving any execution of a judgment 5 *per cent.* commission on the first £ 100, and 2 *per cent.* for all above |  |  |  |
| For serving an attachment on goods exceeding £ 5 if sold, the same fee as for serving execution where the goods do not exceed that value or are not sold - | 0 | 5 | 0 |
| For every person on attachment summoned - - - - | 0 | 2 | 6 |
| For serving and returning a writ, summons or order from the Circuit Court, where the same is not comprehended in any of the foregoing articles - | 0 | 5 | 0 |
| For keeping and providing a debtor in gaol each day - - | 0 | 1 | 0 |
| For keeping and providing for a runaway slave or criminal in gaol, the former to be paid by the owner, the latter by the public - - - | 0 | 1 | 0 |
| For serving a warrant of a Justice of peace - - - - | 0 | 2 | 6 |
| For summoning witness before a Justice - - - - | 0 | 1 | 0 |
| For all public services of the Sheriff, to wit, attending Courts of claims, summoning and empannelling grand juries, publishing writs for electing members to the General Assembly, taking the ballots and returning the writ, serving all public orders of Court, and all other public and county service, for which there is no specified fee, to be annually assessed and levied by the County Courts.* - | 0 | 15 | 0 |

## To the C O R O N E R.

To a coroner.

| For taking an Inquisition on a dead body, to be paid out of the deceased's estate if sufficient, if not by the county - - - - - | 1 | 0 | 0 |
|---|---|---|---|

For all other business done by him, the same fees as are allowed the sheriff for the same services.

## To the C O N S T A B L E.

To a constable.

| For serving a warrant - - - - - - | 0 | 2 | 6 |
|---|---|---|---|
| For summoning a witness - - - - - - | 0 | 1 | 6 |
| For summoning a Coroner, jury, and witnesses - - - | 0 | 10 | 0 |
| For putting a person in the stocks - - - - | 0 | 2 | 6 |
| For serving an execution or attachment returnable to the County Court against the estate of a debtor removing his effects out of the county - | 0 | 7 | 6 |
| For whipping a slave by lawful authority, to be paid by the overseer, if no overseer, by the owner - - - - - - | 0 | 2 | 6 |

Fees not payable till an account of them be produced to the party chargeable.

LIX. None of the fees herein-before mentioned shall be payable by any person whatsoever, until there shall be produced or ready to be produced unto the person owing or chargeable with the same an account in writing, containing the particulars of such fees, signed by the clerk or officer to whom such fees shall be due, or by whom the same shall be chargeable respectively, in which said bill or account is and shall be expressed in words at length, and in the same manner as the fees aforesaid are allowed by this act, every fee for which any money is or shall be demanded.

LX. Every

* Altered to £7 10s. by A. A. 1786.

A. D. 1787.
Nº. 1175.
Persons sued
may plead the
general iſſue,
&c.

VIII. If any perſon or perſons whatſoever ſhall be ſued, proſecuted or moleſted for any matter or thing done by virtue of this ordinance, ſuch perſon or perſons may plead the general iſſue, and give this ordinance and the ſpecial matter in evidence; and in caſe the plaintiff or plaintiffs ſhall ſuffer a diſcontinuance, or verdict or judgment ſhall paſs againſt him or them, the defendant or defendants ſhall be allowed his and their double coſts of ſuit.

27th March, 1787.

JOHN LLOYD,
*Preſident of the Senate.*

JOHN JULIUS PRINGLE,
*Speaker of the Houſe of Repreſentatives.*

---

No. 1478.

## An Ordinance for repealing Part of an Ordinance, Paſſed the 26th Day of March, 1784, relative to Port-Royal Cauſeway.

WHEREAS by an ordinance of the General Aſſembly paſſed the 26th day of March, 1784, all the male inhabitants from 16 to 60 years of age, between Pokotaligo bridge and Combahee ferry on the ſouth eaſt ſide of the road leading to Saltcatcher ferry, were made liable to work on the cauſeway leading to Port-Royal ferry on the main ſide : And whereas ſundry inhabitants have by their petition to the Legiſlature repreſented that the ſaid clauſe is to them grievous and oppreſſive;

*Be it therefore ordained,* That the ſaid clauſe ſhall be and is hereby repealed : *Provided,* That the ſaid inhabitants ſhall be ſtill liable as formerly to open and keep in repair the public road leading to the ſaid ferry.

27th March, 1787.

JOHN LLOYD,
*Preſident of the Senate.*

JOHN JULIUS PRINGLE,
*Speaker of the Houſe of Repreſentatives.*

---

Nº. 1482.

## An Act for regulating and fixing the Salaries of ſeveral Officers, and for other Purpoſes therein mentioned.

WHEREAS by reaſon of the large debt incurred by the Revolution, and the conſequent great diſtreſs of the State, it behoves every good citizen to ſtep forward in the duty required of him by his country on terms leſsburthenſome to the public than hertofore :

I. *Be it therefore enacted,* That every officer herein-after recited, elected, or to be elected, ſhall for the performance of the duties of his office, receive a certain ſalary, that is to ſay,

The Governor of the State, £1000 *per annum.*

Aſſociate Judges £500 *per annum* each.

Attorney-General £200 *per annum.*

Delegates to Congreſs £600 each, to be paid at the ſeat of Congreſs.

Private Secretary to his Excellency the Governor, who ſhall alſo be Clerk of the Privy Council, £150.

Auditor of public accounts £373. 6s. 8d. for 1 year, provided that the ſaid auditor ſhall bring up his books, and have them ready for the inſpection of the legiſlature at their next meeting.

Commiſſioners of the treaſury £571. 8s. 8d.

Clerk of the Senate £287 *per annum.*

Clerk of the Houſe of Repreſentatives £287 *per annum.*

Two meſſengers, 1 for the Senate, and the other for the Houſe of Repreſentatives £70 each *per annum.*         Two

A. D. 1787.

Nº. 1482.

Two Door-keepers £50 each *per annum*.
Powder-Inspector and Arsenal-keeper £100 *per annum*.
Collector of the Customs for the port of Charleston £500 *per annum*.
Collector of the Customs for the port of Georgetown £100 *per annum*.
Collector of the Customs for the port of Beaufort £100 *per annum*.
Two Waiters of the Customs for the port of Charleston £100 each *per annum*.
Waiter of the Customs for the port of Georgetown £30 *per annum*.
Waiter of the Customs for the port of Beaufort £50 *per annum*.
Searcher to the Customs for the port of Charleston £150 *per annum*.
Which said salaries the commissioners of the treasury are hereby authorised and required to pay to each officer so recited in quarterly payments, any law, usage or custom to the contrary notwithstanding.

<span style="float:right">To be paid by commissioners of treasury quarterly.</span>

II. No officer of the Senate and the House of Representatives shall hereafter take or receive directly or indirectly any fee or perquisite whatsoever, except by order of the House to which he respectively belongs, any usage or custom to the contrary notwithstanding.

<span style="float:right">No officer of senate or house of representatives, to receive any fee, &c.</span>

III. No officer heretofore elected or hereafter to be elected to any pecuniary office in this State above £150. shall hold any other office of emolument under this or the United States.

<span style="float:right">Officers not to hold any other office of emolument.</span>

IV. All acts, or clause or clauses of acts, where the salaries of any of the aforesaid officers are fixed, so much of the said act, clause or clauses of acts, as relates thereto, is hereby repealed.

<span style="float:right">Acts and clauses of acts repealed.</span>

March 27th, 1787.

JOHN LLOYD,
*President of the Senate.*

JOHN JULIUS PRINGLE,
*Speaker of the House of Representatives.*

---

# An Act to restrain particular Persons therein described from obtaining Grants of Land; to make null and void certain Grants of surplus Lands, to prevent located Lands from being passed into Grants until the Purchase Money shall be paid; to compel Persons who have obtained Grants to pay for the same within 6 Months, and for other Purposes therein mentioned.

<span style="float:right">No. 1487.</span>

WHEREAS the surveyor general and his deputies, the commissioners of locations, and the secretary of the State and his deputy, have great advantages over their fellow citizens, from having it in their power to take up elapsed grants and such other lands as may be vacant within this State, and such advantages being injurious to the repose and well being of the republic:

<span style="float:right">Preamble.</span>

I. *Be it therefore enacted*, That from and immediately after the passing of this act, it shall not be lawful for the surveyor general, secretary of the State, commissioners of locations, the clerks in the surveyor general and secretary's offices, to take up any elapsed grant, or run out either directly or indirectly in his or their own name or names, or in the name or names of any other person or persons, for his or their use or uses, any lands now vacant within this State, without being subject and liable to the penalty of £5000, to be recovered in any court of record in this State, the one half to the use of this State, and the other half to the use of the informer or person suing for the same, and he or they shall also be discharged from his or their respective offices, and for ever rendered incapable of holding any office of trust or emolument in this State.

<span style="float:right">Not lawful for surveyor-general, &c. to take up any elapsed grant, or run out vacant lands.

Penalty.</span>

And

*Wm. W. Van Wagenen*



# L A W S

OF THE

## State of New-York.

PUBLISHED BY AUTHORITY.



Banks
10/15/04

IN TWO VOLUMES.

*VOL. I.*

ALBANY:

PRINTED BY CHARLES R. AND GEORGE WEBSTER,

1802.

Google

Add.35

people of the state of New-York, and the bodies of the same city and counties respectively, and to do and receive all those things, which on the behalf of the people of the state of New-York shall be then and there enjoined them; and also all the prisoners then being in the gaols thereof, together with their attachments, indictments and all other minuments, any ways concerning those prisoners; and likewise so many good and lawful men of the same city and counties respectively, duly qualified to serve as jurors therein, as the said courts of oyer and terminer and gaol delivery, or any justice thereof, shall from time to time direct, by whom the truth of the matter may be the better known, and enquired into, and who have no affinity to those prisoners. And the said respective sheriffs shall cause to be publicly proclaimed throughout their respective counties, that all those who will prosecute against those prisoners, be then and there to prosecute against them as shall be just; and shall also give notice to all justices of the peace, coroners, bailiffs, and constables within their respective counties, that they be then and there in their own persons, with their rolls, records, indictments, and other remembrances, to do those things, which to their offices in that behalf shall appertain to be done. And the said respective sheriffs and their officers shall then and there attend in their own proper persons, to do those things which to their offices shall appertain. *And further,* That the district attornies shall from time to time as soon as conveniently may be, after every circuit court shall be appointed to be held, in the cities and counties of this state, within their respective districts, and at least fifteen days before the time of holding the same, issue precepts under the seal of the supreme court, directed to the respective sheriffs of the same cities and counties, for the purposes aforesaid, mentioning the day and place, when and where, the said courts are to be held, and commanding the said sheriffs respectively, to do what is hereby required of them, and that the said precepts shall always be in the name of the people of the state of New-York, and be tested in the name of the chief justice of the said supreme court. *Provided,* That in case the office of chief justice shall be vacant, the precepts shall be tested in the name of the next senior justice of the said supreme court, and the said precepts may be tested on any day of the term preceding the vacation in which the court is to be held.

XII. *And be it further enacted,* That it shall be lawful for the person administering the government of this state, by and with the advice and consent of the council of appointment, to grant and issue commissions of oyer and terminer and gaol delivery, or either of them, in the manner and form heretofore used, at any time hereafter, when and as often as occasions require: But the justices

*Marginal notes:*

And petit jurors.

And to proclaim the court, and notify prosecutors, and officers to attend.

Sheriffs and their officers to attend.

District attornies to issue precepts.

Teste of such precepts.

Special commissions of oyer and terminer and gaol delivery may be issued.

Google
Add.36

their being above the age of eighteen and under the age of forty-five years.

4     III. *And be it further enacted,* That within one year after the passing of this act, the militia of the respective states shall be arranged into divisions, brigades, regiments, battalions and companies as the legislature of each state shall direct; and each division, brigade and regiment shall be numbered at the formation thereof, and a record made of such numbers in the adjutant-generals office in the state; and when in the field or in service in the state, each division, brigade and regiment shall respectively take rank according to their numbers, reckoning the first or lowest number highest in rank; that if the same be convenient each brigade shall consist of four regiments, each regiment of two battalions, each battalion of five companies,

5     each company of sixty-four privates; that the said militia shall be officered by the respective states, as follows: To each division one major-general and two aids-de-camp, with the rank of a major; to each brigade one brigadier-general, with one brigade-inspector to serve also as a brigade-major, with the rank of major; to each regiment one lieutenant-colonel commandant, and to each battalion one major; to each company one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer and one fifer or bugler; that there shall be a regimental staff to consist of one adjutant and one quarter-master to rank as lieutenants, one pay-master, one surgeon and one surgeon's mate, one sergeant-major, one drum-major and one fife-major.

6     IV. *And be it further enacted,* That out of the militia enrolled as is herein directed, there shall be formed for each battalion at least

7     one company of grenadiers, light infantry or riflemen, and that to each division their shall be at least one company of artillery and one

8     troop of horse; there shall be to each company of artillery, one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one fifer; the officers to be armed with a sword or hanger, a fusee, bayonet and belt, with a cartridge box to contain twelve cartridges, and each private or matross shall furnish himself with all the equipments of a private in the infantry, until proper ordnance and field artillery is provided; there shall be to each troop of horse, one captain, two lieutenants, one cornet, four sergeants, four corporals, one sadler, one farrier and one trumpeter; the commissioned officers to furnish themselves with good horses of at least fourteen hands and half high, and to be armed with a sword and pair of pistols, the holsters of which to be covered with bearskin caps; each dragoon to furnish himself with a serviceable horse, at least fourteen hands and an half high, a good saddle, bridle, mail-pillion and valise, holsters, and a breast-plate and crooper, a pair of boots and spurs, a pair of pistols, a sabre, and a cartouch box to con-

9     tain twelve cartriadges for pistols; that each company of artillery and troop of horse shall be formed of volunteers from the brigade, at the discretion of the commander in chief of the state, not exceeding one company of each to a regiment, nor more in number than one ele-

10     venth part of the infantry, and shall be uniformly clothed in regimentals to be furnished at their own expense, the colour and fashion to be determined by the brigadier commanding the brigade to which they belong.

Add.37

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

A

# COMPILATION

OF THE

# LAWS

OF THE

# STATE OF GEORGIA,

*PASSED BY THE LEGISLATURE SINCE THE POLITICAL*
*YEAR 1800, TO THE YEAR 1810, INCLUSIVE.*

······CONTAINING······

All the LAWS, whether in force or not, passed within those periods, arranged in a
chronological order, with comprehensive references to those laws or
parts of laws, that are amended, suspended or repealed.

·····TOGETHER······

With an APPENDIX, comprising such concurred and approved RESOLUTIONS, as are of a
general operative nature, and as relate to the duty of officers, the relief of
individuals, and the settlement of boundary between counties,
and this State with North Carolina.

*Concluding with a copious Index to the whole.*



BY AUGUSTIN SMITH CLAYTON, ESQ'R.

Augusta :

PRINTED BY ADAMS & DUYCKINCK.

....1812....

Add.38

Generated on 2024-09-24 16:52 GMT / https://hdl.handle.net/2027/emu.000011475462
Public Domain / http://www.hathitrust.org/access_use#pd

Digitized by
EMORY UNIVERSITY

Original from
EMORY UNIVERSITY

Generated on 2024-08-21 01:56 GMT / https://hdl.handle.net/2027/emu.000011475462
Public Domain / http://www.hathitrust.org/access_use#pd

(No. 279.)
Indictment to be prefered against fraudulent drawers and their punishment upon conviction.

SEC. 3. *And be it further enacted,* That it shall be the duty of the attorney or solicitor-general, in all such cases to prefer indictments against such offenders in the county where such offence was committed, and on conviction thereof, the person so offending, shall be deemed and held incapable of holding any office of honor or profit in the State, for the term of ten years. And in cases where such offenders have made such fraudulent return on oath, they shall suffer all the pains, penalties and disabilities which are consequent upon the crime of perjury, *Provided always,* That in all trials under this act, the burthen of the proof shall rest upon the grantee, his, her or their heirs or assigns.*

Proviso.

**BENJAMIN WHITAKER,** *Speaker of the House of Representatives.*

**DAVID BATES,** *President of the Senate, pro. tem.*

Assented to, December 10, 1807.

**JARED IRWIN, GOVERNOR.**

---

(No. 280.)

## AN ACT

*To appropriate monies for the political year eighteen hundred and eight.*

15,000 dollars as a contingent fund

SEC. 1. BE it enacted by the Senate and House of Representatives of the State of Georgia, in General Assembly met, and by the authority of the same, it is hereby enacted, That the sum of fifteen thousand dollars be, and the same is hereby appropriated as a contingent fund, subject to the orders of the governor.

SEC. 2. *And be it further enacted,* That for the compensation of the members of the House of Representatives and Senate, the sum of three dollars per day, during their attendance ; and the sum of three dollars for every twenty miles in coming to, and returning from the seat of government ; and the sum of four dollars each per day, to the President of the Senate, and the Speaker of the House of Representatives, during their attendance ; and the sum of three dollars each for every twenty miles in coming to and returning from the seat of government ; to the clerk of the House of Representatives and secretary of the Senate, during the sitting of the legislature, four dollars each per day ; and also the sum of sixty dollars each, for contingent expenses ; to two engrossing clerks of the Senate, and two of the House of Representatives, four dollars each per day during their attendance ; to the messenger and door-keeper of the Senate, and messenger

Compensation to the members of the Legislature, and their officers.

* See act of 1808, No. 337, section 6th, repealing this act.

Digitized by
EMORY UNIVERSITY

Original from
EMORY UNIVERSITY

and door-keeper of the House of Representatives, three dollars each per day; to Ed-  (No. 289.)
mund Booker Jenkins, clerk of the committee on finance, forty dollars; to Thomas H.
Kenan, clerk of the committee on the state of the republic, forty dollars; to the clerk
of the House of Representatives, secretary of the Senate, and the messenger and door-
keeper of each house, three dollars each for every twenty miles in coming to and return-
ing from the seat of government; to the adjutant-general, four dollars per day while in   Adjutant-general.
actual service; to the commissioners for selling the fractional parts of surveys of land,   Fraction sel-
in the counties of Wilkinson and Baldwin, three dollars per day each, while in actual   ling commis-sioners and to
service; to Zachariah Reed, the sum of fifty dollars agreeable to a concurred resolu-   sundry other persons.
tion; to the commissioners of the late land lottery, three dollars per day each while en-
gaged in the duties of their said appointment, exclusive of what they have already recei-
ved, to Jemsey Righly and Nathaniel Clarke, boys who attended the wheels, two dollars
per day each; to Peter Fair, door-keeper, three dollars per day; which said sums
shall be in full for their several services; for defraying the expenses of the fune-
rals of the honorable Ezra Jones and Walter Drane, the sum of one hundred and fifty
dollars; to James Luke, tax collector of Columbia county, twenty-seven dollars eighty
seven and an half cents; to James Foard, jailor of Wilkes county, seventy-eight dol-
lars, sixty-two and a half cents; John Derrecot, forty-nine dollars ninety-seven cents;
to James O. Cosby, thirty-four dollars; to Zebediah Payne, twelve dollars forty-eight and
three quarter cents : to John Lamkin, eighteen dollars twelve and an half cents; to Den-
nis L. Ryan for printing, fifty-four dollars eighty-seven and a half cents; to Sarah
Hillhouse, four dollars seventy-five cents; Ambrose Day, six dollars and fifty cents;
Everitt and M'Lean, six dollars and fifty cents; Dennis Driscol, six dollars and fifty
cents; Alexander M'Millan, four dollars ninety-three and three quarter cents; to Jacob
Buckhalter, in behalf of himself and the heirs of Ann Wilson, for a negro girl named
Jenny, five hundred dollars; to William Barnett, commissioner to ascertain the thirty
fifth degree of north latitude between this State and North-Carolina, fifty nine dollars;
to Thomas P. Carnes, commissioner as aforesaid, thirteen dollars, seventy-five cents;
to John Herbert, commissioner of Milledgeville, three hundred and twenty-four dollars;
to A. M. Devereaux, ditto, three hundred and nine dollars; to Howell Cobb, two
hundred and fifty-two dollars; to Henry Carleton, thirty-six dollars; to Davis Gresham,
fifty-one dollars; to Smart and Lane, fifty dollars; to Benjamin Easley, one hundred
and fifty-three dollars; to Alexander M'Millan, for printing grants for fractional sur-
veys, twenty dollars; to Jett Thomas, towards completing the State-House, to be   For the
expended under the direction of the commissioners, twenty-five thousand dollars; which  State-House,
said several sums are hereby appropriated out of any monies which now are, or may   $ 25,000.
hereafter come into the treasury of this State; to Alexander M'Millan, for print-
ing two hundred copies of the bank bill, fifteen dollars; to Benjamin Wall, Captain

Add.40

Digitized by
EMORY UNIVERSITY

Original from
EMORY UNIVERSITY

Generated on 2024-08-21 01:56 GMT / https://hdl.handle.net/2027/emu.000011475462
Public Domain / http://www.hathitrust.org/access_use#pd

TLC

# EXTRACTS

FROM THE

## JOURNAL OF PROCEEDINGS

OF THE

# PROVINCIAL CONGRESS

OF

# *NEW JERSEY.*

HELD AT TRENTON IN THE MONTHS OF MAY, JUNE AND AUGUST, 1775.

PUBLISHED BY ORDER.

*BURLINGTON:*
PRINTED AND SOLD BY ISAAC COLLINS,
M.DCC.LXXV.

463.40

WOODBURY, N.J.
REPRINTED BY ORDER.
JOSEPH SAILER, PRINTER.

1835.

Add.41

surers of this colony, or either of them, are hereby required to pay, upon certificates duly attested, and agreeed to as aforesaid, under the hand and seal of the chairman of the committee of the county where such salt shall be made, certifying, that it hath been proved by the oaths of credible witnesses, that such salt hath actually been made in some county of this colony, at some time before the said first day of November, 1776; and that the claimant hath not before received any bounty for the same, and the receipt of the chairman endorsed thereon, shall be sufficient vouchers to the said treasurers, or either of them, for the payment of the said bounty.

## AN ORDINANCE

### To provide for the payment of incidental charges.

Whereas it is necessary to provide for the payment of such incidental charges as have accrued during the sittings of this Congress.

It is therefore resolved and directed, That there be paid to Samuel Tucker and John Dennis, Esquires, the treasurers appointed by this Congress, over and above the money allowed by this ordinance for signing the bills of credit, the sum of thirty pounds proclamation money each, for their services one year, to commence the first day of March instant.

To each of the signers of said bills of credit, the sum of ten shillings per thousand, for so many thousand pounds, as they shall respectively sign.

To the president, and each of the members of this Congress, and committee of safety, the sum of six shillings per diem, for every day they have, or shall attend, during the continuance of this Congress, to be certified by Mr. Fisher, Mr. Hart, Mr. Wetherill, Mr. Clark, and Mr. Elmer, or any two of them.

To the secretary of this Congress, fourteen shillings per diem, for each day that he hath or shall attend this Congress, to be certified as aforesaid.

Add.42

To each of the muster masters of this colony, the sum of twenty-five shillings for every company he has reviewed, or shall review by order of this Congress.

To the door keeper, the sum of five shillings per diem, for each day that he hath or shall attend this Congress.

To Myndert Voorhees, the sum of fifteen pounds for fire, wood and candles, and for the use of his large room, during the present sitting of this Congress.

And it is further resolved and directed, That there be paid to the commissioners appointed to purchase arms and ammunition, tents and other military stores, such sum or sums of money, as the said commissioners, or any three of them shall agree upon, as necessary to be expended ; whose receipts shall be sufficient vouchers for the payment of the same.

To John Carey, Esq. as a recompence for his services as secretary, during the last sitting of this Congress at Trenton, and for revising and copying the minutes for the press, the sum of eleven pounds four shillings, proclamation money.

To Doctor Moses Scott, the sum of one pound sixteen shillings and three pence, in full of his account, for attending certain sick soldiers in New Brunswick.

To Robert Drummond, Esquire, the sum of nine pounds, three shillings and four pence, in full of his account for removing the treasury, and records in the secretary's office at Perth Amboy, to New Brunswick.

To John Dennis, Esq. the sum of seven pounds, eight shillings and three pence, for sundry expenditures, as per account.

To John Pope, Esq. the sum of three pounds, three shillings, for sundry expenditures, as per account.

To Ellis Cook, Esq. the sum of one pound, six shillings and eight pence, in full of his account, for removing the records in the Surveror General's office at Perth Amboy, to New Brunswick.

To Azariah Dunham, Esquire, the sum of two pounds, for his expences, in going to, and returning from Philadelphia, on a message to the Hon. Continental Congress.

To Abraham Clark, Esquire, for copying and correcting the minutes and ordinances of this session for the press, such

Add.43

# JOURNAL

2819-127<br>2

OF THE

# HOUSE OF DELEGATES

OF THE

## COMMONWEALTH OF VIRGINIA;

### BEGUN AND HELD IN THE TOWN OF RICHMOND.

## In the County of Henrico,

*ON MONDAY, THE SEVENTH DAY OF MAY, IN THE YEAR OF OUR LORD ONE THOUSAND SEVEN HUNDRED AND EIGHTY-ONE.*

———

RICHMOND:

PRINTED BY THOMAS W. WHITE, OPPOSITE THE BELL-TAVERN.

········

1828.

Add.44

*Ordered,* That Mr. Charles Carter do acquaint the Senate therewith.

An engrossed bill, "concerning the legion under the command of Colonel Dabney," was read the third time.

*Resolved,* That the bill do pass; and that the title be, "an act, concerning the legion under the command of Colonel Dabney."

*Ordered,* That Mr. Robert Wormeley Carter do carry the bill to the Senate, and desire their concurrence.

A motion was made, that the House do come to the following resolution:

Whereas, much inconvenience doth arise from the mode heretofore adopted by the committee appointed to burn and destroy the paper money, emitted by this State;

*Resolved, therefore,* That the committee appointed to burn the paper money, be directed and empowered to burn the same as it may be paid into the treasury, without any discrimination of the different emissions; and that for their services, each member of the committee attending on this business, shall receive and be paid the sum of ten shillings per day.

And the said resolution being read a second time was, on the question put thereupon, agreed to by the House.

*Ordered,* That Mr. Prentis do carry the resolution to the Senate, and desire their concurrence.

The Speaker laid before the House a letter from the Governor, respecting the accounts of Oliver Pollock, which was read, and ordered to be referred to a committee of the whole House on the state of the Commonwealth.

The Speaker laid before the House a letter from Oliver Pollock, respecting his claim against this State; which was read and ordered to be referred to a committee of the whole House on the state of the Commonwealth.

The Speaker laid before the House a letter from the Solicitor, enclosing a state of the public taxes; which was read and ordered to lie on the table.

A message from the Senate by Mr. Ellzey:

MR. SPEAKER,—The Senate have agreed to the bill "concerning the appointment of sheriffs," with an amendment, to which they desire the concurrence of this House. And then he withdrew.

The House proceeded to consider the said amendment; and the same being read, was agreed to.

*Ordered,* That Mr. Mercer do acquaint the Senate therewith.

MR. Talbot reported, from the committee appointed to examine the treasurer's accounts, that the committee had, according to order, examined and compared the same, and had agreed upon a report thereupon, which he read in his place, and afterwards delivered in at the clerk's table, where the same was again twice read, and agreed to by the House, as followeth:

The committee appointed to examine the accounts of the treasury have, according to order, carefully examined and compared the same with their proper vouchers, from the 13th April, 1782, to the 30th November following, inclusive; by which it appears that Jacquelin Ambler, Esq. treasurer, has received within those periods in specie, specie warrants and certificates and commutable articles, to the amount of 99,048*l.* 5*s.* 6 3-4*d.*, on various accounts; it appears also, that he has disbursed to the amount of 61,583*l.* 8*s.* 5 3-4*d.*, which leaves a balance of 37,464*l.* 17*s.* 1*d.* now resting in the treasury, chiefly in commutable articles, to be carried to the credit of the State in the next account. It also appears, that very considerable sums of paper money have been received and disbursed within the aforesaid periods, and that very large quantities now remain in the treasury; but your committee not having sufficient time for examining the paper money account fully, and ascertaining what still remains in the treasury, have referred the same to a future settlement. The accounts appear to have been fairly and properly stated, and accurately kept; your committee having discovered two inconsiderable errors only, one of four pence against, and one of two pence in favor of the State, which are duly rectified; but for a more clear explanation, your committee beg leave to refer to the general account annexed.

DR. *The Public Treasury, from the 13th of April,* 1782, *to the 30th of November,* 1782, *both inclusive.*

| | | | | | £ | | |
|---|---|---|---|---|---|---|---|
| To Land Office, per account, | - | - | - | Folio 2, | 314 | 0 | 0 |
| Officers of the customs, 422*l.* 13*s.* 3 1-4*d.*   Do. by virtue of revenue act, 1,415*l.* 16*s.* 1*d.* | | - | | 6, | 1,838 | 9 | 4 1-4 |
| Clerks of counties, | - | - | - | 13, | | 4 | 9 |
| Escheators, | - | - | - | 17, | 6,400 | 8 | 2 1-2 |
| Sheriffs, | - | - | - | 27, | 89,210 | 12 | 8 3-4 |
| Inspectors of tobacco, (rents,) 254*l.* 3*s.* 7 1-2*d.*   Ditto   tax on tobacco exported, 466*l.* 1*s.* 1 3-4*d.* | | | | 31, | 720 | 4 | 9 1-4 |
| Agent for sale of commutables, | - | - | 35, | 290 | 11 | 6 |
| Sundries, | - | - | - | 37, | 273 | 13 | 11 |
| Error in extending folio 26, | - | - | | | | | 4 |
| | | | | | £ 99,048 | 5 | 6 3-4 |

THE

# L A W S

OF

THE STATE

*Daniel* OF *Chipman*

# V E R M O N T,

### DIGESTED AND COMPILED:

INCLUDING THE

## DECLARATION OF INDEPENDENCE,

THE

## CONSTITUTION OF THE UNITED STATES,

AND OF THIS STATE.

VOLUMES FIRST AND SECOND, COMING DOWN TO, AND INCLUDING THE
YEAR MDCCCVII ; WITH AN *APPENDIX*, CONTAINING TITLES OF
*LOCAL ACTS* ; AND AN *INDEX* OF THE *LAWS IN FORCE*.

———●●○———

*PUBLISHED BY ORDER OF THE LEGISLATURE.*

———●○●●○———

VOL. I.

RANDOLPH:

PRINTED BY SERENO WRIGHT,

*PRINTER TO THE STATE.*

1808.

Add.46

# CHAPTER CVII.

### OF FEES.

### N° 1.

## An Act, regulating fees.

SECT. 1. IT is hereby enacted by the General Assembly of the State of Vermont, That the fees for the several officers, and other persons herein after mentioned, shall be as follow, namely :

### GOVERNOR's FEES.

| | Dolls. | Cts. |
|---|---|---|
| For signing a charter, of land, - - - - | 8 | 0 |
| For every other charter or grant, by him signed, | 3 | 0 |

### LIEUTENANT GOVERNOR's FEES.

| | | |
|---|---|---|
| For attendance on council, per day, - - - | 4 | 0 |
| Travel per mile, each way, - - - | 0 | 6 |

### COUNCILLORS' FEES.

| | | |
|---|---|---|
| For attendance, per day, - - - - | 1 | 50 |
| Travel per mile, each way, - - - - | 0 | 6 |

### REPRESENTATIVES' FEES.

| | | |
|---|---|---|
| For attendance, per day, - - - - | 1 | 50 |
| Travel per mile, each way, - - - - | 0 | 6 |
| Speaker of the general assembly's fees, per day, | 2 | 50 |
| Travel per mile, each way, - - - - | 0 | 6 |
| Clerk of the general assembly's fees, per day, - | 2 | 50 |
| Travel per mile, each way, - - - | 0 | 6 |
| Engrossing clerk's fees, per day, - - - | 2 | 50 |
| Travel per mile, each way, - - , - - | 0 | 6 |

### SECRETARY OF STATE's FEES.

| | | |
|---|---|---|
| Recording laws, for every hundred words, - | 0 | 7 |
| Recording and filing each petition, of a private nature, - - - - - - | 0 | 11 |

Add.47

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

## SHERIFFS', CONSTABLES' AND COLLECTORS' FEES.

|  | Dolls. | Cts. |
|---|---|---|
| Serving every procefs on each defendant by reading, | 0 | 6 |
| If by a copy, - - - - - - - | 0 | 17 |
| For taking bail, - - - - - - | 0 | 17 |
| For each mile's travel, for the fervice of all writs and other procefses, to be computed from the place of fervice, to the place of return, - - - | 0 | 6 |
| For levying each execution, amounting to three dollars or under, - - - - - - - | 0 | 15 |
| And for each three dollars over, - - - | 0 | 4 |
| For each day's attendance on appraifement, or fale of eftate taken in execution, - - - - | 0 | 34 |
| For attending before a juftice's court when required, | 0 | 34 |
| For attending freeholders' courts, per day, - | 1 | 0 |
| Copy of an execution extended on lands, and the return thereof to the office, for record, - - | 0 | 50 |
| For attendance on the general affembly, or fupreme or county court, per day, - - - - - | 1 | 0 |
| Conftables for the like fervice, - - - - | 1 | 0 |
| Collectors of taxes, to be allowed the like fees as fheriffs in cafes of execution, when they levy on perfons or eftate, and *one dollar* out of each fifty dollars collected and paid into the ftate or county treafury. | | |
| *Provided*, That no fheriff, conftable or other officer fhall be entitled to any fees for a return of *non eft inventus*, on any civil writ or procefs. | | |
| For fheriff's, &c. affiftants, per day, - - - | 0 | 67 |
| For half a day, - - - - - - - | 0 | 34 |
| For appraifers of real eftate on execution, - - | 0 | 67 |
| For half a day, - - - - - - - | 0 | 34 |

## PARTIES' AND WITNESSES' FEES, IN THE SUPREME AND COUNTY COURTS.

|  |  |  |
|---|---|---|
| Term fee on abatement, nonfuit or default, in the firft term, - - - - - - - | 1 | 0 |
| Term fee in all other cafes, - - - - | 1 | 0 |
| And the party recovering fhall be allowed for his attorney, on nonfuit or default, - - - | 1 | 50 |
| For trial of iffue of law or fact, - - - | 3 | 0 |
| Travel for plaintiff or defendant within this ftate, per mile, - - - - - - - | 0 | 5 |
| Witneffes' travel per mile, - - - | 0 | 5 |

Digitized by Google   Original from NEW YORK PUBLIC LIBRARY

# VOTES and PROCEEDINGS

### OF THE

## HOUSE OF DELEGATES

### OF THE

# STATE of MARYLAND.

## NOVEMBER SESSION, 1791.

### Being the FIRST SESSION of this ASSEMBLY.

#### TUESDAY, November 8, 1791.

MONDAY the seventh instant being the day appointed by the constitution and form of government for the meeting of the legislature of this state, several of the members of this house accordingly met on that day, and a sufficient number of members to proceed on business not appearing, the house adjourned until this day, when the following members appeared, viz.

For SAINT-MARY's county,
Mr. Henry James Carroll,
Mr. William Thomas, jun.
Mr. James Hopewell,
Mr. Thomas Bond.
   KENT county,
Mr. James Ringgold,
Mr. Cornelius Comegys.
   ANNE-ARUNDEL county,
Mr. John G. Worthington,
Mr. John F. Mercer,
Mr. Nicholas Worthington.
   CALVERT county,
Mr. John Chesley.
   CHARLES county,
Mr. William H. M'Pherson,
Mr. Henry Henley Chapman.
   BALTIMORE county,
Mr. Charles Ridgely, of Wm.
Mr. Charles Ridgely,
Mr. Harry D. Gough.
   TALBOT county.
Mr. Hugh Sherwood,
Mr. David Kerr,

Mr. James Tilghman,
Mr. Woolman Gibson.
   SOMERSET county,
Mr. George Waggaman,
Mr. Levin Winder,
Mr. Tubman Lowes.
   DORCHESTER county,
Mr. William Goldsborough,
Mr. Moses Lecompte,
Mr. Solomon Frazier,
Mr. John Ecclefton.
   CÆCIL county,
Mr. Samuel Miller,
Mr. Richard Bond,
Mr. Henry Hollingsworth.
   PRINCE-GEORGE's county,
Mr. Thomas Marshall,
Mr. Thomas Clark.
   CITY of ANNAPOLIS,
Mr. Allen Quynn,
Mr. Gabriel Duvall.
   QUEEN-ANNE's county,
Mr. John Seney,

Mr. Robert Wright,
Mr. James O'Bryon,
Mr. Jacob Barnes.
   WORCESTER county,
Mr. Benjamin Dennis,
Mr. John Holland,
Mr. John Ratcliff,
Mr. John Purnell Marshall.
   FREDERICK county,
Mr. John Rofs Key,
Mr. William Beatty,
Mr. Patrick S. Smith,
Mr. George Burkhart.
   HARFORD county,
Mr. Edward Prall,
Mr. John Love,
Mr. William Wilson.
   CAROLINE county,
Mr. Joseph Douglass.
   WASHINGTON county,
Mr. Benoni Sweaingen.
   ALLEGANY county,
Mr. Daniel Crefap, jun.

A sufficient number of members being convened, they severally qualified in the presence of each other, by taking the several oaths required by the constitution and form of government, subscribing a declaration of their belief in the christian religion, and by taking, repeating and subscribing, the oath to support the constitution of the United States.

The house proceeded to ballot for a speaker, and the ballots being deposited in the ballot box, it appeared, upon examining the ballots, that the honourable Levin Winder, Esquire, was unanimously elected.

The house appointed Mr. William Harwood clerk. ORDERED, That he qualify as such, by taking the several oaths required, subscribing a declaration of his belief in the christian religion, and an oath that he will honestly, by taking the oath to support the constitution of the United States, and an oath that he will honestly

faithfully and diligently, difcharge the office of clerk to the houfe of delegates of Maryland, and that he will not reveal or difclofe the fecrets thereof.

The houfe appointed Mr. Cornelius Mills fergeant at arms, and Mr. Charles Hogg door-keeper. ORDERED, That they be qualified.

On motion, ORDERED, That Mr. Tilghman and Mr. Mercer wait on his excellency the governor, and inform him that this houfe is met, and are ready to proceed on public bufinefs, and to receive any thing that he may have to lay before them.

On motion, ORDERED, That Mr. Wright, Mr. Quynn, Mr. Seney, Mr. N. Worthington, Mr. Lecompte, Mr. Duvall and Mr. Mercer, be a committee to examine and infpect the returns of elections, and report whether they have been made agreeably to the mode prefcribed by the conftitu- tion and form of government; and that they have power to fend for perfons, papers and records.

ORDERED, That Mr. Duvall, Mr. John G. Worthington, Mr. James Tilghman, Mr. Ridgely, of Wm. and Mr. Chapman, be a committee of grievances and courts of juftice; and that they have power to fend for perfons, papers and records.

ORDERED, That Mr. Quynn, Mr. Waggaman and Mr. N. Worthington, be a committee to inquire what laws have expired, or will expire during this feffion, or at the clofe thereof.

RESOLVED, That this houfe will fit, during this feffion, for the difpatch of public bufinefs, from nine o'clock in the morning until three in the afternoon.

RESOLVED, That the following rules be obferved during this feffion.

1. At the hour appointed for fitting the roll of the houfe fhall be called over, and the abfent mem- bers, if any, fent for.

2. Every member fhall take his feat when the fpeaker takes the chair, and remain uncovered until the houfe rifes.

3. Every member who fhall deliver his opinion, or fpeak in any debate, fhall ftand up in his place, and with refpect and decency addrefs himfelf to the fpeaker.

4. No member, at the time of his fpeaking in debate, fhall name any other by his proper name, but fhall ufe fome other diftinction.

5. If two or more members fhall rife to fpeak at the fame time, the fpeaker fhall declare which fhall fpeak firft.

6. No member fhall fpeak oftener than twice in any debate, except with leave, nor fhall any member be interrupted while he is fpeaking in order.

7. Any member called to order by the fpeaker, or any member, muft thereupon take his feat.

8. When the houfe is fitting, no member fhall fpeak to another fo as to interrupt any member who may be fpeaking in debate.

9. No motion fhall be debated until the fame be feconded, and (if defired by the fpeaker or any member) reduced to writing, delivered in at the table, and read by the clerk.

10. When a motion is made and feconded, the matter of the motion fhall receive a determination by the queftion, or be poftponed by general confent, or the previous queftion, before any other mo- tion fhall be received.

11. Every queftion fhall be entered on the journal, and the yeas and nays may be called for by any member on any queftion, and the name of the member requiring them fhall be entered on the journal.

12. The previous queftion, that is, Whether the queftion propounded be now put? may be called for by any member on any queftion, except to an amendment, or other matter which cannot in its nature be poftponed.

13. If a queftion in debate contains more parts than one, any member may, (of right) have the fame divided into as many queftions as parts.

14. All queftions fhall be determined by the majority of the members prefent, and whenever the fpeaker (on a divifion if called for) fhall declare any queftion in the affirmative or negative, fuch declaration fhall decide the majority, unlefs the yeas and nays be called for, in which cafe the queftion fhall be determined as the majority fhall appear on the journal.

15. Every bill brought in by a member, or received from the fenate, fhall be read on two feveral days, with an intermiffion of one day at leaft, during which time it fhall lie on the table for the perufal of the members, unlefs on very urgent occafions the houfe fhall, by efpecial order, difpenfe with this rule, which order fhall be entered on the journal.

16. Conferrees, and members appointed on draughts, if required by a member, fhall be elected by ballot, and the number fhall in no cafe exceed feven.

17. No bill or refolve fhall have a fecond reading until every member in the city be called upon to attend, except he be excufed by the houfe for indifpofition, or neceffary attendance on the public bufinefs.

18. No petition, memorial, or other application to the houfe, fhall be received, unlefs prefented by a member.

19. On an election to any office of truft or profit, no ballot fhall be counted, unlefs the perfon for whom the ballot fhall be given be named to the houfe before the balloting be gone into.

20. All queftions of order fhall be declared by the fpeaker.

21. No motion fhall be made after the hour of adjournment, without leave of the houfe.

22. All mifdemeanors which fhall happen in the houfe, fhall be cenfured or fined by the houfe.

23. No member fhall anfwer on the yeas and nays who did not divide on the queftion, and if any member divides on one fide, and on the yeas and nays anfwers on the other, it fhall be fo noted on the journal.

24. All

# VOTES and PROCEEDINGS

## OF THE

# SENATE

## OF THE

# STATE of MARYLAND.

### NOVEMBER SESSION, 1791.

### Being the FIRST SESSION of the FOURTH SENATE.

ON Monday the seventh day of November, seventeen hundred and ninety-one, being the day appointed by the constitution and form of government for the meeting of the general assembly, appeared in the senate,

The honourable
WILLIAM TILGHMAN,
JOHN HALL,
WILLIAM PERRY,
WILLIAM HINDMAN,
GEORGE DENT,
EDWARD LLOYD,
CHARLES CARROLL, of Carrollton,
BRICE THOMAS BEALE WORTHINGTON,
Esquires.

Who adjourn until to-morrow morning 10 o'clock.

### TUESDAY, November 8, 1791.

THE same members appeared as on yesterday, except John Hall, Esquire, who adjourn until to-morrow morning 10 o'clock.

### WEDNESDAY, November 9, 1791.

THE same members appeared as on yesterday. The honourable William Smallwood, Esquire, appeared in the senate.

A sufficient number of members to compose a senate being convened, they severally qualified in the presence of each other before Allen Quynn, Esquire, one of the justices of the peace for Anne-Arundel county, by taking the several oaths directed by the constitution and form of government, and subscribing a declaration of their belief in the christian religion, and also by taking an oath to support the constitution of the United States.

The senate then proceeded to the election of a president. The ballot box being prepared, the ballots deposited therein, and on examination thereof it appeared, that William Smallwood, Esquire, had a majority of votes. Whereupon, it is declared in the senate, that William Smallwood, Esquire, is duly elected president of the senate.

Mr. Henry Ridgely was appointed clerk, and qualified by taking the oaths of fidelity and support to this state, the oath of office, and subscribing a declaration of his belief in the christian religion, and also by taking the oath to support the government of the United States.

William Tuck was appointed messenger, and Edward Roberts door-keeper. ORDERED, That they be qualified.

The following message was read the first and second time, agreed to, and sent to the house of delegates by William Tilghman, Esquire.

BY THE SENATE, NOVEMBER 9, 1791.

GENTLEMEN,

THE senate having a sufficient number of members to form a house, inform the delegates that they are ready to proceed on the business of the session.

By order,

H. RIDGELY, clk.

Tue

Add. 51

# A
# COLLECTION

*Edmd of Taylor*

### ALL SUCH

# ACTS

#### OF THE

# GENERAL ASSEMBLY

OF

## VIRGINIA,

OF A PUBLIC AND PERMANENT NATURE, AS
ARE NOW IN FORCE;

———

WITH A

## NEW AND COMPLETE INDEX.

———

TO WHICH ARE PREFIXED THE DECLARATION OF RIGHTS,
AND CONSTITUTION, OR FORM OF GOVERNMENT.

———

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY,
PASSED ON THE TWENTY-SIXTH DAY OF JANUARY, ONE
THOUSAND EIGHT HUNDRED AND TWO.

———

RICHMOND,

PRINTED BY SAMUEL PLEASANTS, JUN. AND HENRY PACE.

M,DCCC,III.

Add.52

such case, the Judge of the said High Court of Chancery, either in Term time or in vacation, when a bill praying a review of the proceedings in which a decree shall have been pronounced by the said Court, shall be presented to him, may upon such bill, and the circumstances of the case, as the same shall appear satisfactory to him, direct proceedings on such decree to be stayed, until a decree on the said bill of review shall be made, or until the further order of the said Judge; or the said Judge may refuse to grant a stay of proceedings in that case, as to him shall seem right. *Provided*, That the said Judge of the High Court of Chancery shall in either of the said cases direct such security to be given, and in such place as is usual in the cases of appeal and injunction, or such other security as to him shall seem to be reasonable.

LXI. ALL Acts and parts of Acts, within the purview of this Act, shall be, and are hereby repealed. *Former Acts repealed.*

LXII. THIS Act shall commence and be in force, from and after the passing thereof. *Commencement of this Act.*

---

## CHAP. LXV.

*An Act reducing into one, the several Acts and Parts of Acts concerning the General Court, and prescribing the Manner of proceeding therein in certain cases.*

[Passed the 13th of December, 1792.]

I. BE it enacted by the General Assembly, That the General Court of this Commonwealth shall consist of ten Judges, to be chosen and commissioned in the manner directed by the Constitution of the Commonwealth. Any three of the said Judges shall constitute a Court, except in cases of impeachment, on which occasion a majority of the whole number shall be necessary. The said Court shall be holden at the Capitol in the City of *Richmond*, or at such other place as shall be appointed by the General Assembly, or in their recess, by the Governor, with the advice of the Council of State, on any such emergency as will make the adjournment lawful. The said Court shall be holden twice in every year, namely, on the ninth day of *June* and the ninth day of *November*, or if either of those days shall be *Sunday*, then on the succeeding day, and shall continue their Session for sixteen juridical days at each Term, unless the business before them be sooner dispatched. If a sufficient number of Judges should not attend on the first day of any Term, or on any other day during the Term, any one of the said Judges may adjourn the Court from day to day, for six days successively, and if a sufficient number should not be then able to attend, all suits depending in such Court, shall stand continued over to the next succeeding Term. Every person so commissioned before he enters upon the duties of his office, shall take and subscribe the oath of fidelity to the Commonwealth, and take the following oath of office, to wit:

*General Court to consist of ten Judges: how chosen & commissioned.*

*Where to be held.*

*Terms.*

*Regulations respecting adjournment.*

*Oaths to be taken by the judges.*

*YOU shall swear that well and truly you will serve this Commonwealth in the office of a Judge of the General Court, and that you will do equal right to all manner of people, great and small, high and low, rich and poor, according to Law, without respect of persons. You shall not take by yourself, or by any other, privily or openly, any gift, fee, or reward of gold, silver, or any other thing, directly or indirectly, of any person or persons, great or small, for any matter done or to be done, by virtue of your office, except such fees or salary, as shall be by Law appointed. You shall not maintain by yourself, or other, privily or openly, any plea or quarrel, depending in the Courts of this Commonwealth. You shall not deny or delay any person of common right, for the letters or request of any person, nor for any other cause; and if any letter or request come to you contrary to Law, you shall do for such letter or request, but you shall proceed to do the Law, any such letter or request notwithstanding; and finally, in all things belonging to your said office, during your continuance therein, you shall faithfully, justly, and truly, according to the best of your skill and judgment, do equal and impartial Justice, without fraud, favor, affection or partiality. So help you GOD.*

Which oaths may be taken before the Executive, any Court of Record, or a Justice of the Peace, and a certificate thereof being obtained, shall enable such Judge to do all the duties of his office, and such certificate shall be recorded in the General Court, or District Court where such Judge shall first sit. If any person shall presume to sit in Court or execute the said office, without having

*By whom to be administered.*

*Penalty for acting without taking the oath.*

taken the said oaths, he shall for such offence forfeit the sum of fifteen hundred dollars. *a*

**Officers to be appointed by the court.**
**Sheriff of the county in which the court sits to attend.**

II. THE said Court shall appoint a Clerk, one or more affistant Clerks, if neceffary, a Cryer and Tipftaff, the firft removable for mifbehaviour in the manner directed by the Conftitution, the others at pleafure; who fhall be entitled to fuch fees or falaries as fhall be eftablifhed by Law. And the Sheriff, or fo many of the Under-Sheriffs as fhall be thought neceffary, of the County where fuch Court may be held, fhall attend the faid Court during their Seffions. *b*

**Jurifdiction of the court**

III. THE jurifdiction of the faid Court fhall be general over all caufes, matters and things at common Law, as well criminal as civil, except in fuch cafes, as by the Conftitution of the United States of *America*, or of this Commonwealth, or any Statute made by the Congrefs of the faid United States, or the General Affembly of this Commonwealth, are or fhall be vefted in any other tribunal; in any of which cafes the jurifdiction of the General Court fhall ceafe, unlefs concurrent jurifdiction be thereto exprefsly given by this Act, or fome other Statute. The faid Court fhall have jurifdiction in all caufes, matters and things therein depending at the commencement of this Act; and no difcontinuance fhall take place in any cafe whatfoever, by reafon of the paffing of this Act. The faid Court fhall continue to have jurifdiction, in all cafes, fuits and motions againft public debtors and public defaulters of every denomination, for and in behalf of the Commonwealth. If the Judge of the High Court of Chancery fhall be interefted in any matter, which in the cafe of any other perfon would have been proper for the jurifdiction of fuch Court, it fhall be lawful to inftitute fuch fuit in the General Court, where proceedings fhall be had conformably to the principles and ufages of equity; and procefs fhall be returnable as the General Court fhall direct; and thereafter an appeal may be had to the Court of Appeals. Writs of *fcire facias* may be iffued from, and be tried in the General Court, upon all judgments which have been or fhall be obtained therein; the faid Court may fine Sheriffs, Deputy-Sheriffs, or Coroners, for not returning executions iffued, or to be iffued from the faid Court, and enter up judgments againft the faid officers, for all money or tobacco, for which they have made or fhall make themfelves refpectively liable by Law upon fuch executions; may award executions upon replevy bonds, or bonds to have goods forth-coming at the day of fale; may quafh executions if illegally or improvidently iffued or executed, and award new ones; and finally, may exercife full jurifdiction in every other legal mode neceffary for carrying into complete execution, all judgments heretofore given, or hereafter to be given in the faid Court; any Law to the contrary, or feeming to the contrary, notwithftanding. The faid Court fhall have power to hear and determine upon all errors and matters of fact, that fhall or may have happened in the proceedings depending in the faid Court. *c*

**May award writs of Mandamus to the diftrict courts.**
**Further defcription of jurifdiction.**

IV. THE faid Court fhall have power to iffue writs of *mandamus* to the Diftrict Courts. *c*

V. THE faid Court fhall likewife have jurifdiction to hear and determine motions againft the delinquent fubfcribers of the *Potowmac* and *James* River Companies, and for fecurities againft their principals; and for Sheriffs againft their deputies and fecurities, or either of them. *d*

**May for good caufe direct any fuit in a diftrict court to be tried at their own bar or in another diftrict.**

VI. FOR good caufe fhewn, the General Court may direct the trial of any caufe depending before a Diftrict Court, to be had by a jury at their own bar, for which purpofe the Sheriff, or any other officer attending them, fhall fummon a jury qualified as the Law now directs in cafes of Juries in the General Court; or may caufe a fuit depending in one Diftrict to be tried in another. *e*

**Suits in which judges are parties, to be removed to the General Court.**

VII. UNLESS good caufe be fhewn to the contrary, the General Court fhall direct a fuit depending before a Diftrict Court, in which a Judge of the General Court is a party, to be removed to be tried at the bar of the General Court. *f*

**Jurifdiction relative to wills, adminiftrations, &c.**

VIII. THE General Court fhall have jurifdiction and authority to hear and determine all caufes, matters, fuits, and controverfies teftamentary, which fhall be brought before the fame, and to examine and take the proofs of wills, and to hear and determine the right of adminiftration of the eftates of perfons

(a) Oct. 1777, fec. 2, 5. 1788, ch. 67, fec. 115, 116. *ibid.* ch. 72, fec. 1. (b) Oct. 1777, ch. 17, fec. 6. (c) *ibid.* fec. 2. 1788, ch. 67, fec. 117: *ibid.* ch. 69, fec. 7. (d) 1789, ch. 13, fec. 8. (e) 1788, ch. 67, fec. 149 and 190. (f) 1789, ch. 13, fec. 2.

dying-intestate, and to do all other things concerning wills and administrations, according to Law. *a*

IX. THE said Court shall have power and authority to receive *probat* of all deeds whatsoever, concerning lands in any part of this Commonwealth, to issue commissions for the privy examination of any *feme covert*, and to admit the same to Record, as also to receive proof of any other deed or instrument of writing whatsoever, and to admit the same to Record therein, if they shall be of opinion that the same is proper to be done. A deed for lands now or at any time hereafter partly proved in the General Court, may either be fully proved there, or shall be delivered by the Clerk thereof to any person authorised to demand the same, with an endorsement of the proof made, and it may be fully proved and recorded in the Court of the District or County in which the lands lie. *a*

*Deeds partly proved, may be either fully proved therein, or delivered to the parties to be fully proved in the district or county courts.*

X. IF a question of Law in any criminal case be adjourned to the General Court by any District Court, the same may be therein argued and determined, although such criminal be not present. *a*

*Rules respecting adjourned cases.*

XI. ON the adjournment of any question of Law in any civil suit, the said Court shall hear, determine, and certify such their determination on the same, to the Court from whence the question was adjourned ; but no costs shall be incurred on any adjourned question. *b*

XII. ALL original process to bring any person or persons to answer in any action or suit, information, bill or plaint, in the said Court, and all subsequent process thereon, all attachments or other writs of what nature soever awarded by the said Court, shall be issued and signed by the Clerk of the said Court in the name of the Commonwealth, shall bear teste by the Clerk, and be returnable on the first day of the next succeeding Court, except *subpœnas* for witnesses ; and all such process may be executed at any time before the return day, except in such cases wherein it is otherwise directed by Law. *c*

*Rules respecting process*

XIII. THE appearance day to all writs and process awarded by the said Court, shall be according to the direction thereof. *d*

*The court to direct the appearance day.*

XIV. THE Sheriff for the time being of the County in which the General Court shall be held, shall before every meeting of the General Court, summon twenty-four Freeholders of this Commonwealth, qualified as the Law directs for Grand Jurors, to appear at the succeeding General Court on the first day thereof, which the Sheriff is hereby empowered to do, as well without his County as within the same, and the said twenty-four men, or any sixteen of them shall be a Grand Jury, who shall be sworn to enquire of and present all offences against the Commonwealth, which are cognizable in the said Court; And if an indictment shall be found or presentment made of any such offence, the like proceedings shall be thereupon had to bring the party accused before the Court, as on indictments and presentments in the District Courts, having regard to the nature of the offence.

*Grand jury to be summoned. Proceedings on indictments, presentments, &c.*

XV. THE rules and proceedings in the General Court, in all cases, not otherwise specially directed, shall be the same as in the District Courts in similar cases, and the said Court shall have the same power of awarding and refusing costs, as the District Courts have in like cases.

XVI. THE keeper of the public jail, shall constantly attend the General Court, and execute the commands of the Court. *e*

*Keeper of the public jail to attend the court.*

XVII. THE Clerk of the General Court shall annually before the last day of *January*, transmit to the Sheriff of each County within this Commonwealth, a list of all fines imposed by the said Court in the year next preceding, to the use of the Commonwealth, on persons residing in such County, and the Sheriffs shall respectively proceed to collect, levy, account for, and pay the same in like manner, and subject to the same remedy and proceedings against them for default as is or shall be directed in case of public taxes, being allowed in their accounts for insolvents, and five *per centum* commissions ; and the said Clerk shall transmit copies of such lists to the Auditor, to enable him to call the Sheriffs to account. *f*

*The clerk to transmit lists of fines imposed by the court to the sheriffs.*

XVIII. ALL and every Act, clause and parts of Acts, within the purview of this Act, shall be, and are hereby repealed.

*Former acts repealed.*

XIX. THIS Act shall commence in force, from and after the passing thereof.

*Commencement of this act.*

[*a*] 1789, *ch.* 13, *sec.* 4 8 9 27. [*b*] 1788, *ch.* 67, *sec.* 17. [*c*] Oct. 1777, *ch.* 17, *sec.* 7. 1788, *ch.* 67, *sec.* 23 118. [*d*] 1789, *ch.* 13, *sec.* 31. [*e*] Oct. 1777, *ch.* 17, *sec.* 72. [*f*] Oct. 1777, *ch.* 17, *sec.* 75. 1788, *ch.* 67, *sec.* 132.

# LAWS

## OF THE

## STATE OF NEW-JERSEY.

### COMPILED AND PUBLISHED,

### UNDER THE AUTHORITY OF THE

### LEGISLATURE.

———— ❖ ————

## BY JOSEPH BLOOMFIELD.

———— ❖ ————

————:❖::◉::❖:————

## TRENTON :
### PRINTED BY JAMES J. WILSON.

•••••••••••

## 1811.

Add.56

liable to a private action at the suit of the party injured.

8. *And be it enacted,* That for the preservation of good order, as well as for the security of the election officers from insult and personal abuse, the said officers are hereby authorized and empowered to commit any person or persons who shall conduct in a riotous or disorderly manner, and persist in such conduct after being warned of the consequences, either into the custody of a constable, or the keeper of a common gaol for any term not exceeding twenty-four hours, and said constable or gaoler is hereby required to execute said order, as tho' it had been issued or delivered in due form by a magistrate.

*Election officers may commit, &c.*

9. *And be it enacted,* That the judge of election, assessor and collector, or persons serving or acting as such, in case of their absence or disqualification, shall severally, before they proceed to receive any votes, take the following oath or affirmation :—"I, A B, do solemnly and sincerely swear (or affirm) that I will during this election, faithfully and impartially execute the duties and services required of me by law, and that I will not receive or assent to receive, the vote of any person who is not duly qualified to vote agreeably to the restrictions and provisions prescribed by law." Which oath or affirmation they are hereby respectively authorized and required to administer to each other in a public manner, at the place of opening the election.

*Oath of officers.*

10. *And be it enacted,* That if any person or persons shall at any time hereafter be found guilty of robbing or plundering the election-box, or attempting to change or alter the tickets therein contained, such offence shall be

*Penalty for robbing election box.*

Digitized by Google

Original from
HARVARD UNIVERSITY

ditaments shall be previously lodged with the said clerk, or recorded as aforesaid.

———

A supplement to the act entitled " An act respecting conveyances," passed June seventh, one thousand seven hundred and ninety-nine.

*Passed February* 8, 1811.

Sec. 1. BE IT ENACTED *by the council and general assembly of this state, and it is hereby enacted by the authority of the same,* That if the party who shall execute or may have executed, any deed or conveyance of lands, tenements or hereditaments, lying and being in this state, or the witnesses thereto, reside not in this state, but in one of the territories of the United States, or in one of the cities of Philadelphia or New-York, then the acknowledgment or proof which may have been, or shall be made before, and certified by one of the judges of the supreme court of such territory, or the mayor of such city, shall be as good and effectual as if the same had been made before, and certified by one of the judges of the supreme court of this state.

———

AN ACT constituting courts for the trial of small causes.    [Rev. 313]

*Passed March* 15, 1798.

Sec. 1. BE IT ENACTED *by the council and general assembly of this state, and it is hereby enacted by the authority of the same,* That every suit of a civil nature at law, where

G

Add.58

Digitized by Google

Original from
HARVARD UNIVERSITY

Generated at Harvard University on 2024-08-23 19:37 GMT / https://hdl.handle.net/2027/hvd.32044086463668
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Generated at Harvard University on 2024-08-23 19:37 GMT / https://hdl.handle.net/2027/hvd.32044086463668
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

What causes shall be cognizable before justices of the peace.

[Rev. 313]

the debt, balance, or other matter in dispute, does not exceed, exclusive of costs, the sum or value of sixty* dollars, shall be, and hereby is made cognizable before any justice of the peace of any county in this state, who is hereby authorized to hold a court within such county to hear, try, and determine the same according to law, although the cause of action did not arise in the said county; and further, that the said court shall be a court of record, and vested, for the purposes aforesaid, with all such power as is usual in courts of record of this state. *Provided always*, That this act shall not extend to any action of replevin, slander, trespass for assault, battery, or imprisonment, or to any action, wherein the title of any lands, tenements, hereditaments, or other real estate, shall or may in any wise come in question.

Territorial jurisdiction of justices to be coextensive with their counties.

2. *And be it enacted*, That the territorial jurisdiction of every justice of the peace, under this act, shall be coextensive with the limits of the county, for which he is appointed and commissioned; that his writs, precepts and process shall run in and through such county, and that he may, in causes pending before him, award writs of subpœna ad testificandum into other counties of this state.

Constables to be their ministerial officers.

3. *And be it enacted*, That the constables of the several townships in such county shall be the ministerial officers of the said court, and that it shall be the duty of the said constables to execute and return all precepts, summons, warrants, writs and other process, issuing out of the said court, and to them or any of them

* *Extended to 100 dollars by act of 29th Nov. 1801.*

Add.59

Digitized by Google

Original from
HARVARD UNIVERSITY

22. *And be it enacted*, That to the jurors, and each of them, who shall be returned to try any cause as aforesaid, the said justice shall administer the following oath or affirmation :

Juror's oath.

You do swear, in the presence of Almighty God, (or do affirm, as the case may require) that you will well and truly try the matter in difference between          plaintiff, and defendant, and a true verdict give according to evidence.

That to every witness produced at the said trial, the said justice shall administer the following oath or affirmation :

Oath of witness.

You do swear, in the presence of Almighty God, (or do affirm, as the case may require) that the evidence you shall give to the court and jury in this matter in difference between plaintiff, and          defendant, shall be the truth, the whole truth, and nothing but the truth.

And that to the constable, who shall be appointed to attend the jury, the said justice shall administer the following oath or affirmation :

Constable's oath.

You do swear, in the presence of Almighty God, (or do affirm, as the case may require) that you will, to the utmost of your ability, keep every person sworn (or affirmed) on this jury together in some private and convenient place, without meat or drink, water excepted ; that you will not suffer any person to speak to them, nor speak to them yourself, except by order of the court, unless it be to ask them, whether they have agreed on their verdict, until they have agreed on their verdict.

23. *And be it enacted*, That every person summoned as a juror, or subpœnaed as a witness, who shall not appear, or appearing, shall

Add.60

Digitized by Google

Original from
HARVARD UNIVERSITY

AS£79

# A C T S

### A N D

# L A W S

### O F   T H E

## S T A T E

### O F

# CONNECTICUT,

### I N

# A M E R I C A.



N E W - L O N D O N:

Printed by T I M O T H Y   G R E E N,

Printer to the GOVERNOR and STATE of CONNECTICUT.

M,DCC,LXXXIV.

Add.61

## An Act for regulating Fees.

BE it enacted by the Governor, Council, and Representatives, in General Court assembled, and by the Authority of the same, That the Establishment of the Fees of the several Officers of this State, shall be as follows, to wit,

*Fees of the several officers in this State.*

| | £. | s. | d. | |
|---|---|---|---|---|
| **Assistants Fees.** | | | | |
| For attending the General Assembly, per Day, *Nine Shillings*, | 0 | 9 | 0 | |
| Travel per Mile out, *Six-pence*, - - - | 0 | 0 | 6 | Assistants. |
| **Representatives Fees.** | | | | |
| For attending the General Assembly, per Day, *Six Shillings*, | 0 | 6 | 0 | |
| Travel per Mile out, *Six-pence*, - - - | 0 | 0 | 6 | Representatives. |
| **Superior Court's Fees.** | | | | |
| Chief Judge, per Day, *Eighteen Shillings*, - | 0 | 18 | 0 | |
| Assistant Judges, per Day, *Seventeen Shillings*, | 0 | 17 | 0 | |
| For trying each Action, *Twenty-four Shillings*, - | 1 | 4 | 0 | Sup. court. |
| Each Default or Confession, *Twelve Shillings*, - | 0 | 12 | 0 | |
| **Clerk of the Superior Court's Fees.** | | | | |
| For entering each Action and Judgment, *Three Shillings*, | 0 | 5 | 0 | |
| Filing each Deposition, *Three-pence*, - - | 0 | 0 | 3 | Clerk of |
| Entering each Judgment acknowledged, *One Shilling*, | 0 | 1 | 0 | sup. court. |
| Each Execution, *One Shilling* and *Six-pence*, - | 0 | 1 | 6 | |
| For Copies, each Page of twenty-eight Lines, ten Words } in a Line, *One Shilling* and *Six-pence*, } | 0 | 1 | 6 | |
| **County Court's Fees.** | | | | |
| Chief Judge per Day, *Twelve Shillings*, - | 0 | 12 | 0 | |
| Each Justice of the Quorum, per Day, *Nine Shillings*, | 0 | 9 | 0 | County court |
| Trying each Action, *Twelve Shillings*, - | 0 | 12 | 0 | |
| Each Judgment, Default, or Confession, *Three Shillings and Six-pence*, | 0 | 3 | 6 | |
| Licence to each Tavern-keeper, *Six Shillings*, - | 0 | 6 | 0 | |
| (Whereof to the Clerk, *One Shilling*.) | | | | |
| Licence to each Tanner, *Six Shillings*, - - | 0 | 6 | 0 | |
| **Jury's Fees at the Superior or County Court.** | | | | |
| For trying each Action, *Thirty-six Shillings*, - | 1 | 16 | 0 | Jury. |
| Travel out per Mile, *Three-pence*, - - | 0 | 0 | 3 | |
| **Clerk of the County Court's Fees.** | | | | |
| For entering each Action, *Three-pence*, - - | 0 | 0 | 3 | |
| Entering each Judgment or Continuance, *One Shilling*, | 0 | 1 | 0 | Clerk county court. |
| For granting Writs, taking Bond, &c. the same as } Justices Fees for like Services. } | | | | |
| For Copies of every Kind, each Page of twenty-eight } Lines, ten Words in a Line, *One Shilling & Six-pence*, } | 0 | 1 | 6 | |
| **Court of Probate's Fees.** | | | | |
| Granting Administration, to the Judge, *One Shilling* and *Six-pence*, | 0 | 1 | 6 | |
| Receiving and Probate of every Will, and Inventory of } *Fifty Pounds* or under, *Two Shillings*, } | 0 | 2 | 0 | Court of probates. |
| (Whereof to the Clerk, *Nine-pence*.) | | | | |
| Receiving and Probate of every Will, and Inventory, of more } than *Fifty Pounds, Three Shillings*, } | 0 | 3 | 0 | |
| (Whereof to the Clerk, *One Shilling*.) | | | | |
| Each Quietus, *One Shilling*, - - | 0 | 1 | 0 | |
| (Whereof to the Clerk, *Six-pence*.) | | | | |
| Recording every Will, and each Inventory of *Fifty Pounds*, } or under, *Two Shillings* and *Six-pence*, } | 0 | 2 | 6 | |
| For recording every Will, and each Inventory of more than } *Fifty Pounds*, and not exceeding One Hundred Pounds, } *Three Shillings*, } | 0 | 3 | 0 | |

Add.62

And

## Fees.

And for every hundred Pound, after the first Hundred, *Three-pence*, 0 0 3
And for a Copy, the same.

Each Bond for Administrator, and each Letter of } 0 1 0
   Administration, *One Shilling*,

For making out and registering a Commission for receiving }
   and examining the Claims of Creditors of an Insolvent } 0 1 0
   Estate, *One Shilling*,

Registering the Report of Commissions, per Page of twenty- } 0 1 6
   eight Lines, ten Words in a Line, *One Shilling and Six-pence*, }

Making and entering an Order on the Administrator to pay out }
   the Estate to the Creditors in due Proportion, *Four Shillings*, } 0 4 0

Recording a Distribution, the same as for registering the }
   Report of Commissioners. }

Allowing Accounts for settling and dividing Intestate } 0 1 6
   Estates, *One Shilling and Six-pence*, }

Appointing Guardian and taking Bond, *Two Shillings*, 0 2 0
(Whereof to the Clerk, *One Shilling*.)

Order to sell Land, *Three Shillings*, - - - 0 3 0

### Assistants and Justices Fees.

Signing an Attachment or Summons for Action, *Six-Pence*, 0 0 6
Taking every Bond of Recognizance, *Six-pence*, 0 0 6
Summons for Witnesses, *Six-pence*, - - 0 0 6
**Justices.** Entering and Trial of an Action, *Three Shillings*, - - 0 3 0
Execution, *One Shilling*, - - - 0 1 0
Judgment on Confession or Default, *One Shilling and Six-pence*, 0 1 6
Warrant in a Criminal Case, *One Shilling*, - - 0 1 0
Bond for Appeal, *Six-pence*, - - - 0 0 6
Copies the same Fees as Clerks of Courts.
Affidavit taken out of Court, *Six-pence*, - - 0 0 6
Entering a Plea of Title, and taking Bond, *Three Shillings*, 0 3 0
Taking Acknowledgment of a Deed, &c. *Six-pence*. 0 0 6

### Secretary's Fees.

**Secretary.** Recording Laws and Orders of the General Assembly, of }
   public Concernment, each, *One Shilling*. } 0 1 0

Affixing the State Seal, each Time, *One Shilling*, - - 0 1 0
Each Military Commission, *One Shilling*, - 0 1 0
Each Commission for Justices in a County, *Five Shillings*, 0 5 0
Commission for Judges of the Superior Court, *Three Shillings*, 0 3 0

Each Commission for a Judge of the County Court, or }
   Court of Probates, *One Shilling and Six-pence*, } 0 1 6

Each Petition or Memorial to the General Assembly, }
   *One Shilling and Six-pence*, } 0 1 6

For the Use of the State, on each Petition, *Twenty Shillings*, 1 0 0

For Copy of each Order of the General Assembly, on a }
   Petition or Memorial, not exceeding one Folio Page, } 0 1 6
   *One Shilling and Six-pence*, - - - }

For Copies of greater Length, and all other Copies, }
   the same as the Clerk of the Superior Court. }

### Sheriffs and Constables Fees.

Serving every Summons, *Four-pence*, - - 0 0 4
If by Copy, *Six-pence*, - - - 0 0 6
**Sheriffs and** Serving every Attachment, *Six-pence*, - - 0 0 6
**Constables.** Bail Bond, *One Shilling*, - - - 0 1 0

Levying every Execution not exceeding one Pound, *One* }
   *Shilling* lawful Money, and *Three-pence* per Pound for }
   every Pound above that Sum, in the same Currency of }
   the Execution, or equivalent in lawful Money. }

Attending

| | £ | s | d | |
|---|---|---|---|---|
| attending a Justice's Court, on Trial of each Action when obliged to attend, *One Shilling* and *Six-pence*, | 0 | 1 | 6 | |
| Each Mile Travel out, *Three-pence*, | 0 | 0 | 3 | |
| Sheriff attending the General Court, or Superior or County Court per Day, *Six Shillings*, | 0 | 6 | 0 | |
| Constable for like Service, *Four Shillings*, | 0 | 4 | 0 | Constable. |
| Fees for Plaintiff or Defendant attending Court per Day, *One Shilling and Six-pence*, | 0 | 1 | 6 | Plaintiff and defendant |
| Witnesses attending any Court per Day, each *Two Shillings*, | 0 | 2 | 0 | Witness. |
| Travel for Witness per Mile, *Three-pence*, | 0 | 0 | 3 | Travel. |
| To the Party per Mile, *Two-pence*, | 0 | 0 | 2 | |
| Each Jury-man for viewing Highways per Day, *Four Shillings*, | 0 | 4 | 0 | Jurymen viewing highway. |
| Officers attending such Jury per Day, *Five Shillings*, | 0 | 5 | 0 | |

Town Clerk's Fees.

| | £ | s | d | |
|---|---|---|---|---|
| For recording a Deed, *One Shilling*, | 0 | 1 | 0 | |
| For Copy of a Deed, *One Shilling*, | 0 | 1 | 0 | |
| For other Copies, and recording survey Bill, the same Fees as the Clerk of the County Court for Copies. | | | | Town-clerk. |
| For recording of Marriage, Birth or Death, *Three-pence*, | 0 | 0 | 3 | |

Attorney's Fees to be taxed in Bills of Cost.

| | £ | s | d | |
|---|---|---|---|---|
| At the Superior Court, *Eight Shillings*, | 0 | 8 | 0 | Attorney. |
| At the County Court, *Four Shillings*, | 0 | 4 | 0 | |
| Each Grand Jury-man for attending the Superior or County Court, per Day, *Four Shillings*, | 0 | 4 | 0 | |
| Travel per Mile out, *Four-pence*, | 0 | 0 | 4 | |
| Each Witness in Criminal Cases, at the Suit of the State, for Attendance at the Superior or County Courts, and Expences, per Day, *Four Shillings*, | 0 | 4 | 0 | |
| If before an Assistant or Justice, per Day, *Two Shillings*, | 0 | 2 | 0 | |

State Attornies Fees,
Not exceeding the following Allowances.

| | £ | s | d | |
|---|---|---|---|---|
| For conducting and pleading each Criminal Case, not Capital, before the Superior Court, on Bill found by the Grand-Jury, *Two Pounds Ten Shillings*, | 2 | 10 | 0 | |
| Drawing an Indictment or Information, *Six Shillings*, | 0 | 6 | 0 | State attorney. |
| For a Trial before the Superior Court, in a Criminal Case, on Information, or for conducting and pleading a Civil Cause, on Behalf of the State, *Two Pounds*, | 2 | 0 | 0 | |
| For prosecuting a Civil Cause, when Judgment is given on Confession or Default, in the Superior Court, *One Pound*, | 1 | 0 | 0 | |
| For a Capital Trial, *Four Pounds*, | 4 | 0 | 0 | |
| In a Criminal Case, on Confession, before the Superior Court, *One Pound Ten Shillings*, | 1 | 10 | 0 | |
| In Case of *nolle Prosequi* entered, or a return of a Grand-Jury, not a true Bill, *One Pound*, | 1 | 0 | 0 | |
| If an Assistant Attorney is allowed in any Trial, not Capital, before the Superior Court, in Behalf of the State, his Fee shall be *One Pound*, | 1 | 0 | 0 | Assisting-attorney. |
| Or if Capital, *Two Pounds*, | 2 | 0 | 0 | |
| In Prosecution on Behalf of the State, before the County Court, the Attorney shall be allowed, not exceeding two Thirds of the Fees allowed for the like Services in the Superior Court; or less, at the Discretion of the Court. | | | | |

County Surveyor's Fees.

| | £ | s | d | |
|---|---|---|---|---|
| For himself and Horse, besides Expences, per Day, *Six Shillings* | 0 | 6 | 0 | County surveyor. |

I

Post

*Augustin S. Clayton*

*Presented*

*March 1 180,*

ABS

508

# A

# DIGEST

OF THE

# L A W S

OF THE

# State of Georgia.

FROM ITS FIRST ESTABLISHMENT AS A BRITISH PROVINCE DOWN
TO THE YEAR 1798, INCLUSIVE

AND THE

## PRINCIPAL ACTS OF 1799:

IN WHICH

Is comprehended the declaration of Independence; the State Constitutions of 1777 and 1789, with the
alterations and amendments in 1794.

ALSO THE

*Constitution of 1798.*

IT CONTAINS

As well all the Laws in force, as those which are deemed useful and necessary, or which are explanatory
of existing Laws; together, with the

## TITLES OF ALL THE OBSOLETE AND OTHER ACTS.

AND CONCLUDES

WITH AN APPENDIX containing the original Charters and other Documents, ascertaining and defining the
Limits and Boundary of the State; all the Treaties with the southern tribes of Indians; the articles of
Confederation and perpetual union; the Constitution of the United States, and a few Acts of Congress.

Together with a copious Index to the whole.

BY

## ROBERT & GEORGE WATKINS.

Philadelphia:

PRINTED BY R. AITKEN, Nº. 22, MARKET STREET.

........................

1800.

III. *And be it further enacted,* That nothing herein contained shall affect the right or title of any person or persons claiming or holding a lot or lots within the said towns, as laid down in any former legal plan thereof.

IV. *And be it further enacted,* That all and every act or parts of acts which respects the surveying or laying out the town of Frederica, and also the act, entitled " An act to appoint commissioners for the town of Brunswick in the county of Glynn," passed at Augusta, the first day of February, one thousand seven hundred and eighty-eight, be and the same is hereby repealed.

WILLIAM GIBBONS, *Speaker of the House of Representatives.*
BENJAMIN TALIAFERRO, *President of the Senate.*
EDWARD TELFAIR, Governor.
*December* 17, 1792.

---

*An Act for vesting certain powers in the commissioners of the court house and gaol in the county of Chatham, and for other purposes therein mentioned.*

I. **B**E *it enacted by the senate and house of representatives, in general assembly met,* That it shall and may be lawful to and for the commissioners of the court house and gaol of the said county, or a majority of them, together with the justices of the inferior court of the said county, or a majority of them, to issue bills of credit to be redeemed by fines and forfeitures of recognizances, ordered and taken to the superior and inferior courts of the said county, and the tax to be levied on the inhabitants and property in the county as aforesaid.

II. *And be it further enacted,* That the commissioners of the court house and gaol of the said county, or a majority of them, together with the justices of the inferior court of the said county, or a majority of them, shall be, and they are hereby authorized to levy a tax* on all persons and property within the said county liable to pay tax, not exceeding the one eighth part of their general tax for each year, while and until they shall be enabled fully to repair the said court house, build a new gaol, poor house and hospital as aforesaid.

WILLIAM GIBBONS, *Speaker of the House of Representatives.*
BENJAMIN TALIAFERRO, *President of the Senate.*
EDWARD TELFAIR, Governor.
*December* 18, 1792.
* So much as relates to county tax repealed by act of 1796, No. 555. *Sed que.*

---

*An Act to revise and amend an act for ascertaining the fees of public officers of this State.*

I. **B**E *it enacted by the senate and house of representatives of the State of Georgia in general assembly met, and by the authority of the same,* That the fees of the

different

*12. 6*
*2 6*
*2 6*
*2 6*
*2 6*
*2 2 : 6*

*22 : 6*
*12*
*56)270)4:*
*224*
*46*

*2.50*

*4 8*
*4 8*
*9 4*
*2 4*
*11 8*

Surveying a tract of land of or under one hundred acres, twelve fhillings and fix pence. **A. D. 1792, No. 474.**

Each hundred acres after the firft, two fhillings and fix pence.

Making a plat, recording, advertifing and tranfmitting the fame to the furveyor-general's office, four fhillings and eight pence.

Entering a caveat, advertifing and giving a certified copy thereof, feven fhillings; attending trial of the fame, three fhillings and fix pence; each poftponement, two fhillings and four pence, to be paid by the perfon poftponing the fame.

Recording judgment, and giving a certified copy thereof, two fhillings and four pence.

Entering an appeal, and giving a certified copy thereof, four fhillings and eight pence.

For a re-furvey of land by order of court, of or under one hundred acres, twelve fhillings and fix pence, for the firft one hundred acres; for every hundred acres after the firft, two fhillings and fix pence.

For making and certifying a plat thereof, and tranfmitting the fame, four fhillings and eight pence.

And for any other re-furvey, the fame as aforefaid.

## SHERIFF's FEES, in civil cafes.

For ferving a copy of a procefs, and returning the original, feven fhillings; if more than one defendant for each additional copy ferved, two fhillings and four pence. **Sheriff—in civil cafes.**

Levying execution on the body or property, feven fhillings.

Summoning each witnefs, two fhillings and four pence.

On all fums where the execution does not exceed fifteen pounds, five *per centum*, on the amount of property fold; on all fums above fifteen pounds, and where the execution does not exceed one hundred pounds, two and a half *per centum*; on all fums where the execution exceeds one hundred pounds, one *per centum*; and that no commiffion fhall be demanded, where property is not actually fold.

Making out and figning a bill of fale of other property, four fhillings and eight pence: *Provided*, That fees fhall be allowed only for one bill of fale, where the fame will be fufficient to convey the property fold to one perfon or joint purchafers; unlefs the purchafer or purchafers, fhall choofe more than one.

Conducting a debtor under confinement before a judge or court, four fhillings and eight pence.

Summoning a jury to try a caveat, and attendance, four fhillings and eight pence.

Summoning a fpecial jury, and all other fervices, attending trial of an appeal, four fhillings and eight pence.

For a bail bond, four fhillings and eight pence.

Making out, and executing titles to land, fourteen fhillings, (if wrote by the purchafer, four fhillings and eight pence.)

## SHERIFF's FEES, in criminal cafes.

For re-committing of any perfon, when a *habeas corpus* is brought to his relief, four fhillings and eight pence. **Sheriff—in criminal cafes.**

O o o

Summoning

A. D. 1792.
No. 474.

Summoning a jury, four fhillings and eight pence.

On every copy of a *mittimus*, one fhilling and two pence.

For every mile a prifoner fhall be removed on a *habeas corpus*, one fhilling and two pence.

For removing a prifoner by *habeas corpus*, when no mileage is paid, per day, four fhillings and eight pence.

Executing a criminal, thirty-feven fhillings and four pence.

Attending a perfon, taken by a warrant, to the judges' chambers, three fhillings and fix pence.

Conducting a prifoner before a judge or court to and from gaol, four fhillings and eight pence.

Executing a warrant of efcape, three fhillings and fix pence.

Each mile to ferve the fame, two pence.

Executing and returning a bench warrant, four fhillings and eight pence.

Each mile to ferve the fame, two pence.

Putting a perfon in the ftocks, two fhillings and four pence.

For whipping, cropping or branding a criminal, four fhillings and eight pence.

Apprehending a perfon fufpected, if committed or held to bail, four fhillings and eight pence.

For each perfon, not exceeding two, who may be employed to guard a prifoner to gaol, per day, four fhillings and eight pence.

### GAOLER's FEES.

Gaoler.

Receiving a prifoner or debtor, two fhillings and four pence.

Turning the key or difcharging a prifoner in virtue of a *habeas corpus*, or by order of the court, judge or juftice, two fhillings and four pence.

Dieting a prifoner per day, allowing two pounds of bread, one and a half pound of beef, or one pound of pork, with a fufficiency of water, all wholefome provifions, one fhilling and nine pence.

Turning the key on commitment of any perfon, two fhillings and four pence.

Dieting negroes, allowing one quart of rice or corn meal per day, feven pence.

### NOTARY PUBLIC's FEES.

Notary public.

For every proteft and oath included, not exceeding fixteen copy fheets of ninety words, nine fhillings and four pence.

Adminiftering an oath in any other cafe, one fhilling and two pence.

For each attendance on any perfon, to prove any matter or thing as notary public and certifying the fame, two fhillings and four pence.

Every other certificate, one fhilling and two pence.

Noting a proteft, four fhillings and eight pence.

Regiftering a proteft, per copy fheet, one fixteenth of a dollar.

Copy of a proteft, per copy fheet, one fixteenth of a dollar.

### CORONER's FEES.

Coroner.

For fummoning an inqueft on a dead body, and returning the inquifition, forty-fix fhillings and eight pence.        For

A. D. 1792. For fubpœna tickets, commiffions and letters of guardianfhip and enquiries refpect-
No. 474.        ing property claimed, non-fuits and any other fervice performed, the fame
         fees as allowed to the clerk of the fuperior court.

       Each appeal profecuted to judgment from a juftices' court, four fhillings and eight
         pence, if fettled by the parties, two fhillings and four pence, including every
         fervice to entering fatisfaction.

## FEES to the CLERK of the HOUSE of REPRESENTATIVES, and SECRE-TARY of the SENATE.

Clerk of the
houfe of repre
fentatives, and
fecretary of the
fenate.

For every extract of a private nature, three pence half-penny *per copy* fheet.

For certifying an extract of a private nature, one fhilling and two pence.

For an act, paffed for the benefit of an individual, or to incorporate a private fociety,
nine fhillings and four pence.

## FEES of a CONSTABLE.

Conftable.

Serving a warrant, fummons or attachment in civil cafes, one fhilling and two pence.

Returning the fame, and attending the juftices' court, one fhilling and two pence.

Summoning every witnefs, one fhilling and two pence.

Levying an execution and advertifing the fale, one fhilling and two pence.

For felling, to fatisfy an execution from a juftice, five *per centum* on the amount of
the debt.

For attending grand jury, for each bill found, to be paid by the delinquent, one
fhilling and two pence.

Serving a warrant in criminal cafes, four fhillings and eight pence.

For carrying a prifoner to gaol, two pence per mile.

For keeping and maintaining a prifoner, before examination, not exceeding twenty-
four hours, one fhilling and nine pence.

## FEES of the POWDER RECEIVER.

Powder receiv-
er's fees.

Every barrel of powder of one hundred pounds weight, lodged in the public maga-
zine, and delivered out, to be paid by the owner, one fhilling and nine pence ;
and in proportion for any other quantity.

The public not
accountable for
fees in cafes of
inability, except
in certain cafes
of gaolers, coro-
ners, & fheriffs.

II. *And be it further enacted,* That none of the fees herein before fet down or
expreffed, fhall in any cafe (gaoler's fees for dieting prifoners, and coroner's fees for
fummoning an inqueft, and returning an inquifition, and providing a coffin and burial
expences of a perfon found dead, and the fheriff's fees for executing a criminal,
excepted) be charged to the public, for or on account of any inability in the perfon
who ought to have paid the fame.

Public officers
bound to give
ftatements of
their fees.

III. *And be it further enacted,* That every public officer and perfon herein men-
tioned, or their deputy or agent, and every perfon acting as fuch, fhall, if thereunto
required, be obliged to give a ftatement of the fees demanded, and a receipt for the
fame to any perfon paying any lawful or pretended fee or fees of office, claimed by
and paid to any fuch public officer, or perfon herein before mentioned, his deputy
or agent, or perfon acting as fuch, under pain that every public officer, or perfon
                                               herein

Thompſon and Thomas M'Call, the ſole and excluſive right of running a line of ſtage carriages between the city of Savannah and town of Auguſta, **not** being carried into effect on the part of the ſaid William Thompſon and Thomas M'Call, the ſame ſhall be and is hereby repealed.

A. D. 1796.
No. 571.

THOMAS STEVENS, *Speaker of the Houſe of Repreſentatives.*
BENJAMIN TALIAFERRO, *Preſident of the Senate.*

Concurred, *February* 22, 1796.

JARED IRWIN, GOVERNOR.

---

*An Act for the better regulating and conducting elections in the ſeveral counties of this State.*

No. 572.

WHEREAS, the ſeveral acts heretofore paſſed for the ordering and conducting elections, have by experience been found defective and incomplete, and the good citizens of this State will probably ſuſtain injuries and impoſitions by a continuance of them ; to prevent which as much as poſſible,

I. *Be it enacted by the ſenate and houſe of repreſentatives of the State of Georgia in general aſſembly met, and it is hereby enacted under and by virtue of the authority thereof,* That all elections for members to repreſent this State in the general aſſembly thereof, and for repreſentatives in congreſs, ſheriffs, clerks of the ſuperior and inferior courts, regiſters of probates, county ſurveyors and coroners, ſhall be held at the court houſe or place appointed for holding the ſuperior courts in the reſpective counties.

*Elections to be held at the court houſe.*

It ſhall be the duty of any three or more of the magiſtrates for each county, not being candidates, to preſide at and make returns of all elections for ſenators and repreſentatives in the general aſſembly, repreſentatives in congreſs, and county officers ; and the ſheriff of each county or his deputy, is required to attend at ſuch elections, for the purpoſe of enforcing the orders of the preſiding magiſtrates in preſerving good order.

*Three or more magiſtrates to preſide—the ſheriff to preſerve order.*

That at the general election which ſhall be held on the firſt Monday in November, one thouſand ſeven hundred and ninety-ſeven, in the ſeveral counties of this State for members of the general aſſembly, the electors in each county ſhall elect a ſheriff, clerk of the ſuperior and inferior courts, regiſter of probates, county ſurveyor and coroner, who ſhall hold their offices for the term of two years if they ſhall ſo long well behave themſelves ; and at the expiration of the ſaid term of two years, the ſaid electors ſhall again elect the county officers aforeſaid, and in like manner at every ſecond general election. *Provided,* That no perſon ſhall be twice elected ſheriff of any county in any term of four years ; in which proviſion thoſe now in office are comprehended.

*County officers, when & in what manner to be elected—to hold their offices for two years.*

*Proviſo.*

That the general election ſhall be annually on the firſt Monday in November ; and the time for taking in the votes ſhall be from nine o'clock in the morning till ſix o'clock in the afternoon.

*The general election to be annual. The time for taking votes.*

When

DATE DOWNLOADED: Tue Jan  9 17:16:58 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1799 [xiv] .

ALWD 7th ed.
, , 1799 [xiv] .

Chicago 17th ed.
"," Maryland - General Assembly, November Session : [xiv]-[xv]


AGLC 4th ed.
" Maryland - General Assembly, November Session [xiv]

OSCOLA 4th ed.
" 1799 [xiv]          Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
 Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

C H A P.  XXIII.

## An ACT for the adjournment of Prince-George's county court. Lib. JG. No. 3. fol. 266.

Paſſed 3d of Jan. 1800.

WHEREAS Prince-George's September county court ſtands adjourned till the ſecond Monday in December,

Preamble.

II. BE IT ENACTED, *by the General Aſſembly of Maryland,* That all cauſes, pleas, proceſs and proceedings, now depending and returnable to the ſaid September court, ſhall be, and by virtue of this act are, adjourned and continued to the firſt Monday in April next, and that all the ſaid cauſes, pleas, proceſs and proceedings, in the ſaid court, now depending and returnable to the ſaid September court, ſhall be in the ſame ſtate and condition as they would be in on the ſaid ſecond Monday in December, any thing to the contrary notwithſtanding.

Cauſes, &c. adjourned, &c.

C H A P.  XXIV.

## An ACT to empower the juſtices of the levy court of Anne-Arundel county to aſſeſs and levy a ſum of money for the purpoſe therein mentioned. Lib. JG. No. 3. fol. 266.

WHEREAS Elizabeth Purdy, of Anne-Arundel county, by her petition to this general aſſembly hath ſet forth, that ſhe, from age and indigence, is unable to ſupport herſelf and four ſmall children, (one of which, a girl, is entirely blind, and unable by any means to procure the neceſſaries of life,) and prays that a law may paſs for the ſupport of her ſaid daughter out of the poor-houſe ; and the prayer of the petitioner appearing reaſonable,

Preamble.

II. BE IT ENACTED, *by the General Aſſembly of Maryland,* That the juſtices of Anne-Arundel county ſhall be and they are hereby directed and empowered, at their levy courts annually, ſo long as they may ſee cauſe, to aſſeſs and levy on ſaid county a ſum of money, not exceeding forty dollars, for the ſupport and maintenance of the ſaid Elizabeth Purdy's daughter, and that the ſame be collected and paid annually to the aforeſaid Elizabeth Purdy by the collector or collectors of Anne-Arundel county, agreeable to the order of the levy court aforeſaid.

Money to be levied, &c.

C H A P.  XXV.

## An ACT reſpecting the ſheriff of Talbot county. Lib. JG. No. 3. fol. 267.

WHEREAS it has been repreſented to the general aſſembly, that John Thomas, the ſheriff of Talbot county, did not, during the period between the eighth day of October, in the year ſeventeen hundred and ninety-eight, and the firſt day of January following, give bond with ſecurity for the faithful performance of his office for the year then next enſuing, as required by the conſtitution and the laws of this ſtate, whereby the validity of his proceedings, and his reſponſibility to thoſe who may have been affected by acts done by him under colour of his office, may be queſtioned ; and the general aſſembly being ſatisfied that this omiſſion did not proceed from deſign, and that neither the ſaid John Thomas, nor any perſon affected by his acts, ought to ſuffer by reaſon thereof ; therefore,

Preamble.

II. BE IT ENACTED, *by the General Aſſembly of Maryland,* That all lawful acts and proceedings done, performed or executed, and all powers, emoluments and rights, exerciſed or acquired, by the ſaid John Thomas, by virtue of his office of ſheriff of Talbot county during the year enſuing the period herein before mentioned, be and the ſame are hereby ratified, allowed and confirmed, to all intents and purpoſes, and in like manner and effect, as if the ſaid John Thomas had given bond with approved ſecurity during the ſaid period for the performance of his office, as required by the conſtitution and laws of this ſtate.

Acts ratified, &c.

III. AND BE IT ENACTED, That the aſſociate juſtices of Talbot county court ſhall, on or before the firſt Tueſday of January next, meet at the court-houſe in the ſaid county, and require the ſaid John Thomas to attend them on the day which they ſhall appoint ; and thereupon the ſaid John Thomas ſhall, in their preſence, enter into bond, with two ſufficient ſecurities, to be approved by the ſaid juſtices, to the ſtate of Maryland, in the penalty of five thouſand pounds current money, in the uſual form, with condition, " that if the ſaid John Thomas ſhall render to the ſeveral officers within this

Aſſociate juſtices to meet, &c.

this ftate a juft and true account of all fees placed in his hands for collection, and fhall alfo well and truly pay all fums of money received by him, and alfo pay and fatisfy all public dues, fines and for-feitures, which are due or belonging to this ftate, and fhall alfo pay and deliver to the perfon or per-fons entitled to receive the fame, all fum or fums of money, tobacco, goods, chattels or property, by him levied, feized or taken, agreeably to the directions of the writ, procefs or warrant, under which the fame fhall have been levied, feized or taken, and fhall alfo pay and fatisfy all judgments which may have been rendered againft him as fheriff of the faid county, and fhall and will in all things fatisfy, fave harmlefs and indemnify, all and all manner of perfon or perfons who fhall have been, or may be, aggrieved, affected or damnified, by any act, omiffion, misfeafance or neglect, done, fuffered or committed, by him the faid John Thomas, in virtue or under colour of his faid office during the preceding year of his fhrievalty, then the faid bond to be void and of no effect, otherwife to be and remain in full force and virtue ;" and the faid juftices fhall atteft and certify the execution of the faid bond, and depofit the fame in the office of the clerk of the faid county, to be affiled and recorded among the records thereof ; and any perfon or perfons aggrieved by any act, omiffion, mis-feafance or neglect, of the faid John Thomas, done, fuffered or committed, by him, under colour of his faid office during the year enfuing the period herein before mentioned, fhall have remedy by fuit profecuted on the faid bond, in like manner, and to the like effect, as fuch perfon or perfons fhould, could, or might have had, upon his fhrievalty bond, if the fame had been executed by the faid John Thomas, as required by the conftitution and laws of this ftate ; and an official copy of the faid bond, under the hand of the clerk and the feal of his office, fhall be received in evidence in any court of this ftate, in like manner, and to the like effect, as if the original were produced and proved accord-ing to law.

IV. AND BE IT ENACTED, That the faid John Thomas fhall receive no benefit or advantage of any part of this act, until he fhall have entered into bond, with approved fecurities, before the faid juftices, as required by the provifions thereof.

## C H A P. XXVI.

An ACT for the relief of Triftram Dalton, of the city of Wafh-ington. Lib. JG. No. 3. fol. 268.

WHEREAS it is reprefented to this general affembly, by the petition of Triftram Dalton, of the city of Wafhington, that by a variety of loffes and misfortunes in trade, as a co-partner of the firm of Lear and company, he is rendered unable wholly to fatisfy the debts for which the faid co-partnerfhip are anfwerable, and that the moft of their creditors live in Great-Britain, and that it will be impracticable for him to obtain the affent to his difcharge of two thirds in amount of all the creditors of the faid Lear and company: And whereas the faid Triftram Dalton has prayed a fpecial act may pafs in his favour; therefore,

II. BE IT ENACTED, by the General Affembly of Maryland, That upon the application of the faid Triftram Dalton to the chancellor, by petition in writing, offering to deliver up all his eftate in poffeffion, reverfion or remainder, for the benefit of his creditors, and the creditors of the faid Lear and company, and annexing to the faid petition a fchedule of his property and debts, the faid fche-dule comprehending diftinct and feparate lifts of the property and debts belonging to him in his own right, and alfo in right of his being a partner in the faid firm of Lear and company, and a lift of his creditors, as well as the creditors of the faid Lear and company, fo far as he can afcertain the fame, on oath, the chancellor fhall direct notice of fuch application to be given and publifhed in fuch man-ner as he fhall think expedient, and appoint a certain day for the creditors of the faid Triftram Dalton to appear in chancery, and to recommend a truftee or truftees on their behalf ; and on the appearance of the faid creditors, or on their neglect to appear on notice as aforefaid, the chancellor fhall adminifter to the faid Triftram Dalton the following oath, to wit : " I, Triftram Dalton, do " fwear, that I will deliver up, convey and transfer, to my creditors, in fuch manner as the chan-" cellor fhall direct, all my property, that I have or claim any title to, or intereft in, at this time, " and all debts, rights, claims and credits, which I have or am in any way entitled to, in poffeffion, " reverfion or remainder, as well feverally as jointly with any other perfon or perfons, and that I " have not, directly or indirectly, at any time, fold, conveyed, leffened or difpofed of, for the ufe " or benefit of any perfon or perfons, or intrufed, any part of my money or other property afore-" faid, debts, rights or claims, thereby to defraud my creditors, or any of them, or to fecure the " fame to receive or expect any profit, benefit or advantage thereby ;" and in cafe of the neglect of the faid creditors to appear and recommend a truftee or truftees, the chancellor fhall appoint fuch perfon or perfons to be truftee or truftees as he fhall think proper.

III. AND

# ACTS

AND

# LAWS

OF THE

# COMMONWEALTH

OF

# MASSACHUSETTS.

BOSTON:

Printed by ADAMS & NOURSE,

Printers to the HONORABLE GENERAL COURT.

M.DCC.LXXXVI.

Reprinted by WRIGHT & POTTER PRINTING COMPANY, State Printers.

1893.

Add.74

# ACTS AND RESOLVES

OF

## MASSACHUSETTS.

### 1786–87.

[Published by the Secretary of the Commonwealth, under authority of Chapter 104, Resolves of 1889.]

*shillings* and *six pence*. To the Officer attending the Jury for trial, *one shilling*, for every cause, to be paid with the Jury's fees.

For dispersing *Venires* for Jurymen, from the Clerk of the Supreme Judicial Court, Treasurer's Warrants, and Proclamations of all kinds, *three pence* each.

To each appraiser of real estates, for extending Executions, or assigning dower, *four shillings* a day, and so for a longer or shorter time.

Every Constable who shall attend the Supreme Judicial Court, or Court of General Sessions of the Peace, or Common Pleas, by their order, *three shillings* a day, to be paid out of the County Treasury ; and for encouragement unto the Sheriff to take and use all possible care and diligence, for the safe keeping of the Prisoners, that shall be committed to his custody, he shall have such salary allowed him for the same, as the Justices of the Court of General Sessions of the Peace, within the same County, shall think fit to order, not exceeding *ten pounds* a year for the County of *Suffolk;* and not exceeding *five pounds* each, for the other Counties within the Government, at the discretion of the Court of Sessions, to be paid out of the Treasury of such County.

*And be it enacted by the authority aforesaid*, that any Constable in any Town in this Commonwealth, be, and he is hereby fully authorized and empowered, to serve upon any person or persons in the Town to which he belongs, any original Writ, Summons or Writ of Execution, in any personal action, where the damage sued for or recovered, does not exceed *twenty pounds*, and return thereof to make to any Court proper to try the same.

### Criers Fees :

Calling a Jury, *four pence*, to be paid with the Jury Criers fees. fees.

A default or non suit, a judgment assigned or complaint, a verdict or demurrer, *eight pence* each.

Discharging a recognizance by Proclamation, *four pence*. Said fees to be paid to the Clerks of the respective Courts for the use of the Crier.

### Goalers Fees.

For turning the Key on each Prisoner committed, *two* Goalers fees. shillings, viz. *one shilling* in, and *one shilling* out.

1785 - 1196

[Dup]
T.T.
4719

# THE

# LAWS

## OF THE

## STATE OF NEW-HAMPSHIRE,

### THE

# CONSTITUTION

### OF THE

### *STATE* OF *NEW-HAMPSHIRE*,

### AND THE

# CONSTITUTION OF THE UNITED STATES,

#### WITH ITS PROPOSED AMENDMENTS.

STANFORD LIBRARY

PRINTED BY ORDER OF THE HONORABLE THE GENERAL-COURT.

———◦⊱⊰⊱⊰⊱⊰◦———

## *STATE* OF *NEW-HAMPSHIRE:*

PORTSMOUTH :—Printed by JOHN MELCHER,

PRINTER TO THE STATE.

1797.

Add. 77

Paſſed Feb.
9, 1791.

## An ACT regulating fees.

BE it enacted by the Senate and Houſe of Repreſenta-
tives in General Court convened, That the fees
of the ſeveral officers and other perſons herein after
mentioned ſhall be as follows, viz.

*Fees of the juſtices of the peace in civil cauſes.*

For every writ of ſummons or writ of attachment
with ſummons, one ſhilling.

For every writ of ſubpæna, ſix pence.

For the entry of every action or complaint, inclu-
ding filing the papers, entering judgment, and appear-
ance and recording, three ſhillings and four pence.

For every execution, one ſhilling.

For granting an appeal, one ſhilling.

For entering ſatisfaction of a judgment on record,
ſix pence.

For taking affidavits out of court, two ſhillings for
ſwearing each witneſs and making the caption ; and
one ſhilling for writing each page of the depoſition ;
and for the juſtice's travel to ſwear witneſſes, at the
rate of two ſhillings for every ten miles, actual travel.
The juſtice's fees for travel and taking affidavits, and
the witneſſes travel and attendance ſhall be certified
by the juſtice in the affidavit, otherwiſe the juſtice
ſhall not be allowed any thing for his fees.

For taking affidavits in perpetuam, the ſame fees
to each juſtice as for the taking of other depoſitions.

For taking and certifying the acknowledgment of
any deed or other inſtrument, one ſhilling, but if
there be more than one perſon who ſhall acknowledge
the ſame inſtrument, and the acknowledgment be
made at different times, then one ſhilling for each
time of taking and certifying.

For granting warrant of appraiſement and ſwearing
the appraiſers, one ſhilling and ſix pence.

For every actual trial upon iſſue joined either upon
matter of law or of fact, two ſhillings.

For adminiſtering oaths in all other caſes and cer-
tifying the ſame (except the oaths of office adminiſ-
tered to town officers, and oaths adminiſtered to wit-
neſſes in the trial of cauſes before the juſtice) one
ſhilling.

Digitized by Google

*Fees of justices of the peace in criminal cases.*

For every warrant founded on a complaint for any offence, one shilling.

For drawing a complaint, two shillings.

For granting an appeal, one shilling.

For every recognizance, one shilling.

For taking bail of persons committed in criminal causes, two shillings for each offender.

For every examination, two shillings.

For every entry of a complaint and judgment thereon, two shillings and nine pence.

For warrant of commitment and every other warrant, except those above mentioned, three shillings, and for every adjournment, one shilling.

*In cases of forcible entry and detainer.*

The justices for every day's attendance, six shillings each.

To the witnesses and parties the same as in other cases.

To the jurors, two shillings per day for their attendance, and the same travel as jurors at the superior court.

To the sheriff, six shillings per day.

*Justices fees at the court of general sessions of the peace.*

To each justice for each day's attendance, to be paid out of the county treasury, three shillings and two pence per mile for travel, to and from court.

There shall be paid to the clerk of the court of general sessions of the peace for the entry of every complaint, action or petition, nine shillings, of which he shall pay to the county treasurer seven shillings and eight pence.

For every recognizance in criminal cases, one shilling, two thirds of which he shall pay to the county treasurer.

For discharging every recognizance six pence.

For every warrant for criminals, one shilling.

For examining the grand jurors accounts, yearly, and order thereon to the county treasurer, one shilling and six pence.

For entering satisfaction of judgment on record, one shilling.

For a writ of protection, one shilling.

*Fees*

### Fees of the justices of the court of common pleas.

For every action, petition or complaint, entered in the court of common pleas, the justices thereof shall be paid five shillings and four pence.

For every appeal, one shilling.

For receiving the proof of a deed in court, one shilling.

For granting a writ of protection, one shilling.

### Fees of the clerk of the court of common pleas.

For every action, petition or complaint, entered in the court of common pleas the clerk thereof shall receive three shillings and eight pence, in full for entry, verdict, non-suit or default, judgment, recording and every other service relative to such action, petition or complaint, for which no fees are otherwise particularly prescribed by this act; the said clerk paying thereout the crier's and sheriff's fees, for default or non-suit, said sum, together with five shillings and four pence for the justices, to be paid at the time of entry.

For a blank writ and summons, six pence.

For a writ of protection, nine pence.

For each execution, one shilling.

For entering satisfaction of a judgment, four pence.

For entering a continuance, eight pence.

For each venire, to be paid out of the county treasury, three pence.

For every writ of possession, one shilling and six pence.

For each writ of subpæna, six pence.

### Fees of the justices of the superior court.

For the entry of every action, petition or complaint at the superior court, the justices thereof shall be paid twelve shillings.

For taking special bail, two shillings.

For a writ of habeas corpus, one shilling and four pence.

For allowing a bill of cost, eight pence.

For granting a writ of protection, one shilling.

For every deed proved in court, one shilling.

For allowing a writ of error, one shilling.

For every acknowledgment of satisfaction of a judgment on record, one shilling.

Add. 80

*Fees*

### *Fees of the clerk of the superior court.*

For the entry of every action or petition, four shillings.

For entry of a complaint for not prosecuting an appeal, two shillings.

For entering a judgment, and recording it at large, two shillings.

For a writ of review, three shillings.

For a writ of scire facias, three shillings.

For writ of execution, one shilling and six pence.

For a writ of possession, three shillings and six pence.

For a writ of habeas corpus, two shillings.

For entering an appearance at the request of any party, six pence.

For entering a satisfaction of a judgment on record, eight pence.

For entering a continuance, one shilling.

For filing papers, one penny half penny each.

For certifying the proof of a deed in court, one shilling.

For each venire, on certificate of the justices of the superior court, three pence, to be paid out of the county treasury.

For a subpœna, one shilling.

For every recognizance, one shilling,

For every writ of protection, one shilling.

For discharging a recognizance, one shilling.

### *Sheriff's fees.*

For the service of a writ of summons or scire facias, either by reading it to the defendant or leaving a copy, one shilling and four pence for each defendant.

For the service of a writ of attachment with or without a summons, one shilling and four pence, for each defendant.

For a bail bond, to be paid by the person bailed, one shilling.

For the service of a writ of possession, the same as for the service of the original writ on which it was obtained, with poundage for the costs as in personal actions.

For levying executions in personal actions and extents, six pence on the pound for the first twenty pounds; three pence on the pound for the second twenty pounds; two pence on the pound for all

Add.81 sums

fums between forty and an hundred pounds, and one penny on the pound for all fums above one hundred pounds ; the poundage on extents to be taken in the fame paper bills, notes, orders or certificates, as the fame extent iffued for.

For travel for the fervice of each writ, execution or extent, two pence per mile ; the travel to be computed from the place of fervice to the office, place or court to which the writ is returnable, by the way moft commonly ufed : And where there are feveral perfons in the fame writ, execution or extent, upon whom it is ferved, the travel fhall be computed from the remoteft of them, and no more to be allowed for travel than if it was ferved only on the remoteft perfon as aforefaid ; provided that no more than fifty miles travel fhall be allowed the fheriff or other officer ferving any writ, execution or extent, in any cafe : The travelling fees, and fees of fervice to be endorfed on the writ in mefne procefs, and no more fhall be allowed in any cafe than is fo endorfed ; and alfo the fees for fervice, poundage and travel, on executions and extents, fhall be particularly fet down and expreffed thereon.

For fummoning witneffes, one fhilling each.

For ferving a writ of execution for partition of real eftate, on a judgment of court, five fhillings per day, and for travel and expenfes, three pence per mile.

For every trial, eight pence, to be paid with jurors fees.

For every default, four pence.

For attending the grand jury, two fhillings per day.

For attending the petit jury, nine pence each cafe, to be paid with the jury fees.

For difperfing venires, three pence each, to be paid out of the county treafury.

For difperfing proclamations, to be paid out of the county treafury, three pence each.

### Coroner's Fees.

For ferving writs, the fame fee for travel and fervice as to the fheriff.

For every trial where the fheriff is concerned, eight pence to be paid with the jury's fees.

For taking an inquifition, nine fhillings.

To the foreman of the jury, three fhillings, and other

# A MANUAL

OF

# THE LAWS OF NORTH-CAROLINA,

ARRANGED UNDER DISTINCT HEADS,

IN ALPHABETICAL ORDER.

*WITH REFERENCES FROM ONE HEAD TO ANOTHER,*

WHEN A SUBJECT IS MENTIONED IN ANY OTHER PART OF THE BOOK
THAN UNDER THE DISTINCT HEAD TO WHICH IT BELONGS.

---

*BY JOHN HAYWOOD, ESQ.*

LATE ONE OF THE JUDGES OF THE SUPREME COURTS OF LAW AND
EQUITY.

---

THIRD EDITION, CORRECTED TO THE PRESENT TIME.

---

*RALEIGH:*

PRINTED & SOLD BY J. GALES, AND MAY BE HAD OF THE PRINTERS
AND BOOKSELLERS IN ALL THE TOWNS IN THE STATE.

. . . . . . . . .

1814.

Add.83

Digitized by Google

## FEES.
### 1779. C. 4.

Execution may issue for fees.

Bill of costs to be annexed.

1. § 4. The clerks of the superior and county courts, on the fees not being paid by the party from whom they are due, may make out execution, directed to the sheriff of the county where the party resides, and the said sheriff shall levy the same by virtue of the said execution as in other cases ; and to the said execution shall be annexed a copy of the bill of costs of the fees on which such execution shall issue, wrote n words at length without any abbreviation whatsoever, and all executions issuing without the copy of such bill of costs annexed, shall be deemed illegal, and no sheriff shall serve or execute the same.

Courts to settle disputes about act allowed, the court shall immediately, on complaint being fees.

II. § 7. If any clerk, during the sitting of the court whereof he is clerk, demand other or greater fees than by this act allowed, the court shall immediately, on complaint being made thereof, determine what fee or fees shall be paid to the said clerk by the party complaining.

### 1784. C. 7. Sess. 2.

IV. § 1. The officers herein mentioned shall take and receive the following and no other or greater fees whatever.[1]

Copy of fees to be put up by clerk.

§ 2. The clerks of the several superior and county courts in this state, shall put up, in some public place in their office, an exact copy of the fees by this act allowed, and also in the court-house during the sitting of each court, and for every such failure or neglect they shall forfeit and pay the sum of five pounds, to be recovered by warrant, to the use of any person who will sue for the same.

Execution for fees bill of costs annexed.

V. § 8. The clerks of the superior and county courts where suits are determined, and the fees not paid by the party from whom they are due, may make out executions directed to the sheriff of any county of this state, and the said sheriff shall levy the same as in other cases; and to the said execution shall be annexed a copy of the bill of costs of the fees on which such execution shall issue, written in words at length without any abbreviation whatsoever, and all executions issuing without the copy of such bill of costs annexed, shall be deemed illegal, and no sheriff shall serve or execute the same.

Penalty for not observing the act.

VI. § 9. If the clerk of any court, sheriff, register or coroner of any county, shall hereafter be guilty of any breach of the duties enjoined him by this act, either by his own confession or verdict of a jury, it shall, on a second conviction, be adjudged and deemed a misbehavior in office, for which such clerk or other officer herein mentioned shall be removed from office : Provided nevertheless, that in cas

Digitized by Google

such clerk or other officer shall be disqualified with the determination of the county court, he may appeal to the superior court of the district in which he resides, in which case there shall be a trial by jury, where, if the suspension of the county court shall be confirmed, the said clerk or other officer as aforesaid, shall ever after be rendered incapable of acting in the said office in any county in this state.

## Sheriff's Fees.

1762. C. 5. § 10. For selling an orphan's estate, to be allowed by the county court, not exceeding 2 1-2 per cent.

For serving copy of a declaration, 1s.

For pilloring a person, 5s.

For an attachment, the same as for an arrest, and if further trouble by moving of goods, to be taxed by the court.

For executing a warrant of distress, or an execution against the body or goods, 2 1-2 per cent.

For summoning, impannelling and attending on every jury in every cause in court, 1s.

When a special venire shall issue by order of court for summoning each juror, and attending the same, 2s.

For serving and attending on any person on a habeas corpus, per day, 15s.

1798. C. 18. § 1. For selling the estate of an intestate, to be allowed by the court, not exceeding 2 1-2 per cent.

1777. C. 7. § 1. For summoning every warden of the poor, to be paid by the county, 2s. 8d.—6d. 1-4 scaled.

1782. C. 11. § 5. For services of equity process and incidental thereto, the same fees as for the like services at law.

1797. C. 18. § 3 For apprehending any criminal, 10s.

For conveying any person in his custody for a criminal offence to the gaol where such person ought to be conveyed at the rate of 6d. per mile ; for each person composing the sheriff's guard 3d. per mile, and 4s. for each day such sheriff shall maintain said prisoner.

For carrying any sentence or order on the part of the state into execution, where the convict is to be corporally punished, except that of death, 10s.

For the execution and decent burial of any felon, 5l.

1802. C. 16. § 1.

The sheriffs of the different counties within this state, shall be entitled, for the following services, to the fees respectively annexed thereto : For every arrest, 7s. 6d. for every bail bond, 2s. 6d. For every subpœna he shall serve, 3s. and every attachment levied, 7s. 6d. for taking replevy bond upon such attachment, 2s. 6d. for putting in stocks, 6s For every commitment, 3s. For every release, 3s. For eve-

Add. 85

Digitized by Google

1797. C. 15. § 1. For registering each deed or grant, where the conveyance is only for one tract of land, including the certificate thereof, 4s. If the deed be for the conveyance of two or more tracts, the sum of 4s. for the first tract, and 1s. for every other tract mentioned and described in said instrument, and in like manner for all copies executed by him.

### Attorney General.

XVI. 1748. C. 2. § 1. For every indictment found or presentment made, 26s. 8d. If the bill be found ignoramus, then the prosecutor shall pay 13s. 4d.

### County Solicitor.

XVII. 1784. C. 31. § 2. For prosecuting for the state, in any of the county courts in any matter civil or criminal, the same fees which are by law allowed to the attorney-general for the like services.

### Solicitor-General.

XVIII. 1790. C. 3. § 7. The same allowances and fees as the Attorney-General.

### Constable.

XIX. 1784. C. 7. § 5. For attendance of a constable every court when summoned by the sheriff, 8s. per day. For whipping a negro by order of court or any justice, 2s. 8d.

1794. C. 13. § 22. For serving every warrant to the constable or or other officer, for each person named therein, 4s. For summoning every witness 2s. For every execution, 4s. For every attachment levied, 5s. For every bail bond, 1s. Constable for serving any person who fails to give in his list of taxables in due time, 2s.

### Coroner.

XX. 1784. C. 7. § 7. For attending on every inquest, 24s. and the same fees for discharging the duties of a sheriff as such sheriff would be entitled to by this act for performing the same service.

1803. C. 22. § 1. Whenever an inquest shall be held, that the treasurer of the county wherein the same may happen, shall pay off the cost and charges of the same out of the county monies.

### Commissioner of Affidavits.

XXI. 1784. C. 13. § 3. For every affidavit taken and certified, 4s.

### Attornies.

XXII. 1786. C. 14. § 4. For every suit in equity, 10l. For every suit in the superior courts, where the title of lands shall come in question, 5l. For all other suits originally

Digitized by Google

# A B R I D G M E N T

UNIV. OF MICH. LAW LIBRARY.

*ησω*

### OF THE

# PUBLIC PERMANENT LAWS

### OF

# VIRGINIA.

THE REPEALING CLAUSES IN THE SEVERAL LAWS WHICH
HAVE THEM, ARE REDUCIBLE TO A FEW FORMS, AND
ARE ALIKE IN GENERAL. TO PREVENT THE SWEL-
LING OF THE BOOK UNNECESSARILY, AND YET
TO GIVE AT THE SAME TIME THE OPERA-
TIVE WORDS OF EVERY LAW, REFER-
ENCE IS MADE AT THE CLOSE OF EVE-
RY LAW TO THE FORM OF REPEAL
AS IT IS SET FORTH VERBATIM
IN THE APPENDIX.

31729

EVERY ACT PASSED ON OR AFTER OCTOBER 19, 1792, IS TO BE
UNDERSTOOD TO CONTAIN THE FOLLOWING CLAUSE
OF COMMENCEMENT: " THIS ACT SHALL COMMENCE
" IN FORCE FROM AND AFTER THE PASSING
" THEREOF;" UNLESS ITS COMMENCEMENT
SHALL BE PARTICULARLY EXPRESSED TO
BE ON A DIFFERENT DAY, OR IN A DIF-
FERENT FORM. THOSE ACTS WHICH
PASSED BEFORE THE 19th OF OC-
TOBER, 1792, AND COMMENCE
THEIR OPERATION ON A
DIFFERENT DAY FROM
THE DAY OF THEIR
PASSING, WILL
BE SPECIFIED.

THE DATE PREFIXED TO EACH LAW IS THE DAY ON
WHICH IT PASSED.

### R I C H M O N D:

PRINTED BY AUGUSTINE DAVIS,
M,DCC,XCVI.

1796

Digitized by Google

Add.87

nifers, to examine and afcertain the moſt eligible ground on the lands of the ſaid John Lynch, whereon to erect an additional warehouſe, and make report thereof to the county court of Amherſt, who ſhall thereupon order and direct the dimentions of the houſe to be built by the ſaid Lynch, at ſuch place accordingly ; and moreover are hereby authoriſed to take ſuch meaſures therein for the purpoſe of effecting the ſaid building as are preſcribed by the fifth ſection of the act, intituled, " An act for reducing into one the ſeveral acts of Aſſembly, for the inſpection of tobacco :" So ſoon as the ſaid building ſhall be completed and received by the court of the ſaid county, the ſame ſhall be held, deemed and taken, to all intents and purpoſes whatſoever, as united with and under the ſame inſpection of Amherſt warehouſe.

#### December the 4th 1795 —but commenced Jan. 1, 1796.

§ I. **W**HEREAS it hath been repreſented that the warehouſes for the reception and inſpection of tobacco, in the town of Alexandria, are no longer neceſſary, for that purpoſe :

II. The inſpection of tobacco at the ſaid place, ſhall be, and the ſame is hereby diſcontinued, and the lot and houſes ſhall be re-veſted in William Hepburn, and John Dundas, their heirs and aſſigns, in like manner as if the ſame had not been appropriated to public uſe : *Provided neverthelefs,* That all the tobacco now remaining in the ſaid warehouſes, ſhall be from thence diſcharged according to law. Nothing in this act contained ſhall be conſtrued or taken to affect or impair the legal right or title of any perſon or perſons whatſoever to the ſaid lot of ground or warehouſes.

III. All and every act and acts, coming within the meaning of this act, is hereby repealed.

---

## TOWNS, CORPORATIONS, AND CITIES.

#### December the 11th, 1758.

§ I. **U**PON the death, removal out of the country, or other legal diſability of any one or more of the truſtees and directors of the ſeveral towns within this ſtate not incorporated, ſuch vacancy, ſo often as the ſame ſhall happen, ſhall hereafter be ſupplied in manner following, that is to ſay : The ſurviving truſtees and directors, or one of them, ſhall give immediate notice of ſuch vacancy to the ſheriff of the county wherein ſuch town may be, who within twenty days thereafter ſhall notify the ſame to the freeholders of the ſaid town, in ſuch manner as he may think beſt, requiring them to appear at a certain place therein, and on a certain day, not leſs than ten days thence next following, then and there to elect a truſtee in the room of the one ſo dying, removing, or diſabled. The ſheriff ſhall attend and take the poll at ſuch election, entering the names of the perſons voted for in a diſtinct column, and the name of every freeholder giving his vote under the name of the perſon he votes for ; and when no freeholders appear to vote, the ſheriff ſhall cloſe the poll, and return the ſame to the next court to be held for his county, upon oath, certifying the name of the perſon elected, to be by the clerk recorded.

II. Every perſon elected in manner directed by this act, ſhall to all intents and purpoſes, be a truſtee of the town for which he was choſen.

III. So much of all acts of aſſembly as are contrary to the purview and meaning of this act, are hereby repealed.

#### December the 10th, 1793—but commenced Jan. 1, 1794.

§ I. **W**HEREAS great inconveniences have ariſen in many, if not all the towns within this commonwealth, from the practice of hiring negroes and mulattoes, who pretend to freedom, but are in fact ſlaves : For remedy whereof,

Digitized by Google

## The CONSTITUTION and FORM of GOVERNMENT agreed to by the Delegates of Maryland in free and full Convention assembled.

1. THAT the legislature confist of two diftinct branches, a fenate, and a houfe of delegates, which fhall be ftiled the General Affembly of Maryland.

2. That the houfe of delegates fhall be chofen in the following manner: All freemen above twenty-one years of age, having a freehold of fifty acres of land in the county in which they offer to vote, and refiding therein, and all freemen having property in this ftate above the value of thirty pounds current money, and having refided in the county in which they offer to vote one whole year next preceding the election, fhall have a right of fuffrage in the election of delegates for fuch county; and all freemen fo qualified fhall, on the firft Monday of October feventeen hundred and feventy-feven, and on the fame day in every year thereafter, affemble in the counties in which they are respectively qualified to vote, at the court-houfe in the faid counties, or at fuch other place as the legiflature fhall direct, and when affembled they fhall proceed to elect, *viva voce*, four delegates for their refpective counties, of the moft wife, fenfible, and difcreet of the people, refidents in the county where they are to be chofen one whole year next preceding the election, above twenty-one years of age, and having in the ftate real or perfonal property above the value of five hundred pounds current money, and upon the final cafting of the polls the four perfons who fhall appear to have the greateft number of legal votes, fhall be declared and returned duly elected for their refpective county.

3. That the fheriff of each county, or in cafe of ficknefs, his deputy, (fummoning two juftices of the county, who are required to attend for the prefervation of the peace) fhall be judge of the election, and may adjourn from day to day, if neceffary, till the fame be finifhed, fo that the whole election fhall be concluded in four days; and fhall make his return thereof, under his hand, to the chancellor of this ftate for the time being.

C

4 That

threats to, or abuse of their members, or by any obstruction to their proceedings; they may also punish, by imprisonment, any person who shall be guilty of a breach of privilege, by arresting on civil process, or by assaulting, any of their members, during their sitting, or on their way to or return from the house of delegates, or by any assault of, or obstruction to their officers, in the execution of any order or process, or by assaulting or obstructing any witness, or any other person, attending on, or on their way to or from, the house, or by rescuing any person committed by the house; and the senate may exercise the same power, in similar cases.

13. That the treasurers (one for the western and another for the eastern shore) and the commissioners of the loan office may be appointed by the house of delegates during their pleasure, and in case of refusal, death, resignations, disqualification, or removal out of the state of any of the said commissioners or treasurers, in the recess of the general assembly, the governor, with the advice of the council, may appoint and commission a fit and proper person to such vacant office, to hold the same until the meeting of the next general assembly.

14. That the senate be chosen in the following manner: All persons, qualified as aforesaid to vote for county delegates, shall on the first Monday of September 1781, and on the same day in every fifth year for ever thereafter, elect *viva voce*, by a majority of votes, two persons for their respective counties, qualified as aforesaid to be elected county delegates, to be electors of the senate; and the sheriff of each county, or in case of sickness his deputy (summoning two justices of the county who are required to attend for the preservation of the peace) shall hold and be judge of the said election, and make return thereof as aforesaid. And all persons qualified as aforesaid to vote for delegates for the city of Annapolis and Baltimore town, shall on the same first Monday of September 1781, and on the same day in every fifth year for ever thereafter, elect *viva voce*, by a majority of votes, one person for the said city and town respectively, qualified as aforesaid to be elected a delegate for the said city and town respectively; the said election to be held in the same manner as the election of delegates for the said city and town, the right to elect the said elector with respect to Baltimore town to continue as long as the right to elect delegates for the said town.

15. That the said electors of the senate meet at the city of Annapolis, or such other place as shall be appointed for

convening

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ David H. Thompson
David H. Thompson

*Attorney for Plaintiffs-Appellees*