

OFFICE OF THE Attorney General
STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

March 17, 2025

Mr. Christopher G. Conway
Clerk of the Court
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

    Re:    *Schoenthal v. Raoul*, No. 24-2643

Dear Mr. Conway:

    I will be presenting oral argument on behalf of state defendants in this case. The response brief was filed on Friday, March 14, and defendants' reply briefs are currently due on Friday, April 4. I write to ask that oral argument not be scheduled on Tuesday, May 27, as I have travel arrangements that would make it difficult for me to present oral argument on that date. I am available to present oral argument on any other date in the Court's spring 2025 session.

    Thank you for considering this request.

                        Sincerely,

                        /s/ Alex Hemmer
                        Alex Hemmer
                        Deputy Solicitor General
                        115 South LaSalle Street
                        Chicago, Illinois 60603
                        (312) 814-5526
                        alex.hemmer@ilag.gov

cc:    All parties (via CM/ECF)

500 South 2nd Street  |  115 South LaSalle Street  |  1745 Innovation Drive, Suite C
Springfield, Illinois 62701  |  Chicago, Illinois 60603  |  Carbondale, Illinois 62903
(217) 782-1090 • Fax: (217) 782-7046  |  (312) 814-3000 • Fax: (312) 814-3806  |  (618) 529-6400 • Fax: (618) 529-6416

Individuals with hearing or speech disabilities can reach us by using the 7-1-1 relay service.

www.IllinoisAttorneyGeneral.gov