# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 18, 2025

*By the Court:*

|  | BENJAMIN SCHOENTHAL, et al., |
|---|---|
|  | Plaintiffs - Appellees |
| Nos. 24-2643 & 24-2644 | v. |
|  | KWAME RAOUL et al., |
|  | Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 3:22-cv-50326 <br> Northern District of Illinois, Western Division <br> District Judge Iain D. Johnston ||

A review of the brief of appellees reveals that appellees have not complied with the requirements of Circuit Rule 28(b). That rule requires an appellee to provide a Jurisdictional Statement section in its brief and for it to state explicitly whether or not the jurisdictional summary in an appellant's brief is "complete and correct." If it is not, the appellee must provide a "complete jurisdictional summary."

Appellees' statement ignores the requirement of Circuit Rule 28(b). It is insufficient to state that appellants' jurisdictional statements are correct without specifying whether they are also complete. *See Baez-Sanchez v. Sessions*, 862 F.3d 638, 641 (7th Cir. 2017) (Wood, C.J., in chambers). Accordingly,

**IT IS ORDERED** that appellees shall file a paper captioned "Amended Jurisdictional Statement" on or before March 25, 2025, that complies with the requirements of Circuit Rule 28(b), and if appellants' jurisdictional statements are not both complete and correct, Circuit Rule 28(a) also.

**IT IS FURTHER ORDERED** that the Clerk of this court shall DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellees' "Amended Jurisdictional Statement" to the assigned merits panel.

form name: **c7_Order_BTC**     (form ID: **178**)