IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| BENJAMIN SCHOENTHAL, *et al.*, <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> KWAME RAOUL, *et al.*, <br><br> *Defendants-Appellants.* <br><br> BENJAMIN SCHOENTHAL, *et al.*, <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> EILEEN O'NEILL BURKE, <br><br> *Defendant-Appellant.* | Case Nos. 24-2643, 24-2644 |

## APPELLEES' AMENDED JURISDICTIONAL STATEMENT

The jurisdictional statements in Appellants' briefs are not complete and correct because Appellant Burke's statement omits to include the date of the amendment of the judgment below following the filing of the notices of appeal. A complete and correct jurisdictional summary is below.

The district court had jurisdiction pursuant to 28 U.S.C. § 1331, because this case involves a challenge to Illinois state law under the Second Amendment to the United States Constitution. The district court entered its opinion and order granting Plaintiffs' motion for summary judgment in part and otherwise dismissing Plaintiffs' claims for lack of subject matter jurisdiction on August 30, 2024. Dist. Ct. Doc. 108 (N.D. Ill. Aug. 30, 2024). Judgment was entered that same day. Dist. Ct. Doc. 109 (N.D. Ill. Aug. 30, 2024). Appellants in Case Number 24-2643 filed a timely notice of appeal on September 19, 2024. Dist. Ct. Doc. 115 (N.D. Ill. Sept. 19, 2024). Appellant in Case

1

Number 24-2644 filed a timely notice of appeal on September 20, 2204. Dist. Ct. Doc. 117 (N.D. Ill. Sept. 20, 2024). This Court has jurisdiction over these appeals from a final judgment under 28 U.S.C. § 1291.

Following the filing of the notices of appeal, this Court consolidated these appeals and noted that the judgment appeared deficient, entering an order to show cause why the appeals should not be remanded. Doc. 2 (Sept. 20, 2024). The Court ultimately did remand the case for entry of a corrected judgment while retaining jurisdiction over the appeals and suspending briefing. Order, Doc. 9 (Oct. 10, 2024). On October 11, 2024, the district court entered an amended and sufficient judgment in this case. Dist. Ct. Doc. 130 (N.D. Ill. Oct. 11, 2024). Following entry of the amended judgment, the Court reinstated a briefing schedule. Order, Doc. 11 (Oct. 17, 2024).

Dated: March 20, 2025

Respectfully submitted,

David G. Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
(630) 452-4547
dsigale@sigalelaw.com

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served electronically on all parties or their counsel.

/s/David H. Thompson
David H. Thompson

*Attorney for Plaintiffs-Appellees*
