Nos. 24-2643, 24-2644 (consol.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| BENJAMIN SCHOENTHAL, MARK WROBLEWSKI, JOSEPH VESEL, and DOUGLAS WINSTON,　　　　　Plaintiffs-Appellees,　　v.　　KWAME RAOUL, in his official capacity as Attorney General of Illinois; ROBERT BERLIN, in his official capacity as State's Attorney of DuPage County, Illinois; and EILEEN O'NEILL BURKE, in her official capacity as State's Attorney of Cook County, Illinois,　　　　　Defendants-Appellants. | Appeal from the United States District Court for the Northern District of Illinois, Western Division　　　　　　　　　　　　　　　　　　　　　　　　　　No. 3:22-cv-50326　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable IAIN D. JOHNSTON, Judge Presiding. |

**STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

Defendants-Appellants Kwame Raoul, in his official capacity as Attorney General of Illinois, and Robert Berlin, in his official capacity as State's Attorney of DuPage County, Illinois, hereby move this Court to extend the time for filing the appellants' reply briefs in these consolidated appeals. The reply briefs are currently due on Friday, April 4, 2025. Defendants-Appellants Raoul and Berlin request a 28-day extension of time to file those briefs, to and including Friday, May 2, 2025.

The declaration of Deputy Solicitor General Alex Hemmer is attached in support of this motion.

1

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

/s/ Alex Hemmer
ALEX HEMMER
Deputy Solicitor General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5526 (office)
(773) 590-7932 (cell)
alex.hemmer@ilag.gov

Attorneys for Defendants Raoul and Berlin

March 24, 2025

# DECLARATION OF ALEX HEMMER

I, ALEX HEMMER, state the following:

1.      I am a citizen of the United States over the age of 18.  My current business address is 115 South LaSalle Street, Chicago, Illinois 60603.  I have personal knowledge of the facts set forth in this declaration.  If called upon to do so, I could and would competently testify thereto.

2.      I serve as Deputy Solicitor General in the Office of the Attorney General of the State of Illinois and have been assigned to represent Defendants-Appellants Kwame Raoul, in his official capacity as Attorney General of Illinois, and Robert Berlin, in his official capacity as State's Attorney of DuPage County, Illinois (together, the "State Defendants"), in the appeal captioned *Schoenthal v. Raoul*, No. 24-2643 (which has been consolidated on appeal with *Schoenthal v. Burke*, No. 24-2644).  I am the only attorney with principal responsibility for representing State Defendants in this case.

3.      Defendants-Appellants' reply briefs are currently due on Friday, April 4, 2025.  Defendants-Appellants have not previously sought an extension of time to file those briefs.

4.      This motion is being made at least seven days before the opening briefs' due date, as required by Circuit Rule 26.

5.      Although I have begun to draft the State Defendants' reply brief, I will not be able to complete the draft, have the draft reviewed through the Office's

regular review process, and file the brief with this Court by April 4, 2025, for several reasons.

6. As Deputy Solicitor General, I devote substantial time to performing supervisory and administrative duties in addition to managing my own caseload. These duties include reviewing briefs, managing the office's amicus docket, reviewing multistate litigation requests, and helping attorneys prepare for oral arguments.

7. In addition to my supervisory and administrative responsibilities, over the course of the next month, I am or have been responsible for drafting or reviewing filings in many other matters, including an opposition to a motion for a stay pending appeal in *New York v. Trump*, No. 25-1236 (1st Cir.), filed on March 16, 2025; a brief in opposition in *Bost v. Illinois State Board of Elections*, No. 24-568 (U.S.), due on April 4, 2025; an answering brief in *People v. Stewart*, No. 131406 (Ill.), due on April 4, 2025; an amicus brief in *Wilcox v. Trump*, No. 25-5057 (D.C. Cir.), due on April 9, 2025; and an amicus brief in *Welty v. Dunaway*, No. 24-5968 (6th Cir.), due on April 10, 2025.

8. I have communicated with counsel for Defendant-Appellant Eileen O'Neill Burke, in her official capacity as State's Attorney of Cook County, Illinois, who has authorized me to state that Defendant-Appellant Burke does not oppose this request to extend the deadline for the reply briefs. Aligning the briefing schedule for all appellants will ensure that the parties can coordinate their briefs and ensure an efficient presentation of the issues to the Court.

9. On March 21, 2025, I gave notice to Plaintiffs' counsel by providing a copy of this motion before it was filed with this Court. Plaintiffs do not oppose the requested extension.

10. I do not request this 28-day extension of time from April 4, 2025, to May 2, 2025, to file the reply brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this Court with thorough briefs in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed March 24, 2025.


/s/ Alex Hemmer
ALEX HEMMER

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 24, 2025, I electronically filed this motion for an extension of time with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Alex Hemmer
ALEX HEMMER