# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 23, 2025
*By the Court:*

| | |
|---|---|
| No. 24-2643 & 24-2644 | BENJAMIN SCHOENTHAL, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>KWAME RAOU, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:22-cv-50326<br>Northern District of Illinois, Western Division<br>District Judge Iain D. Johnston | |

Upon consideration of the **SUGGESTION OF MOOTNESS AS TO PLAINTIFF JOSEPH VESEL**, filed on May 23, 2025, by counsel for the appellees,

**IT IS ORDERED** that this court will take the motion with the case for resolution by the assigned merits panel. Any objections to the suggestion of mootness can be raised at oral argument.