# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen | Office of the Clerk |
| United States Courthouse | Phone: (312) 435-5850 |
| Room 2722 - 219 S. Dearborn Street | www.ca7.uscourts.gov |
| Chicago, Illinois 60604 | |

## FINAL JUDGMENT

September 2, 2025

Before

KENNETH F. RIPPLE, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| Nos. 24-2643 & 24-2644 | BENJAMIN SCHOENTHAL, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> KWAME RAOUL, et al., <br> Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:22-cv-50326 <br> Northern District of Illinois, Western Division <br> District Judge Iain D. Johnston | |

We **REVERSE** the judgment of the district court, with costs, and **REMAND** for proceedings consistent with this opinion. The above is in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)