# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 24, 2025

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
327 S. Church Street
Rockford, IL 61101-0000

| | |
|---|---|
| No. 24-2643 | BENJAMIN SCHOENTHAL, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> KWAME RAOUL and ROBERT BERLIN, <br> Defendants - Appellants |
| No. 24-2644 | BENJAMIN SCHOENTHAL, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> EILEEN O'NEILL BURKE, <br> Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 3:22-cv-50326 <br> Northern District of Illinois, Western Division <br> District Judge Iain D. Johnston ||
| **Originating Case Information:** ||
| District Court No: 3:22-cv-50326 <br> Northern District of Illinois, Western Division <br> Clerk/Agency Rep Thomas G. Bruton <br> District Judge Iain D. Johnston ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A

certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 903.00 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 09/24/2025 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate**  (form ID: **135**)